```
 1  Brian A. Sun (SBN 089410)
 2  Jeffrey A. LeVee (SBN 125863)
    Courtney M. Schaberg (SBN 193728)
 3  JONES DAY
 4  555 W. 5th Street, Suite 4600
    Los Angeles, CA 90013
 5  Telephone: (213) 489-3939
 6  Facsimile: (213) 243-2539
    jlevee@jonesday.com
 7
 8  Attorneys for Defendant
    KAPLAN, INC.
 9
10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13
```



FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants. | CASE NO. CV 05-3222 R (MCx)<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK;** [PROPOSED] **ORDER**<br><br>Local Rule 7-1<br><br>Date:   August 1, 2005<br>Time:  10:00 a.m.<br>Place:  Courtroom 8<br>            312 N. Spring St.<br><br>The Honorable Manuel L. Real |

LAI-2193468v1



DOCKETED ON CM
JUN 2 4 2005
BY



(14)

STIPULATION RE VENUE
MOTION BRIEFING SCHEDULE

1     Pursuant to Local Rule 7-1, counsel for the parties hereby stipulate to the
2 following briefing schedule for defendants' concurrently-filed Motion to Transfer
3 Venue to the Southern District of New York, for which an August 1, 2005 hearing
4 date has been ~~requested~~ set. Plaintiffs' opposition to the motion shall be served by
5 midnight (Pacific Daylight Time) on July 13, 2005 and filed on July 14, 2005.
6 Defendants' reply shall be served and filed on July 25, 2005. ~~Hearing, if any, shall~~
7 ~~be set for 10:00 a.m. or earlier that day.~~
8     It is also agreed and stipulated that all pleadings hereinafter will be deemed
9 timely served, for all purposes, if served by e-mail and First Class mail delivery.

Dated: June 20, 2005          Jones Day

By: _____
    Jeffrey A. LeVee
    Attorneys for Defendant Kaplan, Inc.

Dated: June 20, 2005          Shearman & Sterling LLP

By: _____
    James P. Tallon
    Attorneys for Defendant West Publishing
    Corporation

Dated: June 20, 2005          Van Etten Suzumoto & Becket LLP

By: _____ (by permission)
    Eliot G. Disner
    A Professional Corporation
    Attorneys for Plaintiffs

IT IS SO ORDERED.

June 22, 2005
Date                              United States District Judge

# PROOF OF SERVICE

I, Lynne Trotti, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 West Fifth Street, Suite 4600, Los Angeles, California 90013-1025. On June 20, 2005, I caused to be served a copy of the within document(s):

**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK; [PROPOSED] ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☒ by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Eliot G. Disner
VAN ETTEN SUZUMOTO &
BECKET LLP
A Professional Corporation
1620 26th Street, Suite 6000N
Santa Monica, CA 90404
Email: edisner@vsblaw.com

James P. Tallon
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Email: jtallon@shearman.com

LAI-2193723v1

1

PROOF OF SERVICE

1      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in their ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on June 20, 2005, at Los Angeles, California.

*/s/ Lynne Trotti*
Lynne Trotti

LAI-2193723v1

PROOF OF SERVICE

2