# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-05-3222-R
CV-05-6211-R

Date: **October 17, 2005**

TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc
KARI BREWER et al V. WEST PUBLISHING CORP etc

========================================================================

**PRESENT:**

HON. MANUEL L. REAL, JUDGE

| William Horrell | Carole Elkins |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**

Eliot Disner
Christine Pedigo

**ATTORNEYS PRESENT FOR DEFENDANTS:**

Stuart Senator
Heather Gilhooley

**PROCEEDINGS:** Plaintiffs' motion to consolidate CV-05-3222-R and CV-6211-R and any related actions that may be subsequently filed with this court

DOCKETED ON CM
OCT 2 0 2005
012

**THE COURT GRANTS THE MOTION.**

**PLAINTIFFS' SHALL FILE A PROPOSED ORDER OF CONSOLIDATION IN EACH OF THE ABOVE-ENTITLED ACTIONS.**

time: 3 min

MINUTES FORM 11
CIVIL -- GEN

Initials of Deputy Clerk