UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R                              Date: NOVEMBER 3, 2005
           CV-05-6211-R

Title:  RYAN RODRIGUEZ et al -V- WEST PUBLISHING CORP etc
        KARL BREWER et al -V- WEST PUBLISHING CORP etc
================================================================

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                           None Present
   Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                      None

PROCEEDINGS:   ORDER (IN CHAMBERS) SETTING PRE-TRIAL & TRIAL DATES ON
               CONSOLIDATED ACTIONS


**COUNSEL ARE NOTIFIED** that these consolidated actions are hereby placed on calendar for **FINAL PRE-TRIAL CONFERENCE ON MAY 15, 2006 AT 11:00 A.M.**

Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before **APRIL 24, 2006**, which date also serves as the Discovery Cut-Off Date in this action. There is no Motion Cut-Off Date set.

**PRE-TRIAL CONFERENCE ORDER** shall be lodged with this Court on or before **MAY 8, 2006.**

**JURY TRIAL DATE** is set as **JUNE 20, 2006 AT 9:00 A.M.**

**IT IS SO ORDERED.**

cc: counsel of record (by optical scanning)

MINUTES FORM 11                                      Initials of Deputy Clerk __WH__
CIVIL -- GEN

Dockets.Justia.com