*David,*
*This is not an Ex Parte matter must be regularly calendared.*

*[signature] 11-28-05*

FILED
CLERK, U.S. DISTRICT COURT
NOV 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation, <br><br> Defendants. <br><br> AND CONSOLIDATED ACTION | CASE NO. CV 05-3222 R(MCx) <br><br> Assigned to The Hon. Manuel L. Real, Courtroom 8 <br><br> [PROPOSED] ORDER ~~GRANTING~~ **DENYING** PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING MOTION: (A) TO SET DATE, TERMS AND CONDITIONS OF DEPOSITION OF RICHARD CONVISER; AND (B) FOR A PROTECTIVE ORDER RE DISCOVERY |

After considering Plaintiffs' *Ex Parte* Application Seeking an Order to Shorten Time for hearing Plaintiffs' motion to set date, terms and conditions of the deposition of Richard Conviser; and for the entry of a protective order regarding discovery, in addition to memoranda and evidence submitted in support thereof and opposition thereto, it appears, and the Court so finds, that good cause exists for the entry of this Order granting Plaintiffs' *Ex Parte* Application.

271204.1

[PROPOSED] ORDER ON EX PARTE APPLICATION TO SHORTEN TIME

47

Dockets.Justia.co

1  ~~Accordingly, Plaintiffs' *Ex Parte* Application seeking an order shortening~~
2  time to hear Plaintiffs' Conditional Motion: ~~(A)~~ To Set Date, Terms And Conditions
3  Of Deposition Of Richard Conviser; and (B) To File Protective Order Re Discovery
4  is **GRANTED**.
5     Plaintiffs' motion shall be heard on December 5, 2005 at 10:00 a.m.
6  Defendants may serve and file their substantive response to Plaintiffs' memorandum
7  now on file on or before November 28, 2005 at 1:30 p.m.  Plaintiffs may serve and
8  file any reply thereto on or before November 30, 2005 at 1:30 p.m.
9  **IT IS SO ORDERED.**

**DENIED**

THE HON. MANUEL L. REAL

Submitted by:

_/s/ Eliot G. Disner_

Eliot G. Disner
A Professional Corporation

VAN ETTEN SUZUMOTO &
BECKET LLP
1620 26th Street, Suite 6000 North
Santa Monica, California 90404
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
Email:  edisner@vsblaw.com