```
 1  Eliot G. Disner, Esq. (SBN: 68832)
    Sidney K. Kanazawa, Esq. (SBN: 84608)
 2  Colleen M. Regan, Esq. (SBN: 120284)
    Noah E. Jussim, Esq. (SBN: 194103)
 3  VAN ETTEN SUZUMOTO & BECKET LLP
    1620 26th Street, Suite 6000 North
 4  Santa Monica, CA 90404
    Tel: (310) 315-8200  Fax: (310) 315-8210
 5
    Attorneys for Plaintiffs
 6
    Edward A. Klein, Esq. (SBN: 145736)
 7  Heather H. Gilhooly, Esq. (SBN: 198911)
    LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
 8  1100 Glendon Avenue, 14th Floor
    Los Angeles, CA 90024-3503
 9  Tel: (310) 500-3500  Fax: (310) 500-3501

10  Steven F. Molo (pro hac vice)
    Wayne Dale Collins (pro hac vice)
11  Marc D. Ashley (pro hac vice)
    Alan S. Gruber (pro hac vice)
12  Rebecca J. Trent (pro hac vice)
    SHEARMAN & STERLING LLP
13  599 Lexington Avenue
    New York, NY 10022-6069
14  Tel: (212) 848-4000  Fax: (212) 848-7179

15  Attorneys for Defendant West Publishing Corporation
    dba BAR/BRI
16
    Bradley S. Phillips, Esq. (SBN: 85263)
17  Stuart N. Senator, Esq. (SBN: 148009)
    MUNGER, TOLLES & OLSON LLP
18  355 South Grand Avenue
    Los Angeles, CA 90071-1560
19  Tel: (213) 683-9100  Fax: (213) 687-3702

20  Attorneys for Defendant Kaplan, Inc.

21              UNITED STATES DISTRICT COURT

22              CENTRAL DISTRICT OF CALIFORNIA

23  RYAN RODRIGUEZ, et al.,        )  Case No. CV 05-3222 R(Mcx)
                                   )
24           Plaintiffs,           )  STIPULATION AND [PROPOSED]
       vs.                         )  ORDER CONTINUING
25                                 )  DISCOVERY, PRE-TRIAL AND
    WEST PUBLISHING CORPORATION,   )  TRIAL DATES PREVIOUSLY SET
26  et al.,                        )
             Defendants.           )
27                                 )
    AND CONSOLIDATED ACTIONS.      )
28                                 )
```

1    Plaintiffs Ryan Rodriguez, Reena B. Frailich, Loredana Nesci, Jennifer
2 Brazeal, Lisa Gintz, Kari Brewer and Lorraine Rimson, on behalf of themselves and
3 others similarly situated, (hereinafter "Plaintiffs") and defendants West Publishing
4 Corporation dba BAR/BRI ("BAR/BRI") and Kaplan, Inc. ("Kaplan"), through their
5 respective counsel of record in this action, hereby make this stipulation and request
6 upon the following:

7    On November 3, 2005, the Court issued an order (hereinafter the "Scheduling
8 Order") setting the following dates in these consolidated actions:

9    1.    Discovery Cutoff: April 24, 2006
10   2.    Memoranda of Contentions of Fact and Law, Exhibit List and Witness
11         List to be filed and served on or before: April 24, 2006
12   3.    Pre-trial Conference Order to be lodged on or before: May 8, 2006
13   4.    Pre-trial Conference: May 15, 2006 at 11:00 a.m.
14   5.    Trial: June 20, 2006 at 9:00 a.m.

15   As set forth more fully below, the timetable ordered by the Court imposes
16 particularly significant and undue burdens on BAR/BRI in that the trial date conflicts
17 with BAR/BRI's bar review courses for the summer 2006 bar examination. As such,
18 the parties have engaged in extensive discussions to determine a workable alternative
19 schedule (set forth below), based on a brief continuance of less than 90 days, to
20 present to this Court for approval.

21   BAR/BRI is in the business of administering and teaching preparation courses
22 to train law school graduates to take bar examinations in all 50 states. Of the twice
23 yearly administered bar examinations, by far the largest number of students sit for
24 the July exam, immediately following law school graduation. As noted in the
25 attached Declaration of BAR/BRI Chairman and CEO Richard Conviser, it is
26 estimated that approximately three quarters of BAR/BRI's 2006 students will take its
27 summer bar review courses in 2006. Conviser Decl., ¶ 3.
28

BAR/BRI's preparation courses for the July 2006 bar examinations will commence in late May 2006 and run through mid-July 2006. Id., ¶ 4. This is an extremely important and intense period of the company's operations and most of its employees, including Mr. Conviser, are completely engaged in conducting and administering the various state bar review courses from a few weeks prior to the commencement of the course until late July when the bar exams are held. Id. Many of the individuals involved in BAR/BRI's defense of this action and necessary to its trial preparation will be involved in administering, managing and/or teaching the BAR/BRI summer program.

