Ryan Rodriguez et al v. West Publishing Corporation et al                                                                                           Doc. 60

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | CASE NO. CV 05-3222 R(mcx)<br><br>Assigned to The Hon. Manuel L. Real<br><br>[~~PLAINTIFFS' PROPOSED~~] ORDER<br><br>DOCKETED ON CM<br>FEB - 7 2006<br>BY _____ 012 |

The Court, having considered the Joint *Ex Parte* Application to Resolve Whether Plaintiffs' Contention Interrogatories Regarding Class Issues Must Be Answered Before Plaintiff Files Its Motion to Certify, and the arguments made therein, rules as follows with respect to Plaintiffs' Interrogatory Nos. 10-12:

☐ The Application is granted. Defendant shall respond without objection to said Interrogatories on or before 14 days from the date of entry of this Order.

☒ The Application is denied without prejudice.

281877_1.DOC

[PLAINTIFFS' PROPOSED] ORDER

Dockets.Justia.com

☐    The Application is denied with prejudice.

IT IS SO ORDERED.

Dated: ~~Feb.~~ 6, 2006

_____
HONORABLE MANUEL L. REAL
United States District Judge

Submitted by:

_____

One of Plaintiffs' attorneys,
Eliot G. Disner, Esq.
A Professional Corporation

VAN ETTEN SUZUMOTO & BECKET LLP
1620 26th Street, Suite 6000 North
Santa Monica, California 90404
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
Email:  edisner@vsblaw.com

281877_1.DOC

2

[PLAINTIFFS' PROPOSED] ORDER