Ryan Rodriguez et al v. West Publishing Corporation et al
Doc. 6



P send

FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

FEB - 7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants.<br><br>_____<br><br>AND CONSOLIDATED ACTION | CASE NO. CV 05-3222 R(MCx)<br><br>~~[PROPOSED]~~ ORDER TO MODIFY BRIEFING SCHEDULE RE ~~EX~~ Motion ~~PARTE APPLICATION~~ FOR ORDER THAT DEFENDANT KAPLAN INC. REMOVE CONFIDENTIALITY DESIGNATIONS AND REVEAL REDACTIONS ON DOCUMENTS |

DOCKETED
FEB - 8 2006
012
BY

Good cause appearing therefor, plaintiffs' *ex Parte* Application for Order to Modify Briefing Schedule on their *ex Parte* Application for Order to Modify Briefing Schedule Re Plaintiffs' motion that Defendant Kaplan Inc. Remove Confidentiality Designations and Reveal Redactions is GRANTED.

282452.1

Dockets.Justia.co

1    Plaintiffs represent that that they have served their portion of the Joint

2  Stipulation on Defendant Kaplan Inc. on February 6, 2006.

3    Accordingly, the parties are HEREBY ORDERED as follows:

4    (1)    Defendant Kaplan shall serve its submission on Plaintiffs' counsel on or

5  before 1:00 p.m. on Friday, February 10, 2006, by email.

6    (2)    Plaintiffs shall serve and file the Joint Stipulation of the parties on or

7  before February 10, 2006.

8    (3)    The unredacted copies of documents bearing Kaplan control numbers

9  5984, 5994, 5995, 6013, 6015, 6016, and 6154, ~~and all documents in which they are~~

10  ~~contained~~, shall be delivered to the Chambers of this Court for its in camera review

11  on or before February 10, 2006.

12    (4)    Each party may then serve and file a supplemental memorandum not to

13  exceed five pages in length on or before February 14, 2006.

14    (5)    All briefs shall be served by fax or email in addition to U.S. mail.

15    (6)    The ~~application~~ motion shall be heard on Tuesday, February 21, 2006, at

16  10:00 a.m. in Courtroom 8.

    IT IS SO ORDERED.

Dated: Feb. 8        , 2006

                                                    _____
                                                    U.S. District Court Judge

Submitted by:

_____
One of Plaintiffs' attorneys,
Eliot G. Disner, Esq.
A Professional Corporation

VAN ETTEN SUZUMOTO & BECKET LLP
1620 26th Street, Suite 6000 North
Santa Monica, CA 90404
Telephone: (310) 315-8200
Facsimile:  (310) 315-8210
email: edisner@vsblaw.com

*Attorneys for All Plaintiffs*

282452.1                          2

[PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE