[Pencil] (circled)

Daniel
This court does not work on ex parte but rather on FRCP and local rules

FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

/s/ Real 2.14.06

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | CASE NO. CV 05-3222<br><br>Assigned to The Hon. Manuel L. Real<br><br>[~~PLAINTIFFS' PROPOSED~~] ORDER of Denial |

DOCKETED ON CM
FEB 15 2006
BY ____ 012

The Court, ~~having considered the Joint Stipulation to Resolve Whether Plaintiffs' Contention Interrogatories Regarding Class Issues Must Be Answered Before Plaintiff Files Its Motion to Certify, and the arguments made therein, grants the motion, and orders Defendant West to respond without objection to said Interrogatories on or before March 12, 2006.~~ Denies the motion.

73

Order re Ex parte App. re Class Discovery (2)1 DOC

[PLAINTIFFS' PROPOSED] ORDER

1 | IT IS SO ~~ORDERED.~~

**DENIED**

3 | Dated: _____    HONORABLE MANUEL L. REAL
United States District Judge

12 | Submitted by:

14 | _[signature]_

15 | One of Plaintiffs' attorneys,
Eliot G. Disner, Esq.
A Professional Corporation

VAN ETTEN SUZUMOTO & BECKET LLP
1620 26th Street, Suite 6000 North
Santa Monica, California 90404
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
Email: edisner@vsblaw.com

Order re Ex parte App. re Class Discovery (2)1.DOC    2

[PLAINTIFFS' PROPOSED] ORDER