Ryan Rodriguez et al v. West Publishing Corporation et al                                                          Doc. 7

1   ELIOT G. DISNER (State Bar No. 68832)
    VAN ETTEN SUZUMOTO & BECKET LLP
2   26th Street, Suite 6000 North
    Santa Monica, California 90404
3   Telephone:  (310) 315-8200          ORIGINAL
    Facsimile:  (310) 315-8210
4   Email:      edisner@vsblaw.com

5   Lead Attorneys for Plaintiffs

6   BRADLEY S. PHILLIPS (State Bar No. 085263)
    STUART N. SENATOR (State Bar No. 148009)
7   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
8   Los Angeles, CA  90071-1560
    Telephone:  (213) 683-9100
9   Facsimile:  (213) 687-3702
    Email:      brad.phillips@mto.com;
10              stuart.senator@mto.com

11  Attorneys for Defendant KAPLAN, INC.

12

13                      UNITED STATES DISTRICT COURT

14                     CENTRAL DISTRICT OF CALIFORNIA

15

16  RYAN RODRIGUEZ, REENA B.            CASE NO.  CV 05-3222 R(MCx)
    FRAILICH, LOREDANA NESCI,
17  JENNIFER BRAZEAL and LISA           **[1] PLAINTIFFS' SPECIAL
    GINTZ, on behalf of themselves and all   APPLICATION FOR LEAVE FOR
18  others similarly situated,          ATTORNEY TRACY EVANS
                                        MOYER TO APPEAR *PRO HAC
19              Plaintiffs,             VICE***

20        vs.                          **[2] DEFENDANT KAPLAN, INC.'S
                                        SPECIAL APPLICATION FOR
21  WEST PUBLISHING                     LEAVE FOR ATTORNEY LEE S.
    CORPORATION, a Minnesota            TAYLOR TO APPEAR *PRO HAC
22  Corporation dba BAR/BRI, and        VICE* AND Order thereon**
    KAPLAN, Inc., a Delaware
23  corporation,                        **[MODIFIED FORM
                                        APPLICATIONS ATTACHED]**
24              Defendants.
                                        Discovery cut-off: July 17, 2006
25                                      Pretrial Conference: August 7, 2006
                                        Trial date:  September 12, 2006
26

27  AND CONSOLIDATED ACTION

28

1165543.1

**APPLICATIONS FOR SPECIAL LEAVE TO APPEAR *PRO HAC VICE***

1

2 **TO THE COURT, ALL PARTIES IN INTEREST AND THEIR**

3 **COUNSEL OF RECORD:**

4    Plaintiffs hereby apply specially to this Court for leave for an associate in the

5 law firm of its lead counsel of record to appear *pro hac vice* in this litigation; and

6 defendant Kaplan, Inc. hereby applies specially to this Court for leave for an

7 associate in the law firm of its counsel of record to appear *pro hac vice* in this

8 litigation. These applications are being made specially, and filed in a common

9 document, by these parties in this litigation because each firm finds itself in the

10 same special circumstance, not contemplated by the Local Rule relating to *pro hac*

11 *vice* admissions. Specifically:

12 1.    Tracy Evans Moyer is an active member in good standing of the bars

13        of New York and New Jersey.

14 2.    Lee Scott Taylor is an active member in good standing of the bars of

15        Maryland and the District of Columbia.

16 3.    Ms. Moyer relocated to California approximately one year ago. She

17        has completed all required applications for membership in the State

18        Bar of California, and she took and is awaiting the results of the

19        February 2006 California State Bar Examination.

20 4.    Mr. Taylor relocated to California approximately nine months ago. He

21        has completed all required applications for membership in the State

22        Bar of California, and he took and is awaiting the results of the

23        February 2006, California State Bar Examination.

24 5.    Local Rule 83-2.3.2 – like the local rules of most district courts –

25        generally contemplates that only attorneys residing and working

26        outside of the state will appear *pro hac vice* in the District.

27 6.    At least one other district, the Northern District of California, has

28        implemented an across-the-board exception to this rule for an attorney

1165543 1

- 1 -

**APPLICATIONS FOR SPECIAL LEAVE TO APPEAR *PRO HAC VICE***

1  in good standing in another state who has moved to the state of the
2  district within the past year, completed all applications to the State Bar
3  of California, and has registered to take or are awaiting the results of
4  the California bar.  Northern District of California, Civil Local Rule
5  11-3(b).

