LEE SCOTT TAYLOR
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

FILED
CLERK, U.S. DISTRICT COURT
MAR 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2006 MAR 13 PM 4:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RYAN RODRIGUEZ, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 05-3222 R(Mcx) |
| v. | |
| WEST PUBLISHING CORP., et al. | ORDER ON APPLICATION OF NON-RESIDENT* ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of _____Lee Scott Taylor_____

of _____Munger, Tolles & Olson LLP_____ for permission to appear and participate in the above-entitled

action on behalf of ☐ Plaintiff ☒ Defendant _____Kaplan, Inc._____

and the designation of _____Stuart N. Senator_____ of _____Munger, Tolles & Olson LLP_____

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

DOCKETED ON CM
MAR 14 2006
BY _____ 012

Dated _____March 14, 2006_____

Hon. Manuel L. Real
United States District Judge

* This application is submitted pursuant to the Court's Order of March 9, 2006. Although I reside and work in California, I relocated to California approximately nine months ago, I have completed all required applications for membership in the State Bar of California, and I am awaiting the results of the February 2006, California State Bar Examination. I am not currently suspended or disbarred in any court. In the March 9, 2006 Order, the Court held that, under these circumstances, I may appear *pro hac vice* in this litigation upon submission of a separate application and payment of the required fee.

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE
1165582.2