Tracy Evans Moyer
VAN ETTEN SUZUMOTO & BECKET LLP
1620 26TH Street, Suite 6000 North
Santa Monica, CA 90404
310/ 315-8200 (tel)
310/ 315-8210 (fax)

**FILED**
CLERK, U S DISTRICT COURT
MAR 17 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al.<br><br>Plaintiff(s)<br>v.<br><br>WEST PUBLISHING CORP. et al.<br><br>Defendant(s). | CASE NUMBER<br>CV 05 3222 R (MCx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT* ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of **Tracy Evans Moyer**
                                                            *Applicant's Name*

of **Van Etten Suzumoto & Becket LLP** for permission to appear and participate in the above-entitled
        *Firm Name*

action on behalf of  ☒ Plaintiff   ☐ Defendant  **R. Rodriguez, J. Brazeal, R. Frailich, L. Gintz & L. Nesci**

and the designation of **Eliot G. Disner**                of **Van Etten Suzumoto & Becket LLP**
                      *Local Counsel Designee*                 *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

DOCKETED ON CM
MAR 21 2006
BY              012

Dated **March 17, 2006**
                                    U. S. District Judge/U.S. Magistrate Judge

* This application is submitted pursuant to the Court's order of March 9, 2006. Although I reside and work in California, I relocated to California approximately one year ago, I have completed all required applications for membership in the State Bar of California, and I am awaiting the results of the February 2006, California State Bar Examination. I am not currently suspended or disbarred in any court. In the March 9, 2006 Order, the Court held that, under these circumstances, I may appear pro hac vice in this litigation upon submission of a separate application and payment of the required fee.

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    American LegalNet, Inc.
                                                                                                    www.USCourtForms.com