Eliot G. Disner, Esq. (SBN: 68832)
Sidney K. Kanazawa, Esq. (SBN: 84608)
Colleen M. Regan, Esq. (SBN: 120284)
Noah E. Jussim, Esq. (SBN: 194103)
    n.jussim@mcguirewoods.com
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel: (310) 315-8200  Fax: (310) 315-8210
Attorneys for Plaintiffs

Edward A. Klein, Esq. (SBN: 145736)
Heather H. Gilhooly, Esq. (SBN: 198911)
    hgilhooly@linerlaw.com
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Tel: (310) 500-3500  Fax: (310) 500-3501

Steven F. Molo (*pro hac vice*)
Wayne Dale Collins (*pro hac vice*)
Lisl J. Dunlop (*pro hac vice*)
Alan S. Gruber (*pro hac vice*)
Rebecca J. Trent (*pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Tel: (212) 848-4000  Fax: (212) 848-7179
Attorneys for Defendant West Publishing Corporation
dba BAR/BRI

Bradley S. Phillips, Esq. (SBN: 85263)
Stuart N. Senator, Esq. (SBN: 148009)
    stuart.senator@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 683-9100  Fax: (213) 687-3702
Attorneys for Defendant Kaplan, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN RODRIGUEZ, et al., <br>     Plaintiffs, <br> vs. <br> WEST PUBLISHING CORPORATION, et al., <br>     Defendants. <br> AND CONSOLIDATED ACTIONS. | Case No. CV 05-3222 R(Mcx) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITATIONS FOR BRIEFING ON CLASS CERTIFICATION** |

0031003/001/ 301707v01

Dockets.Justia.com

1  WHEREAS, the issues to be addressed and positions to be taken by each of
2  the two defendants to this action in opposing plaintiffs' Motion for Class
3  Certification substantially overlap; and

4  WHEREAS, the parties have agreed that efficient use of litigation resources
5  and the interest of judicial economy may favor the defendants filing a joint
6  opposition; and

7  WHEREAS, the parties have agreed that such a consolidated opposition may
8  be up to 35 pages in length;

9  IT IS HEREBY STIPULATED AND AGREED by and between the parties,
10 through their undersigned counsel of record, that the defendants may, if they so
11 choose, file a consolidated memorandum of points and authorities of up to 35 pages
12 (excluding indices, exhibits, and declarations) in opposition to plaintiffs' class
13 certification motion. If the defendants choose to file such a consolidated opposition,
14 plaintiffs may file one reply memorandum of points and authorities thereto of up to
15 35 pages in length (excluding indices, exhibits, and declarations).

16  IT IS SO STIPULATED.

Dated: April 6, 2006          MCGUIRE WOODS LLP

                              By: _Noah E. Jussim_ /HHG per telephonic authority
                              Noah E. Jussim
                              Attorneys for Plaintiffs

Dated: April 6, 2006          SHEARMAN & STERLING LLP

                              LINER YANKELEVITZ SUNSHINE
                              & REGENSTREIF LLP

                              By: _____
                              Heather H. Gilhooly
                              Attorneys for Defendant West
                              Publishing Corporation dba BAR/BRI

Dated: April 6, 2006          MUNGER TOLLES & OLSON LLP

                              By: _Stuart N. Senator_ /HHG per telephonic authority
                              Stuart N. Senator
                              Attorneys for Defendant Kaplan, Inc.

1

## ORDER

There being good cause, as set forth in the foregoing Stipulation of the parties, IT IS HEREBY ORDERED THAT:

The defendants may, if they so choose, file a consolidated memorandum of points and authorities of up to 35 pages (excluding indices, exhibits, and declarations) in opposition to plaintiffs' class certification motion. If the defendants choose to file such a consolidated opposition, plaintiffs may file one reply memorandum of points and authorities thereto of up to 35 pages in length (excluding indices, exhibits, and declarations).

Dated: April 7, 2006

Hon. Manuel L. Real
United States District Court Judge

2

0031003/001/ 301707v01

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On April 6, 2006, I served the within document(s) described as:

**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS TO FILE A CONSOLIDATED OPPOSITION OF UP TO 35 PAGES**

on each interested party in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

[X] (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 6, 2006, at Los Angeles, California.

| Henna Choi | _(Signature)_ |
|---|---|
| (Type or print name) | (Signature) |

3

0031003/001/ 301707v01

# SERVICE LIST

Case No.: CV 05-3222 R(Mcx)

<u>VIA MAIL AND EMAIL</u>

Eliot G. Disner
Noah E. Jussim, Esq.
Tracey Evans Moyer, Esq.
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel: (310) 315-8200 Fax: (310) 315-8210
edisner@mcguirewoods.com
njussim@mcguirewoods.com
tmoyer@mcguirewoods.com
Attorneys for Plaintiffs

<u>VIA MAIL AND EMAIL</u>

Bradley S. Phillips, Esq.
Stuart N. Senator, Esq.
Lee S. Taylor, Esq.
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 683-9100 Fax: (213) 687-3702
Brad.Phillips@mto.com
Stuart.Senator@mto.com
Lee.Taylor@mto.com

Attorneys for Defendant Kaplan, Inc.

4

0031003/001/ 301707v01