UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants. | CASE NO. CV 05-3222 R(MCx)<br><br>Assigned to The Hon. Manuel L. Real<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION**<br><br> |
| AND CONSOLIDATED ACTION | |

This matter having come before this Court upon motion by Plaintiffs in the above-captioned case, and after having considered the briefs filed and arguments made by counsel, IT IS HEREBY ORDERED:

---

[PROPOSED] ORDER RE CLASS CERTIFICATION

Plaintiffs' motion for class certification is **GRANTED**. The class shall be defined as:

> All persons who purchased a bar review course from BAR/BRI in the United States from August 1997 to the present.

Certification of this class is appropriate because:

1. The class is so numerous that joinder of all members is impracticable, satisfying the requirement of Rule 23(a)(1);
2. There are questions of law or fact common to the class, satisfying the requirements of Rule 23(a)(2);
3. The claims of the representative parties are typical of the claims of the class, satisfying the requirements of Rule 23(a)(3);
4. The plaintiffs will fairly and adequately protect the interests of the class, satisfying the requirements of Rule 23(a)(4);
5. Questions of law or fact common to the members of the class predominate over questions affecting only individual members;
6. A class action is superior to other methods available for the fair and efficient adjudication of the controversy, satisfying the requirements of Rule 23(b)(3);
7. The law firm of McGuireWoods LLP will fairly and adequately represent the interests of the class as Class Counsel, satisfying the requirements of Rule 23(g)(1); and
8. This action is manageable as a class action.

IT IS FURTHER ORDERED THAT Plaintiffs Ryan Rodriguez, Reena B. Frailich, Loredana Nesci, Jennifer Brazeal, Lisa Gintz, Kari Brewer and Lorraine Rimson shall serve as class representatives for the class certified herein.

IT IS FURTHER ORDERED THAT McGuireWoods LLP is appointed Class Counsel for the class certified herein.

1   IT IS FURTHER ORDERED THAT no later than seven days after the date of
2   this Order, the parties through their counsel shall meet and confer to determine the
3   most cost-effective and efficient means to provide adequate notice to the class, and
4   advise the Court of any such agreement. If no agreement is reached, the parties
5   shall submit to this Court, no later than seven days thereafter, their proposed means
6   of providing adequate notice to the class.

7   IT IS FURTHER ORDERED THAT the parties are to meet and confer on a
8   proposed form of notice to be mailed to the class by Plaintiffs and submit the same
9   to the Court not later than seven days after the date of this Order. If no agreement is
10  reached, the parties shall submit to this Court their proposed form of notice no later
11  than seven days thereafter.

12  With respect to the nature and form of notice, the Court shall then rule or
13  schedule a hearing, as it deems necessary in its sole discretion.

14
15  IT IS SO ORDERED.

16  Dated: May 15, 2006
17  HONORABLE MANUEL L. REAL
    United States District Judge
18

19  Submitted by:
20
21  _____
22  One of Plaintiffs' attorneys,
    Eliot G. Disner, Esq.
23  A Professional Corporation
24
    McGUIREWOODS LLP
25  1800 Century Park East, 8th Floor
    Los Angeles, California 90067
26  Telephone: (310) 315-8200
27  Facsimile: (310) 315-8210
    Email: edisner@mcguirewoods.com
28

Active\3956757.2

3
[PROPOSED] ORDER RE CLASS CERTIFICATION