

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al., | CASE NO. CV05-3222-R |
| Plaintiffs, | |
| vs. | ORDER APPOINTING A SPECIAL MASTER |
| WEST PUBLISHING CORPORATION, et al., | |
| Defendants. | |

The Court, having considered the brief submitted by counsel and argument, does hereby now order that:

1. John Francis Carroll is appointed as Special Master. The compensation paid to the Special Master shall be shared by the parties - 75% jointly and severally by defendants and 25% by plaintiffs.

2. The Special Master shall have the following powers:

    (a) To set the date, time, place and scope of hearings or other means of resolving disputes;

    (b) To recommend the issuance of subpoenas;

    (c) To meet and confer with the parties through their counsel or otherwise to determine the extent to which Defendants have not been forthcoming in discovery;

    (d) To take whatever steps are necessary to review the discovery provided by Defendants, to the extent necessary, and determine whether particular areas of Defendants' discovery have not been forthcoming;

(e) To have reasonable access to Defendants' books and records including computer, hard drives and the like, in order to execute his responsibilities;

(f) To take whatever steps are necessary to assure that discovery not yet provided, but requested by the parties, is produced forthwith;

(g) To order and preside over hearings before the Special Master, including discovery disputes and motions, and if necessary to attend depositions, and rule on objections;

(h) To investigate whether there has been any tampering of witness testimony, including by interviewing witnesses who have provided testimony which has been challenged or others;

(i) To recommend and order production of documents and things in accordance with FRCP 26;

(j) To undertake all acts and take all measures necessary or proper for the efficient performance of his duties under this Order;

(k) To set discovery schedules and procedures;

(l) To issue protective orders or other discovery orders;

(m) To resolve without the necessity of formal motion all discovery disputes and;

(n) To require a qualified reporter provided by the parties to report any proceedings undertaken under this Order.

3. Within fourteen (14) days after any ruling the Special Master shall report to this Court and the parties his rulings and recommendations.

4. The Court may enter further orders, as requested, to permit the Special Master to fully execute the responsibilities of this appointment.

5. The parties, as required, shall deposit with the Clerk of the Court funds for payment of the fees of the Special Master. As the initial fund defendants shall deposit $4,000.00 and plaintiffs shall deposit $1,000.00 with the Clerk of Court forthwith.

DATED: May 24, 2006.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2