Ryan Rodriguez et al v. West Publishing Corporation et al                                                    Doc. 11

1 | Eliot G. Disner (SBN: 68832)
  edisner@mcguirewoods.com
2 | MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
3 | Los Angeles, CA 90067
Tel: (310) 315-8200  Fax: (310) 315-8210
4 | Attorneys for Plaintiffs

5 | Edward A. Klein (SBN: 145736)
Heather H. Gilhooly (SBN: 198911)
6 |   hgilhooly@linerlaw.com
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
7 | 1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
8 | Tel: (310) 500-3500  Fax: (310) 500-3501

9 | Steven F. Molo (*pro hac vice*)
W. Dale Collins (*pro hac vice*)
10 | SHEARMAN & STERLING LLP
599 Lexington Avenue
11 | New York, NY 10022-6069
Tel: (212) 848-4000  Fax: (212) 848-7179
12 | Attorneys for Defendant
West Publishing Corporation dba BAR/BRI

13 |

14 | Bradley S. Phillips (SBN: 85263)
Stuart N. Senator (SBN: 148009)
  stuart.senator@mto.com
15 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
16 | Los Angeles, CA 90071-1560
Tel: (213) 683-9100  Fax: (213) 687-3702
17 | Attorneys for Defendant Kaplan, Inc.

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2006

CENTRAL DISTRICT OF CALIFORNIA
BY     DEPUTY

DOCKETED ON CM

JUN - 7 2006

BY   012

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al., | CASE NO.  CV 05-3222 R(MCx) |
|     Plaintiffs, | Assigned To The Hon. Manuel L. Real, Courtroom 8 |
| vs. | |
| WEST PUBLISHING CORPORATION, et al, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY** |
|     Defendants. | Discovery Cutoff: July 17, 2006<br>Pretrial Conference: August 7, 2006<br>Trial Date: September 12, 2006 |
| AND CONSOLIDATED ACTION | |

1188276.1

Dockets.Justia.co

1    WHEREAS the current discovery schedule provides that all experts'

2    reports in this litigation will be submitted on June 12; and

3    WHEREAS Plaintiffs and Defendants agree that experts' reports

4    should be submitted in two phases – the first phase covering experts' reports that

5    relate to whether any antitrust violations occurred, and the second phase covering

6    experts' reports that relate to causation and damages; and

7    WHEREAS Plaintiffs and Defendants agree that the current discovery

8    schedule does not allow for sufficient time for the adequate preparation of experts'

9    reports; and

10    WHEREAS Plaintiffs and Defendants agree that, following the

11    submission of all experts' reports, depositions of said experts will be necessary and

12    appropriate;

13    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE,

14    through their respective counsel of record, as follows:

15    1.    Experts' reports that relate to whether an antitrust violation

16    occurred shall be submitted by Plaintiffs and Defendants on June 26, 2006;

17    2.    Experts' reports that relate to causation and damages shall be

18    submitted by all parties on July 17, 2006;

19    3.    Plaintiffs and Defendants may complete depositions of experts

20    up to and including August 4, 2006.

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY

Respectfully submitted,

DATED: June 5, 2006                    MCGUIREWOODS LLP


By: __Eliot G. Disner / /s/__
                    ELIOT G. DISNER

Attorneys for Plaintiffs


DATED: June 5, 2006                    MUNGER TOLLES & OLSON LLP


By: __Stuart N. Senator / /s/__
                    STUART N. SENATOR

Attorneys for Defendant Kaplan, Inc.


DATED: June 5, 2006                    LINER, YANKELEVITZ, SUNSHINE
                                       & REGENSTREIF


By: __Heather H. Gilhooly / /s/__
                    HEATHER H. GILHOOLY

Attorneys for Defendant
West Publishing Corporation


## ORDER

IT IS SO ORDERED.

_____
                    United States District Judge

6·6·06

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY

## PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On June 5, 2006, I served the foregoing document described as STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY on the interested parties in this action by electronic mail and by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2006, at Los Angeles, California.

_____
Michelle Godfrey

1129347.1

**SERVICE LIST**

**Rodriguez v. West Publishing Corp., et al.**

SCANNED

| | |
|---|---|
| Eliot G. Disner, Esq.<br>Noah E. Jussim, Esq.<br>Tracy Evans Moyer, Esq.<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 315-8200<br>Fax: (310) 315-8210<br>edisner@mcguirewoods.com<br>njussim@mcguirewoods.com<br>tmoyer@mcguirewoods.com<br>*Attorney for Rodriguez Plaintiffs* | Edward Klein, Esq.<br>Heather H. Gilhooly, Esq.<br>LINER, YANKELEVITZ, SUNSHINE<br>& REGENSTREIF<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>(310) 500-3500 Telephone<br>eklein@linerlaw.com<br>hgilhooly@linerlaw.com<br>*Attorneys for Defendant West Publishing Corporation* |
| Steven F. Molo, Esq.<br>Marc D. Ashley, Esq.<br>Rebecca J. Trent, Esq.<br>Wayne D. Collins, Esq.<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>(212) 848-4000 Telephone<br>WCollins@Shearman.com;<br>smolo@shearman.com<br>*Attorneys for Defendant West Publishing Corporation* | |

1129347.1