1  Eliot G. Disner, Esq. (SBN: 68832)
   Sidney K. Kanazawa, Esq. (SBN: 84608)
2  Colleen M. Regan, Esq. (SBN: 120284)
   Noah E. Jussim, Esq. (SBN: 194103)
3  Tracy Evans Moyer (SBN: 243212)
         tmoyer@mcguirewoods.com
4  MCGUIRE WOODS LLP
   1800 Century Park East, 8th Floor
5  Los Angeles, CA 90067
   Tel: (310) 315-8200  Fax: (310) 315-8210
6  Attorneys for Plaintiffs

7  Edward A. Klein, Esq. (SBN: 145736)
   Heather H. Gilhooly, Esq. (SBN: 198911)
8         hgilhooly@linerlaw.com
   LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
9  1100 Glendon Avenue, 14th Floor
   Los Angeles, CA 90024-3503
10 Tel: (310) 500-3500  Fax: (310) 500-3501

11 Steven F. Molo (*pro hac vice*)
   Wayne Dale Collins (*pro hac vice*)
12 Lisl J. Dunlop (*pro hac vice*)
   Alan S. Gruber (*pro hac vice*)
13 Rebecca J. Trent (*pro hac vice*)
   SHEARMAN & STERLING LLP
14 599 Lexington Avenue
   New York, NY 10022-6069
15 Tel: (212) 848-4000  Fax: (212) 848-7179
   Attorneys for Defendant West Publishing Corporation
16 dba BAR/BRI

17 Bradley S. Phillips, Esq. (SBN: 85263)
   Stuart N. Senator, Esq. (SBN: 148009)
18        stuart.senator@mto.com
   MUNGER, TOLLES & OLSON LLP
19 355 South Grand Avenue
   Los Angeles, CA 90071-1560
20 Tel: (213) 683-9100  Fax: (213) 687-3702
   Attorneys for Defendant Kaplan, Inc.

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JUL - 6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al., <br> Plaintiffs, <br> vs. <br> WEST PUBLISHING CORPORATION, et al., <br> Defendants. <br> AND CONSOLIDATED ACTIONS. | Case No. CV 05-3222 R(Mcx) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SEALING OF DEFENDANT WEST PUBLISHING CORPORATION'S PARTIAL OPPOSITION TO PLAINTIFFS' PROPOSAL RE ADEQUATE CLASS NOTICE (FILED JUNE 13, 2006)** |

1

1    WHEREAS, on or about June 13, 2006, defendant West Publishing
2 Corporation dba BAR/BRI ("West") filed its Partial Opposition to Plaintiffs'
3 Proposal re Adequate Class Notice ("West's Partial Opposition");
4    WHEREAS, West's Partial Opposition included a reference to a revenue
5 percentage that discloses the confidential revenue information of BAR/BRI in
6 particular;
7    WHEREAS, based on the foregoing confidential information, West's Partial
8 Opposition should have been designated "CONFIDENTIAL" pursuant to the terms
9 of the protective order entered in this case and filed under seal further pursuant
10 thereto, but was not;
11    WHEREAS, the parties have agreed that the current undesignated version of
12 West's Partial Opposition on file may be replaced with an under seal version, to be
13 provided to the Court by West's counsel via filing with the Clerk's office;
14    IT IS HEREBY STIPULATED AND AGREED by and between the parties,
15 through their undersigned counsel of record, that Defendant West Publishing
16 Corporation's Partial Opposition to Plaintiffs' Proposal re Adequate Class Notice
17 (filed on or about June 13, 2006) shall be deemed CONFIDENTIAL pursuant to the
18 terms of the Protective Order entered by the Court in this case on or about January
19 13, 2006 and the unsealed version currently in the Court's files shall be removed
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

0031003/001/ 312903v01

```
 1 │ from those files and replaced with a designated, under seal version, to be provided to
 2 │ the Court by West's counsel via filing with the Clerk's office.
 3 │        IT IS SO STIPULATED.
 4 │ Dated: July 5, 2006              MCGUIRE WOODS LLP
 5 │                                  By: _____
 6 │                                      Tracy Evans Moyer
 7 │                                      Attorneys for Plaintiffs
 7 │ Dated: July 5, 2006              SHEARMAN & STERLING LLP
 8 │                                  LINER YANKELEVITZ SUNSHINE
 9 │                                  & REGENSTREIF LLP
10 │                                  By: _____
11 │                                      Heather H. Gilhooly
   │                                      Attorneys for Defendant West
   │                                      Publishing Corporation dba BAR/BRI
12 │
13 │ Dated: July ___, 2006            MUNGER TOLLES & OLSON LLP
14 │                                  By: _____
15 │                                      Lee S. Taylor
   │                                      Attorneys for Defendant Kaplan, Inc.
```

3

0031003/001/312903v01

1  from those files and replaced with a designated, under seal version, to be provided to
2  the Court by West's counsel via filing with the Clerk's office.
3      IT IS SO STIPULATED.

4  Dated: July ____, 2006             MCGUIRE WOODS LLP

5                                     By: _____
                                           Tracy Evans Moyer
6                                          Attorneys for Plaintiffs

7  Dated: July ____, 2006             SHEARMAN & STERLING LLP

8                                     LINER YANKELEVITZ SUNSHINE
                                      & REGENSTREIF LLP
9
                                      By: _____
10                                         Heather H. Gilhooly
                                           Attorneys for Defendant West
11                                         Publishing Corporation dba BAR/BRI

12 Dated: July _5_, 2006              MUNGER TOLLES & OLSON LLP
13
                                      By: _____
14                                         Lee S. Taylor
                                           Attorneys for Defendant Kaplan, Inc.
15

3

0031003/001/312903v01

## ORDER

There being good cause, as set forth in the foregoing Stipulation of the parties, IT IS HEREBY ORDERED THAT:

Defendant West Publishing Corporation's Partial Opposition to Plaintiffs' Proposal re Adequate Class Notice (filed on or about June 13, 2006) shall be deemed CONFIDENTIAL pursuant to the terms of the Protective Order entered by the Court in this case on or about January 13, 2006 and the unsealed version currently in the Court's file shall be replaced from those files with a designated, under seal version, to be provided to the Court by West's counsel via filing with the Clerk's office.

Dated: July 6, 2006

_____
Hon. Manuel L. Real
United States District Court Judge

4

0031003/001/ 312903v01

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On July 6, 2006, I served the within document(s) described as:

**STIPULATION AND [PROPOSED] ORDER REGARDING SEALING OF DEFENDANT WEST PUBLISHING CORPORATION'S PARTIAL OPPOSITION TO PLAINTIFFS' PROPOSAL RE ADEQUATE CLASS NOTICE (FILED JUNE 13, 2006)**

on the interested parties in this action as stated below:

| | |
|---|---|
| Eliot G. Disner, Esq.<br>Noah E. Jussim, Esq.<br>Tracy Evans Moyer, Esq.<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>edisner@mcguirewoods.com<br>njussim@mcguirewoods.com<br>tmoyer@mcguirewoods.com | Bradley S. Phillips, Esq.<br>Stuart N. Senator, Esq.<br>Lee S. Taylor, Esq.<br>MUNGER TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>Brad.Phillips@mto.com<br>Stuart.Senator@mto.com<br>Lee.Taylor@mto.com |

[X] **(BY MAIL)** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

[X] **(BY E-MAIL)** By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth above.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2006, at Los Angeles, California.

_____Henna Choi_____           _____(Signature)_____
(Type or print name)