UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R                                     Date: July 24, 2006
           CV-05-6211-R

Title:     RYAN RODRIGUEZ et al -v- WEST PUBLISHING CORP etc
           KARL BREWER et al -v- WEST PUBLISHING CORP etc

================================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                                 None Present
   Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

Defendant Kaplan's motion for summary judgment on count 2 of 1st A/C

is hereby ORDERED <u>CONTINUED</u> FROM AUGUST 7, 2006 AT 10:00 A.M.

TO AUGUST 14, 2006 AT 10:00 A.M.  Opposition papers remain due on

JULY 24, 2006, and the reply papers remain due on JULY 31, 2006.

The continuation of the hearing date DOES NOT move the due dates of

those filings.  IT IS FURTHER ORDERED the Final Pre-Trial Conference

is CONTINUED to AUGUST 14, 2006 at 11:00 a.m.  The proposed final

pre-trial conference order shall be lodged by August 7, 2006.

   cc: counsel of record (by optical scanning)

MINUTES FORM 11                                    Initials of Deputy Clerk ___WH___
CIVIL -- GEN