Ryan Rodriguez et al v. West Publishing Corporation et al    Doc. 164

McGUIREWOODS LLP
Eliot G. Disner (SBN 68832)
A Professional Corporation
Sidney K. Kanazawa (SBN 84608)
Noah E. Jussim (SBN 194103)
Tracy Evans Moyer (SBN 243212)
Jia-Ming Shang (SBN 233326)
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200 Facsimile: (310) 315-8210

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
Edward A. Klein (SBN 145736)
Heather H. Gilhooly (SBN 198911)
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500 Facsimile: (310) 500-3501

SHEARMAN & STERLING LLP
Steven F. Molo (*Pro Hac Vice*)
Wayne Dale Collins (*Pro Hac Vice*)
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000 Facsimile: (212) 848-7179

MUNGER, TOLLES & OLSON LLP
Stuart N. Senator (SBN 148009)
Bradley S. Phillips (SBN 85263)
Lee S. Taylor (*Pro Hac Vice*)
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100 Facsimile: (213) 683-4028

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WEST PUBLISHING CORP., et al. <br><br> Defendants. | CASE NO. CV 05-3222 R(MCx) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO SEAL PLAINTIFFS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW (filed on July 18, 2006)** <br><br> Trial Date: September 12, 2006 <br> Time: 9:00 a.m. <br> Place: Courtroom 8 <br> Pretrial Conference: August 7, 2006 |

\4077058.1

Stipulation and [Proposed] Order to Seal
Plaintiffs' Memorandum of Contentions of Fact and Law

AND CONSOLIDATED ACTION

On or about July 18, 2006, plaintiffs filed Plaintiffs' Memorandum of Contentions of Fact and Law. Plaintiffs included a reference which was designated "Highly Confidential, Restricted Distribution" pursuant to a Protective Order dated January 13, 2006 (the "Protective Order").

Based on the foregoing confidential information, Plaintiffs' Memorandum of Contentions of Fact and Law should have been designated as "HIGHLY CONFIDENTIAL – RESTRICTED DISTRIBUTION" and filed under seal pursuant to the Protective Order entered in this matter.

All parties to this litigation have agreed that the current undesignated, unsealed version of Plaintiffs' Memorandum of Contentions of Fact and Law on file may be replaced with a HIGHLY CONFIDENTIAL – RESTRICTED DISTRIBUTION, under seal version, to be provided to the Court by Plaintiffs' counsel by filing with the Clerk's office.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that Plaintiffs' Memorandum of Contentions of Fact and Law shall be deemed "HIGHLY CONFIDENTIAL – RESTRICTED DISTRIBUTION" and the unsealed version currently in the Court's files shall be removed from those files,

///

///

2

\4077058 1
Stipulation and [Proposed] Order to Seal
Plaintiffs' Memorandum of Contentions of Fact and Law

1 | and replaced with a version designated as "HIGHLY CONFIDENTIAL –
2 | RESTRICTED DISTRIBUTION" filed under seal, to be provided to the
3 | Court by Plaintiffs' counsel.
4 |       IT IS SO STIPULATED.

5 | DATED: July 20, 2006            MCGUIREWOODS LLP

By: _____
    Tracy Evans Moyer
    Attorneys for Plaintiffs

DATED: July 20, 2006            SHEARMAN & STERLING LLP

By: _____
    Heather H. Gilhooly          authority via
    Attorneys for Defendant West  email 7/20/06
    Publishing Corporation dba BAR/BRI

DATED: July 20, 2006            MUNGER, TOLLES & OLSON LLP

By: _____
    Stuart N. Senator            /BM
                                 authority via
    Attorneys for Defendant Kaplan, Inc.  email 7/19/06

///
///

\4077058.1

3

Stipulation and [Proposed] Order to Seal
Plaintiffs' Memorandum of Contentions of Fact and Law

## ORDER

There being good cause, as set forth in the foregoing Stipulation of the parties, IT IS HEREBY ORDERED:

Plaintiffs' Memorandum of Contentions of Fact and Law (filed on or about July 18, 2006) shall be deemed HIGHLY CONFIDENTIAL – RESTRICTED DISTRIBUTION pursuant to the terms of the Protective Order entered by the Court in this case on or about January 13, 2006. Furthermore, the undesignated, unsealed version currently in the Court's file shall be replaced from those files with a designated HIGHLY CONFIDENTIAL – RESTRICTED DISTRIBUTION, under seal version, to be provided to the Court by Plaintiffs' counsel by filing with the Clerk's office.

Dated: July 21, 2006

_____
Honorable Manuel L. Real
United States District Court

*There is no "justice" in the District Court* [handwritten annotation]

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067. On July 20, 2006, I served the following document(s) described as: **STIPULATION AND [PROPOSED] ORDER TO SEAL PLAINTIFFS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☒   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

**BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

**BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 20, 2006, at Los Angeles, California.

*Susan Gardner*
Susan H. Gardner

## SERVICE LIST

| | |
|---|---|
| Bradley S. Phillips, Esq.<br>Stuart N. Senator, Esq.<br>MUNGER TOLLES & OLSON LLP<br>355 S. Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560 | Attorneys for *Kaplan, Inc.*<br><br>And via email to:<br><br>Brad.Phillips@mto.com<br>Stuart.Senator@mto.com<br>lee.taylor@mto.com |
| Steven F. Molo, Esq.<br>Wayne Dale Collins, Esq.<br>SHEARMAN & STERLING, LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 | Attorneys for *West Publishing Corporation*<br><br>And via email to:<br><br>smolo@shearman.com<br>wcollins@shearman.com |
| Edward A. Klein, Esq.<br>Heather H. Gilhooly, Esq.<br>LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503 | Attorneys for *West Publishing Corporation*<br><br>And via email to:<br><br>hgilhooly@linerlaw.com<br>eklein@linerlaw.com |