

1   McGUIREWOODS LLP
    Eliot G. Disner (SBN 68832)
2   A Professional Corporation
    Sidney K. Kanazawa (SBN 84608)
3   Noah E. Jussim (SBN 194103)
    Tracy Evans Moyer (SBN 243212)
4   Jia-Ming Shang (SBN 233326)
    1800 Century Park East, 8th Floor
5   Los Angeles, California  90067
    Telephone: (310) 315-8200 Facsimile: (310) 315-8210
6

7   LINER YANKELEVITZ
    SUNSHINE& REGENSTREIF LLP
8   Edward A. Klein (SBN 145736)
    Heather H. Gilhooly (SBN 198911)
9   1100 Glendon Avenue, 14th Floor
    Los Angeles, California 90024-3503
10  Telephone:  (310) 500-3500 Facsimile: (310) 500-3501

11  SHEARMAN & STERLING LLP
    Steven F. Molo (*Pro Hac Vice*)
12  Wayne Dale Collins (*Pro Hac Vice*)
    599 Lexington Avenue
13  New York, New York 10022-6069
    Telephone:  (212) 848-4000 Facsimile: (212) 848-7179
14
    MUNGER, TOLLES & OLSON LLP
15  Stuart N. Senator (SBN 148009)
    Bradley S. Phillips (SBN 85263)
16  Lee S. Taylor (*Pro Hac Vice*)
    355 S. Grand Avenue, 35th Floor
17  Los Angeles, California 90071-1560
    Telephone:  (213) 683-9100 Facsimile: (213) 683-4028
18
                    UNITED STATES DISTRICT COURT
19
                    CENTRAL DISTRICT OF CALIFORNIA
20
21  RYAN RODRIGUEZ, et al.,              CASE NO.  CV 05-3222 R(MCx)

              Plaintiffs,               **STIPULATION AND [PROPOSED]**
22                                       **ORDER  TO SEAL THE JOINT**
        vs.                              **EXHIBIT LIST (filed on July 18, 2006)**
23
    WEST PUBLISHING CORP., et al.        Trial Date:          September 12, 2006
24            Defendants.                Time:                9:00 a.m.
                                         Place:               Courtroom 8
25                                       Pretrial Conference: August 7, 2006
26

27  AND CONSOLIDATED ACTION

28

FILED
CLERK, U.S. DISTRICT COURT

JUL 27 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

ORIGINAL
LODGED

DOCKETED ON CM

JUL 28 2006

BY            010

179

Dockets.Justia.com

1    On or about July 18, 2006, Plaintiffs filed the Joint Exhibit List.
2  Plaintiffs and Defendants include references to documents which were
3  designated "Highly Confidential" pursuant to a Protective Order dated
4  January 13, 2006 (the "Protective Order").

5    Based on the foregoing confidential information, the Joint Exhibit List
6  should have been designated as "HIGHLY CONFIDENTIAL" and filed
7  under seal pursuant to the Protective Order entered in this matter.

8    All parties to this litigation have agreed that the current undesignated,
9  unsealed version of Joint Exhibit List on file may be replaced with a
10  HIGHLY CONFIDENTIAL, under seal version, to be provided to the Court
11  by Plaintiffs' counsel by filing with the Clerk's office.

12    IT IS HEREBY STIPULATED AND AGREED by and between the
13  parties, through their undersigned counsel of record, that the Joint Exhibit
14  List shall be deemed "HIGHLY CONFIDENTIAL" and the unsealed version
15  currently in the Court's files,

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

4083350.1                                    2

1    shall be removed from those files, and replaced with a version designated as

2    "HIGHLY CONFIDENTIAL" filed under seal, to be provided to the Court

3    by Plaintiffs' counsel.

4            IT IS SO STIPULATED.

5    DATED: July 26, 2006                MCGUIREWOODS LLP

6

7                                        By:

8                                            Tracy Evans Moyer
                                             Attorneys for Plaintiffs
9

10   DATED: July 26, 2006                SHEARMAN & STERLING LLP

11

12                                       By:

13                                           Rebecca J. Trent
14                                           Attorneys for Defendant West
                                             Publishing Corporation dba BAR/BRI
15

16   DATED: July 26, 2006                MUNGER, TOLLES & OLSON LLP

17

18                                       By:

19                                           Stuart N. Senator
                                             Attorneys for Defendant Kaplan, Inc.
20

21

22

23

24

25

26

27

28

4083350 1                                    3

1

## <u>ORDER</u>

2

3          There being good cause, as set forth in the foregoing Stipulation of the

4    parties,

5    IT IS HEREBY ORDERED:

6          The Joint Exhibit List (filed on or about July 18, 2006) shall be

7    deemed HIGHLY CONFIDENTIAL pursuant to the terms of the Protective

8    Order entered by the Court in this case on or about January 13, 2006.

9    Furthermore, the undesignated, unsealed version currently in the Court's file

10   shall be replaced from those files with a designated HIGHLY

11   CONFIDENTIAL, under seal version, to be provided to the Court by

12   Plaintiffs' counsel by filing with the Clerk's office.

13

14   Dated: __July 27, 2006__

15                                        _____

16                                        Honorable Manuel L. Real
                                          United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067. On July 26, 2006, I served the following document(s) described as: **STIPULATION AND [PROPOSED] ORDER TO SEAL THE JOINT EXHIBIT LIST** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

☒  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

**BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

**BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 26, 2006, at Los Angeles, California.

Glen A. Davis

## SERVICE LIST

| | | |
|---|---|---|
| 1 | | |
| 2 | Bradley S. Phillips, Esq. | Attorneys for *Kaplan, Inc.* |
| | Stuart N. Senator, Esq. | |
| 3 | MUNGER TOLLES & OLSON LLP | And via email to: |
| | 355 S. Grand Avenue | |
| 4 | 35th Floor | Brad Phillips@mto.com |
| | Los Angeles, CA  90071-1560 | Stuart Senator@mto.com |
| 5 | | lee.taylor@mto.com |
| 6 | Steven F. Molo, Esq. | Attorneys for *West Publishing Corporation* |
| | Wayne Dale Collins, Esq. | |
| 7 | SHEARMAN & STERLING, LLP | And via email to: |
| | 599 Lexington Avenue | |
| 8 | New York, NY  10022-6069 | smolo@shearman com |
| | | wcollins@shearman com |
| 9 | | |
| 10 | Edward A. Klein, Esq. | Attorneys for *West Publishing Corporation* |
| | Heather H. Gilhooly, Esq. | |
| 11 | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP | And via email to: |
| | 1100 Glendon Avenue, 14th Floor | |
| 12 | Los Angeles, CA  90024-3503 | hgilhooly@linerlaw.com |
| | | eklein@linerlaw.com |

2

STIPULATION AND [PROPOSED] ORDER TO SEAL THE JOINT EXHIBIT LIST