Ryan Rodriguez et al v. West Publishing Corporation et al                                          Doc. 18

ORIGINAL

McGUIREWOODS LLP
Eliot G. Disner (SBN 68832)
A Professional Corporation
Sidney K. Kanazawa (SBN 84608)
Collen M. Regan (SBN 120284)
Noah E. Jussim (SBN 194103)
Tracy Evans-Moyer (SBN 243212)
Jia-Ming Shang (SBN 233326)
1800 Century Park East, 8th Floor
Los Angeles, California  90067
Telephone:  (310) 315-8200
Facsimile:  (310) 315-8210
edisner@mcguirewoods.com
*Lead Attorneys for Plaintiffs*

FILED
CLERK, U S DISTRICT COURT

JUL 28 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RYAN RODRIGUEZ, et al,

          Plaintiffs,

     vs.

WEST PUBLISHING
CORPORATION, et al.

          Defendants.

AND CONSOLIDATED ACTION

CASE NO.  CV 05-3222 R(MCx)

**STIPULATION FOR CLERK OF
COURT TO REDACT TITLES;
[PROPOSED] ORDER**

DOCKETED ON CM

JUL 3 1 2006

BY                        012

WHEREAS the titles of an application and motion filed in this Court, under seal, by plaintiffs, docket numbers 165 and 168 respectively, reveal information deemed "highly confidential" pursuant to the Protective Order governing this case;

WHEREAS the parties desire that such information be redacted from said titles, both on the caption page of the documents that are attached to the sealed envelopes in which the documents are filed as well as on any docket sheet maintained by the Court, including the docket available electronically, so as to preclude public dissemination of the sensitive information; and

4088217.1

Dockets.Justia.co

1    WHEREAS the parties believe this Court's order is required to effect the

2  redaction of the sensitive information from the titles of the referenced application and

3  motion, now showing on the cover pages of the sealed documents in question;

4    NOW THEREFORE, the parties hereto, through their counsel of record, hereby

5  stipulate and agree that this Court enter the [Proposed] Order attached hereto,

6  directing:

7  (i)    the redaction of text from the title on the caption page attached to the envelope

8       containing the sealed document, docket number 165, so that the title reads

9       "Plaintiffs' Combined Application For Special Master To Hear On Shortened

10      Time Plaintiffs' Motions To Compel [CURRENT TEXT REDACTED HERE]:

11      (1) Production By Kaplan Of Documents, (2) Answers To Deposition Questions

12      By John Polstein";

13 (ii)   the redaction of text from the title on the caption page attached to the envelope

14      containing the sealed document, docket number 168, so that the title reads

15      "Plaintiffs' Combined Motion To Compel Production By Kaplan Of: (1)

16      Documents [CURRENT TEXT REDACTED HERE], (2) Answers To

17      Deposition Questions"; and

18 (iii)  further directing that only such redacted titles appear on any docket sheet

19      maintained by the Court, including any docket sheet available electronically;

20      and

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION FOR CLERK OF COURT TO REDACT TITLES; [PROPOSED] ORDER

4088217 1

1    FURTHER, the parties hereto, through their counsel of record, hereby stipulate

2    and agree that this Stipulation may be executed in two or more counterparts, each of

3    which, including any transmitted by e-mail or telecopier, be deemed an original.

4

5    DATED: July 27, 2006                Respectfully submitted,

6                                        MCGUIREWOODS LLP

7

8                                        By: _____

9                                            Noah E. Jussim
                                             Attorneys for Plaintiffs
10

11   DATED: July 27, 2006                SHEARMAN & STERLING LLP
                                         LINER YANKELEVITZ, SUNSHINE &
12                                       REGENSTREIF LLP

13

14                                       By: _____

15                                           Heather H. Gilhooly
                                             Attorneys for Defendant West
16                                           Publishing Corporation dba BAR/BRI

17   DATED: July 27, 2006                MUNGER, TOLLES & OLSON LLP

18

19                                       By: _____

20                                           Stuart Senator
                                             Attorneys for Defendant Kaplan, Inc.
21

22

23

24

25

26

27

28

---

STIPULATION FOR CLERK OF COURT TO REDACT TITLES; [PROPOSED] ORDER

4088217 1

The parties having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1)    The title exhibited on the caption page attached to the envelope containing the sealed document, docket number 165, be redacted to read: " Plaintiffs' Combined Application For Special Master To Hear On Shortened Time Plaintiffs' Motions To Compel: (1) Production By Kaplan Of Documents [CURRENT TEXT REDACTED HERE], (2) Answers To Deposition Questions By John Polstein";

2)    The title exhibited on the cover sheet of the sealed document, docket number 168, be redacted to state: " Plaintiffs' Combined Motion To Compel Production By Kaplan Of: (1) Documents [CURRENT TEXT REDACTED HERE], (2) Answers To Deposition Questions"; and

3)    Such redacted titles for docket numbers 165 and 168 be the only titles shown for those items on any publicly available docket sheets for this case, including electronic docket sheets such as those on PACER and ECF.

THE CLERK SHALL EFFECTUATE THESE REDACTIONS, BOTH ON THE DOCUMENTS AND THE DOCKET SHEETS, FORTHWITH.

DATED: July 28, 2006

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

STIPULATION FOR CLERK OF COURT TO REDACT TITLES; [PROPOSED] ORDER

4088217.1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

      On July 28, 2006, I served the following document(s) described as **STIPULATION FOR CLERK OF COURT TO REDACT TITLES; [PROPOSED] OREDER** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

☒    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐    **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐    **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐    **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐    **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on July 28, 2006, at Los Angeles, California.

Glen A. Davis

4088217.1

## SERVICE LIST

Bradley S. Phillips, Esq.
Stuart N. Senator, Esq.
Munger Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9528
Fax: (213) 683-4028

Attorneys for *Kaplan, Inc.*

& VIA EMAIL TO:

Brad.Phillips@mto.com
Stuart.Senator@mto.com
lee.taylor@mto.com

Steven F. Molo, Esq.
Wayne Dale Collins, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022-6069
Tel: (212) 848-4650
Fax: (212) 848-7179

Attorneys for *West Publishing Corporation*

MAIL SERVICE AND VIA EMAIL TO:

smolo@shearman.com
wcollins@shearman.com

Edward A. Klein, Esq.
Heather H. Gilhooly, Esq.
Liner Yankelevitz Sunshine & Regenstreif
LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Tel: (310) 500-3500
Fax: (310) 500-3501

Attorneys for *West Publishing Corporation*

AND VIA EMAIL TO:

hgilhooly@linerlaw.com
eklein@linerlaw.com

STIPULATION FOR CLERK OF COURT TO REDACT TITLES; [PROPOSED] ORDER

4088217.1