UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R ✓                                         Date: August 9, 2006
           CV-05-6211-R

Title:     RYAN RODRIGUEZ et al -v- WEST PUBLISHING CORP etc
           KARL BREWER et al -v- WEST PUBLISHING CORP etc

========================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                                None Present
   Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED that on the Court's own motion the:**

**Defendant Kaplan's motion for summary judgment on count 2**

**is hereby ORDERED <u>CONTINUED</u> FROM AUGUST 14, 2006 AT 10:00 A.M.**

**TO SEPTEMBER 18, 2006 AT 10:00 A.M.  It is FURTHER ORDERED that**

**the Final Pre-Trial Conference is CONTINUED to NOVEMBER 13, 2006**

**at 11:00 A.M. and the Jury Trial is CONTINUED to FEBRUARY 13, 2007**

**at 9:00 A.M.**

cc: counsel of record (by optical scanning)

MINUTES FORM 11                                       Initials of Deputy Clerk ___WH___
CIVIL -- GEN