

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | CASE NO. CV 05-3222 R(MCx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS PERMISSION TO FILE SUPPLEMENTAL OPPOSITION TO KAPLAN'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |



Good cause appearing therefor, plaintiffs' *ex Parte* Application for an Order allowing Plaintiffs to file a Supplemental Opposition to Kaplan's Reply in Support of its Motion for Summary Judgment is GRANTED.

4094614.1

[PROPOSED] ORDER GRANTING PLAINTIFFS PERMISSION TO FILE SUPPLEMENTAL OPPOSITION TO KAPLAN'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Dockets.Justia.co

Accordingly, it is HEREBY ORDERED as follows:

The Supplemental Opposition to Kaplan's Reply lodged herewith shall be filed instanter.

IT IS SO ORDERED.

Dated: August 9, 2006

_____
U.S. District Court Judge

Respectfully submitted by:

_____
Eliot G. Disner, Esq.
A Professional Corporation

McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
email: edisner@mcguirewoods.com

*Lead Attorneys for Plaintiffs*

4094614.1

2

[PROPOSED] ORDER GRANTING PLAINTIFFS PERMISSION TO FILE SUPPLEMENTAL OPPOSITION TO KAPLAN'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT