# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | CASE NO. CV 05-3222 R(MCx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS REQUEST TO FILE RESPONSE TO KAPLAN'S CONTENTIONS RE CONSCIOUS PARALLELISM |

FILED
CLERK, U.S DISTRICT COURT
AUG 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKETED ON CM
AUG 21 2006
BY _____ 002

Good cause appearing therefor, plaintiffs' *ex Parte* Application for an Order allowing Plaintiffs to file a Supplemental Opposition to Kaplan's Reply in Support of its Motion for Summary Judgment is GRANTED.

Accordingly, it is HEREBY ORDERED as follows:

4115733.1

[PROPOSED] ORDER

1 | The Supplemental Response to Kaplan's Contentions Re Conscious
2 | Parallelism lodged herewith shall be filed.
3 | IT IS SO ORDERED.

4 | Dated: Aug. 21, 2006

_____
U.S. District Court Judge

12 | Respectfully submitted by:

13 | /s/ Eliot G. Disner

14 | Eliot G. Disner, Esq.
15 | A Professional Corporation

16 | McGUIREWOODS LLP
17 | 1800 Century Park East, 8th Floor
   | Los Angeles, CA 90067
18 | Telephone: (310) 315-8200
   | Facsimile: (310) 315-8210
19 | email: edisner@mcguirewoods.com

*Lead Attorneys for Plaintiffs*

4115733.1

[PROPOSED] ORDER