# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                   Date: **September 5, 2006**

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc**

===============================================================================

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Leonore LeBlanc |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

Darrel Menthe                                                        Heather Gilhooley

**PROCEEDINGS:**    Plaintiffs' motion for review of Special Master's order

**The Court hears arguments of counsel.**

**The Court, finding that there are many similar discovery issues still being heard by the Special Master, remands this motion to the Special Master to review, in tandem with the other related discovery matters currently under his review.**

3 min

**MINUTES FORM 90**                                               **Initials of Deputy Clerk** WH
**CIVIL -- GEN**