

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                    Date: **September 18, 2006**

**TITLE:** RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc
=================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Leonore LeBlanc |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

Eliot Disner                                  Stuart Senator
Sidney Kanazawa                               Heather Gilhooley
Darrel Menthe                                 Steven Molo
Dan Drachler                                  Bradley Phillips
                                              Lee Scott Taylor

**PROCEEDINGS:**  Defendant Kaplan's motion for summary judgment on count 2 of 1st amended complaint


**The Court DENIES the motion.**


DOCKETED ON CM
SEP 20 2006
BY _____ 012


4 min

**MINUTES FORM 90**                          Initials of Deputy Clerk  **WH**
**CIVIL -- GEN**