John Francis Carroll SBN 34934
1408 Le Grande Terrace
San Pedro, CA 90732
Telephone: (310) 548-6001
Fax: (310) 547-5062
Email: carrollmediator@sbcglobal.net

Special Master

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al, <br><br> Plaintiffs, <br><br> v. <br><br> WEST PUBLISHING CORPORATION, a Delaware Corporation, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTION | CASE NO. CV 05-3222 R(MCx) <br><br> SPECIAL MASTER'S ORDER AFFIRMING DENIAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CPA AND PATENT BAR REVIEW DOCUMENTS |

Plaintiffs filed a Motion to Compel Production of CPA and Bar Review Documents (The Motion). After reviewing everything filed in connection therewith, the Special Master denied The Motion. Plaintiffs then filed a Motion seeking de novo review by the Court. The Court remanded the matter to the Special Master for reconsideration in view of some other discovery matters. Those other matters were resolved by the parties.

After a thorough review by the Special Master of relevant portions of the court file, everything filed in connection with the Motion to Compel Production of CPA and Bar Review Documents and, also, everything filed in connection with The Motion seeking the Court's review

SPECIAL MASTER'S ORDER AFFIRMING DENIAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF CPA AND BAR REVIEW PATENT DOCUMENTS

DOCKETED ON CM
OCT - 6 2006
BY _____          022

Dockets.Justia.com

of the Order Denying The Motion and, good cause appearing therefore,

IT IS SO ORDERED that the Special Master Order Denying Plaintiffs' Motion to Compel Production of CPA and Bar Review Documents is affirmed.

Dated: September 28, 2006

*[signature]*
John Francis Carroll
Special Master

SPECIAL MASTER'S ORDER AFFIRMING DENIAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CPA AND BAR REVIEW PATENT DOCUMENTS

# PROOF OF SERVICE

I am the Special Master herein and my business address is 1408 Le Grande Terrace, San Pedro, CA 90732.

On October 1, 2006, I served the foregoing document described as **SPECIAL MASTER'S ORDER AFFIRMING DENIAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CPA AND BAR REVIEW PATENT DOCUMENTS,** on the interested parties in this action by email to the persons at the email addresses set forth below.

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Eliot Disner<br>edisner@maguirewoods.com<br>Sidney K. Kanazawa<br>skanazawa@maguirewoods.com<br>Colleen M. Regan<br>cmregan@maguirewoods.com<br>Noah E. Jussim<br>njussim@maguirewoods.com<br>Tracy Evans Moyer<br>tmoyer@maguirewoods.com<br>Jia-Ming Shang<br>jshang@maguirewoods.com | Attorneys for West Publishing Corporation<br><br>Edward A. Klein (SBN 145736)<br>eklein@linerlaw.com<br>Heather H. Gilhooly (SBN 198911)<br>hgilhooly@linerlaw.com<br><br>Steven F. Molo<br>smolo@shearman.com<br>Wayne Dale Collins<br>wcollins@shearman.com<br>Lisl J. Dunlop<br>l.dunlop@shearman.com<br>Alan S. Gruber<br>alan.gruber@shearman.com<br>Rebecca J. Trent<br>rebecca.trent@shearman.com<br><br>Attorneys for Kaplan, Inc<br><br>Bradley Phillips<br>brad.phillips@mto.com<br>Stuart S. Senator<br>stuart.senator@mto.com |

Executed on October 1, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

_____
John Francis Carroll

---

SPECIAL MASTER'S ORDER AFFIRMING DENIAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CPA AND BAR REVIEW PATENT DOCUMENTS