For example, Mr. Conviser, who is expected to be a principal witness in this case, bears numerous personal duties and responsibilities during the summer bar review program. He is ultimately responsible for managing the coordination and delivery of courses across the country. Id., ¶ 5. Additionally, he personally delivers lectures in torts, business organizations, conflict of laws, equity and remedies in a number of locations. Id. This year, Mr. Conviser is currently planning to deliver approximately 20 lectures in no less than 12 cities. Id. In addition, he is in constant contact with BAR/BRI's regional directors and head office concerning the day-to-day management of the bar review program and provides his telephone number to students and responds daily to substantive law and test-taking questions. Id. Because he will be a principal witness in this action and BAR/BRI's attorneys will require his assistance in preparation for trial, BAR/BRI and Mr. Conviser are concerned that he will not be able to both discharge his responsibilities to BAR/BRI's summer bar review students and adequately assisting counsel and appearing at the trial if the trial is to run during the summer bar review program. Id., ¶ 6.

In addition to Mr. Conviser, several other BAR/BRI employees who are likely to be necessary to the preparation of BAR/BRI's defense will be heavily involved in the administration and teaching of the summer bar review course, such as BAR/BRI's

regional directors who were named in BAR/BRI's Rule 26(a) disclosures. Id., ¶ 7. These regional directors are closely involved in the summer bar review courses, attending all live and video lectures in a central location and acting as a liaison between students, lecturers and other staff. Id.

    BAR/BRI is committed to the proper preparation and training of its student enrollees, and is concerned that its employees will not be able to fully discharge their responsibilities to the summer bar review program if they are required to assist counsel in trial preparation and appear as witnesses during the summer. The continuance sought is short, consisting of less than 90 days. Plaintiffs and defendant Kaplan do not oppose the brief continuance requested, and counsel for all parties have worked cooperatively to determine a mutually feasible alternative schedule.

    Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that the discovery, pre-trial and trial-related dates previously set by the Court be continued as follows, subject to Court approval:

1. Discovery Cutoff: July 17, 2006
2. Memoranda of Contentions of Fact and Law, Exhibit List and Witness List to be filed and served on or before: July 17, 2006
3. Pre-trial Conference Order to be lodged on or before: July 31, 2006
4. Pre-trial Conference: August 7, 2006 at 11:00 a.m.
5. Trial: September 12, 2006 at 9:00 a.m

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the following schedule of deadlines shall apply for class certification motion practice, to accommodate the trial calendars and other scheduling conflicts of counsel and to allow for expert discovery during the briefing process:

    Hearing: June 19, 2006

    Opening brief filing and service deadline: April 17, 2006

    Opposition filing and service deadline: May 22, 2006

1 | Reply filing and service deadline: June 12, 2006

3 | IT IS SO STIPULATED.

5 | Dated: December 19, 2005     VAN ETTEN SUZUMOTO & BECKETT LLP

By: _____
Eliot G. Disner
Attorneys for Plaintiffs

9 | Dated: December 19, 2005     SHEARMAN & STERLING LLP

LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP

By: _____
Heather H. Gilhooly
Attorneys for Defendant West
Publishing Corporation dba
BAR/BRI

Dated: December ____, 2005     MUNGER TOLLES & OLSON LLP

By: _____
Stuart N. Senator
Attorneys for Defendant
Kaplan, Inc.

1   Reply filing and service deadline: June 12, 2006

3   IT IS SO STIPULATED.

5   Dated: December ____, 2005      VAN ETTEN SUZUMOTO & BECKETT LLP

7   By: _____
       Eliot G. Disner
       Attorneys for Plaintiffs

9   Dated: December ____, 2005      SHEARMAN & STERLING LLP

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: _____
   Heather H. Gilhooly
   Attorneys for Defendant West
   Publishing Corporation dba
   BAR/BRI

Dated: December 19, 2005      MUNGER TOLLES & OLSON LLP

By: _____
   Stuart N. Senator
   Attorneys for Defendant
   Kaplan, Inc.

# DECLARATION OF RICHARD CONVISER

I, Richard Conviser, declare as follows:

1. I am the Chairman and CEO of BAR/BRI, a subsidiary of West Publishing Corporation, a defendant in these proceedings. Except as otherwise set forth herein, I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I could and would testify to those matters.

2. BAR/BRI is in the business of administering and teaching examination preparation courses (or bar review courses), which train law school graduates to take state bar examinations in all 50 states.

3. State bar examinations are administered twice a year: in February and July. By far the largest number of students takes the bar in July, immediately following graduation from law school. I estimate that approximately three quarters of BAR/BRI's 2006 students will take its summer bar review courses in 2006.

4. BAR/BRI's bar review courses preparing students for the July 2006 bar exam will commence in late May 2006 and run through mid-July 2006. This is an extremely important period of the company's operations and most of its employees, including myself, are completely engaged in conducting and administering the various state bar review courses and supporting BAR/BRI's students from a few weeks prior to the commencement of the course until late July when the bar examinations are held.