6  7.  The Ninth Circuit has long recognized that a "district court has broad
7  discretion to depart from the strict terms of the local rules where it
8  makes sense to do so and substantial rights are not at stake."
9  *Professional Programs Group v. Department of Commerce*, 29 F.3d
10  1349, 1353 (9th Cir. 1994);  *see also Nunley v. City of Los Angeles*, 52
11  F.3d 792, 795 (9th Cir. 1995).

12  6.  Substantial rights are not at stake here and it makes sense to depart
13  from Local Rule 83-2.3.2.  First, no party to this litigation opposes the
14  current application.  Second, each of Ms. Moyer and Mr. Taylor will
15  work under the direct supervision of a member of the bar of this Court.
16  Third, the admission *pro hac vice* of Ms. Moyer and Mr. Taylor will
17  greatly assist the respective party in, *inter alia*, the conduct of
18  depositions, such as the upcoming depositions of the class
19  representatives.

20  For these reasons, Plaintiffs and Defendant Kaplan, Inc. each respectfully
21  requests that the Court grant the attached application of its respective associate to
22  appear *pro hac vice*.  Attached hereto as Exhibits A and B, respectively, are the
23  standard form applications for admission *pro hac vice,* although each application
24  contains alterations that conform to the special circumstances described above.

25

26

27

28

1165543.1

- 2 -

APPLICATIONS FOR SPECIAL LEAVE TO APPEAR *PRO HAC VICE*

1  DATED: March 8, 2006                    Respectfully submitted,

2                                          VAN ETTEN SUZUMOTO &
                                           BECKET LLP
3

4

5                                          By: _Eliot G. Disner/pro_
                                                ELIOT G. DISNER
6
                                           Lead Attorneys for Plaintiffs
7

8

9  DATED: March 8, 2006                    MUNGER TOLLES & OLSON LLP

10

11                                         By: _____

12                                              BRADLEY S. PHILLIPS

13                                         Attorneys for Defendant
                                           KAPLAN, INC.
14

15

16                                         **IT IS SO ORDERED**

17                                         DATE_____ march 9, 2006

18

19                                         U.S. DISTRICT COURT JUDGE

20
                                           must pay fees and
21                                         submit separate application
22                                         for plaid up to resuelto 1
23
                                           California Bar
24

25

26

27

28

1165543.1                          -3-

SCANNED

Tracy Evans Moyer
VAN ETTEN SUZUMOTO & BECKET LLP
1620 26th Street, Suite 6000 North
Santa Monica, CA 90404

310/ 315-8200 (Tel)  310/ 315-8210 (Fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al. | CASE NUMBER |
| Plaintiff(s) | CV 05-3222 R (MCx) |
| v. | |
| WEST PUBLISHING CORP. et al. | APPLICATION OF ~~NON-RESIDENT~~ ATTORNEY ~~TO APPEAR IN A SPECIFIC CASE~~ |
| Defendant(s). | **For Special Leave to Appear in a Specific Case** |

NOTICE:   Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, _____ Tracy Evans Moyer _____ , hereby apply to the Court under Local Rule 83-2.8.2
for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff      ☐ Defendant:
R. Rodriguez, J. Brazeal, R. Frailich, L. Gintz & L. Nesci _____ by whom I have been retained.

My ~~*out-of-state*~~ business information is as follows:
VAN ETTEN SUZUMOTO & BECKET, LLP
*Firm Name*

1620 26th Street, Suite 6000 North
*Street Address*

Santa Monica, CA 90404                          tmoyer@vsblaw.com
*City, State, Zip*                                      *E-Mail Address*
(310) 315-8200                          (310) 315-8210
*Telephone Number*                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| *Title of Court* | *Date of Admission* |
|---|---|
| All New Jersey state courts | December 21, 1998 |
| United States District Court for the District of New Jersey | December 21, 1998 |
| All New York state courts | June 22, 1999 |
| United States District Court for the Eastern District of New York | April 2001 |

~~I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in~~ the State of ~~California.~~ I am not currently suspended or disbarred in any court.