5. My personal duties and responsibilities during the summer bar review program are numerous. I am ultimately responsible for managing the coordination and delivery of courses across the country and support of BAR/BRI's students. In addition, I personally deliver lectures in torts, business organizations, conflict of laws, equity and remedies in a number of locations. This year, I am currently planning to deliver lectures in Illinois, California, Oregon, Missouri, Kansas and Ohio, including lectures in: Chicago (5 lectures); Urbana-Champaign (University of

Illinois) (1); Los Angeles, San Francisco, Sacramento, and San Diego, CA (one lecture in each location); Portland OR (2 lectures); St Louis MO (2); Kansas City KS (2); Lawrence KS (2); Cleveland OH (1); and Columbus OH (1). In addition, I am in constant contact with BAR/BRI's regional directors and head office concerning the day-to-day management of the bar review program and provide my telephone number to students and respond daily to substantive law and test-taking questions.

6. I understand that I will be a principal witness in this action and that West's attorneys will require my assistance in preparation for trial. I am concerned that I will not be able to discharge my responsibilities to BAR/BRI's summer bar review students, as well as adequately assisting counsel and appearing at the trial if the trial is to run during the summer bar review program.

7. Other BAR/BRI employees who are likely to be necessary to the preparation of the defense of this action also will be heavily involved in the summer bar review. These include the regional directors: Steve Rubin, Brian Sacks, Mike Sims and Randy Mathews, all of whom are named in West's Rule 26(a) disclosures. Plaintiffs also list Rubin and Sacks as possible witnesses in their Rule 26(a) disclosures. The regional directors are closely involved in the administration of the summer bar review courses in multiple locations, acting as a liaison between students, lecturers and other staff. I am concerned that these individuals will not be able to discharge their responsibilities to BAR/BRI's summer bar review students if they are required to assist counsel to prepare for trial and appear as witnesses.

8. I respectfully request that the Court continue the dates for pre-trial preparation and trial so that the trial is held after the conclusion of the summer bar review courses and counsel for West has adequate access to BAR/BRI staff to assist it in preparing for trial.

///
///
///

1 |     I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct.
3 |     Executed on this 20th day of December, 2005 at Chicago, Illinois.

*Richard Conviser* (signature)

Richard Conviser

3

C:\My Documents\Declaration of Richard Conviser, December 2005.DOC001/ 286661v01

## ORDER

There being good cause, as set forth in the foregoing Stipulation of the parties, IT IS HEREBY ORDERED that the discovery, pre-trial and trial-related dates previously set by this Court be continued as follows:

1. Discovery Cutoff: July 17, 2006
2. Memoranda of Contentions of Fact and Law, Exhibit List and Witness List to be filed and served on or before: July 17, 2006
3. Pre-trial Conference Order to be lodged on or before: July 31, 2006
4. Pre-trial Conference: August 7, 2006 at 11:00 a.m.
5. Trial: September 12, 2006 at 9:00 a.m

All dates calculated based upon these dates shall be continued accordingly.

IT IS FURTHER ORDERED that the following schedule shall apply to class certification motion practice:

Hearing: ~~June 19~~ May 15, 2006 at 10 AM
Opening brief filing and service deadline: ~~April 17~~ March 13, 2006
Opposition filing and service deadline: ~~May 22~~ April 10, 2006
Reply filing and service deadline: ~~June 12~~ May 1, 2006

**IT IS SO ORDERED.**

Dated: Jan. 3, 2006

Hon. Manuel L. Real
United States District Court Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On December 20, 2005, I served the within document(s) described as: |

**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY, PRE-TRIAL AND TRIAL DATES PREVIOUSLY SET**

on each interested party in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

[X] (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2005, at Los Angeles, California.

_____    _____
Michelle StClaire                              (Signature)
(Type or print name)

9    Case No. CV 05-3222 R(Mcx)
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY, PRE-TRIAL AND TRIAL DATES PREVIOUSLY SET

0031003/001/ 285739v01

# SERVICE LIST

Case No.: CV 05-3222 R(Mcx)

<u>VIA MAIL AND EMAIL</u>

Eliot G. Disner (SBN: 68832)
Tracey Evans Moyer (SBN: )
VAN ETTEN SUZUMOTO & BECKET LLP
1620 26th Street, Suite 6000 North
Santa Monica, California 90404
Tel: (310) 315-8200  Fax: (310) 315-8210
edisner@vsblaw.com
tmoyer@vsblaw.com

Attorneys for Plaintiffs

<u>VIA MAIL AND EMAIL</u>

Bradley S. Phillips (SBN: 85263)
Stuart N. Senator (SBN: 148009)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 683-9100  Fax: (213) 687-3702
Brad.Phillips@mto.com
Stuart.Senator@mto.com

<u>Attorneys for Defendant Kaplan, Inc.</u>