---

G-64 (06/05)    APPLICATION OF ~~NON-RESIDENT~~ ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2
*LexisNexis® Automated California Federal District Court Forms*

4

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Eliot G. Disner _____ as local counsel, whose business information is as follows:
*Supervising*

VAN ETTEN SUZUMOTO & BECKET
*Firm Name*

1620 26th Street, Suite 6000 North
*Street Address*

Santa Monica, CA 90404                          edisner@vsblaw.com
*City, State, Zip*                              *E-Mail Address*
(310) 315-8200              (310) 315-8210
*Telephone Number*          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  3|6|06                      Tracy Evans Moyer
                                   *Applicant's Name (please print)*

                                   *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.
                                   *supervising*
Dated  3/6/06                      Eliot G. Disner
                                   *Designee's Name (please print)*

                                   *Designee's Signature*

                                   68832
                                   *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED** *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* **(G-64 ORDER) ALONG WITH THIS APPLICATION.**

G-64 (06/05)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 2 of 2
                    *LexisNexis® Automated California Federal District Court Forms*

5

Tracy Evans Moyer
VAN ETTEN SUZUMOTO & BECKET LLP
1620 26TH Street, Suite 6000 North
Santa Monica, CA 90404
310/ 315-8200 (tel)
310/ 315-8210 (fax)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>WEST PUBLISHING CORP. et al.<br>Defendant(s). | CASE NUMBER<br>CV 05 3222 R (MCx)<br><br>[PROPOSED] ORDER ON<br>APPLICATION OF ATTORNEY FOR SPECIAL<br>LEAVE TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Tracy Evans Moyer</u>
<em>Applicant's Name</em>

of <u>Van Etten Suzumoto & Becket LLP</u>     for permission to appear and participate in the above-entitled
<em>Firm Name</em>

action on behalf of ☒ Plaintiff    ☐ Defendant <u>R. Rodriguez, J. Brazeal, R. Frailich, L. Gintz & L. Nesci</u>

and the designation of <u>Eliot G. Disner</u>     of <u>Van Etten Suzumoto & Becket LLP</u>

as supervising counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____     _____
                            U. S. District Judge/U.S. Magistrate Judge

SCANNED

LEE SCOTT TAYLOR
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al.<br><br>Plaintiff(s)<br><br>v<br><br>WEST PUBLISHING CORP., et al.<br><br>Defendant(s) | CASE NUMBER<br>CV 05-3222 R(Mcx)<br><br><br>APPLICATION OF ~~NON-RESIDENT~~ ATTORNEY *FOR SPECIAL LEAVE* TO APPEAR IN A SPECIFIC CASE |

I, _____ Lee Scott Taylor _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant: _____ Kaplan, Inc. _____ by whom I have been retained.

My ~~out-of-state~~ business information is as follows:

MUNGER, TOLLES & OLSON LLP
*Firm Name*

355 South Grand Avenue, Thirty-Fifth Floor
*Street Address*

Los Angeles, CA 90071                          Lee.Taylor@mto.com
*City, State, Zip*                                  *E-Mail Address*

(213) 683-9100                                 (213) 687-3702
*Telephone Number*                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| All Maryland state courts | 12/17/2003 |
| District of Columbia Superior Court and Court of Appeals | 1/10/05 |
| United States District Court for the District of Maryland | 2/17/2004 |
| United States Court of Appeals for the Eleventh Circuit | 5/21/2004 |
| United States Court of Appeals for the Sixth Circuit | 10/14/04 |

~~I am not a resident of, not am I regularly engaged in business, professional or other activities in the State of California.~~ I am not currently suspended or disbarred in any court.

---

G-64 (06/05)    **APPLICATION OF ~~NON-RESIDENT~~ ATTORNEY *FOR SPECIAL LEAVE* TO APPEAR IN A SPECIFIC CASE**    PAGE 1 of 2
1165580.1

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:



I designate ___Bradley S. Phillips___ as ~~local~~ *supervising* counsel, whose business information is as follows:

MUNGER, TOLLES & OLSON LLP
*Firm Name*

355 South Grand Avenue, Thirty-Fifth Floor
*Street Address*

Los Angeles, CA  90071                     Lee.Taylor@mto.com
*City, State, Zip*                                         *E-Mail Address*

(213) 683-9100                               (213) 687-3702
*Telephone Number*                               *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated ___3/8/06___              ___Lee Taylor___
                                            *Applicant's Name (please print)*

                                            _____
                                            *Applicant's Signature*

I hereby consent to the foregoing designation as ~~local~~ *supervising* counsel.

Dated ___3/8/06___              ___Bradley S. Phillips___
                                            *Designee's Name (please print)*

                                            _____
                                            *Designee's Signature*

                                            085263
                                            *Designee's California State Bar Number*

G-64 (06/05)    **APPLICATION OF ~~NON-RESIDENT~~ ATTORNEY *FOR SPECIAL LEAVE* TO APPEAR IN A SPECIFIC CASE**    PAGE 2 of 2
1165580.1

8

LEE SCOTT TAYLOR
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN RODRIGUEZ, et al. | | CASE NUMBER<br>CV 05-3222 R(Mcx) |
| | Plaintiff(s) | |
| v. | | |
| | | [PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY *FOR SPECIAL LEAVE* TO APPEAR IN A SPECIFIC CASE |
| WEST PUBLISHING CORP., et al. | | |
| | Defendant(s). | |

The Court, having reviewed the accompanying Application of _____ Lee Scott Taylor _____

of _____ Munger, Tolles & Olson LLP _____ for permission to appear and participate in the above-entitled

action on behalf of ☐ Plaintiff ☒ Defendant _____ Kaplan, Inc. _____

and the designation of _____ Stuart N. Senator _____ of _____ Munger, Tolles & Olson LLP _____

as local *supervising* counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____

_____
Hon. Manuel L. Real
United States District Judge

G-64 ORDER (06/05) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY *FOR SPECIAL LEAVE* TO APPEAR IN A SPECIFIC CASE
1165582 1

9

## PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL

1

2

3         I am employed in the County of Los Angeles, State of California. I am over the

4    age of 18 and not a party to the within action. My business address is 355 South Grand Avenue,

5    Thirty-Fifth Floor, Los Angeles, California 90071-1560.

6         On March 8, 2006, I served the foregoing document described as [1]

7    PLAINTIFFS' SPECIAL APPLICATION FOR LEAVE FOR ATTORNEY TRACY EVENS

8    MOYER TO APPEAR *PRO HAC VICE*; [2] DEFENDANT KAPLAN, INC.'S SPECIAL

9    APPLICATION FOR LEAVE FOR ATTORNEY LEE S. TAYLOR TO APPEAR *PRO HAC*

10    *VICE* on the interested parties in this action by electronic mail and by placing a true copy thereof

11    enclosed in a sealed envelope addressed as follows:

12                   **SEE ATTACHED SERVICE LIST**

13         I declare that I am employed in the office of a member of the bar of this court at

14    whose direction the service was made.

15         Executed on March 8, 2006, at Los Angeles, California.

16

17                                           *Michelle Godfrey*

18                                          Michelle Godfrey

19

20

21

22

23

24

25

26

27

28

1166857 1

1

## SERVICE LIST

2

### Rodriguez v. West Publishing Corp., et al.

3

| | |
|---|---|
| Eliot G. Disner<br>VAN ETTEN, SUZUMOTO & BECKET<br>1620 26th Street, Suite 6000 North<br>Santa Monica, California 90404<br>(310) 310-315-8299 Telephone<br>310-315-8298 Facsimile<br>edisner@vsblaw.com<br>***Attorney for Rodriguez Plaintiffs***<br><br>***After 3-13-06***<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 315-8200<br>Fax: (310) 315-8210 | Edward Klein<br>Heather H. Gilhooly<br>LINER, YANKELEVITZ, SUNSHINE<br>& REGENSTREIF<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>(310) 500-3500 Telephone<br>eklein@linerlaw.com<br>hgilhooly@linerlaw.com<br>***Attorneys for Defendant West Publishing Corporation*** |
| Steven F. Molo<br>Marc D. Ashley<br>Rebecca J. Trent<br>Wayne D. Collins<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>(212) 848-4000 Telephone<br>WCollins@Shearman.com;<br>smolo@shearman.com<br>***Attorneys for Defendant West Publishing Corporation*** | |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1166857.1