UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV-05-3222-R                                   Date: Oct. 27, 2006

Title:   RYAN RODRIGUEZ et al-v- WEST PUBLISHING CORP etc
         AND CONSOLIDATED ACTION
=====================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


COUNSEL ARE NOTIFIED that on the Court's own motion the:

FINAL PRE-TRIAL CONFERENCE

is hereby ORDERED <u>CONTINUED</u> FROM NOVEMBER 13, 2006 AT 11:00 A.M.

TO JANUARY 8, 2007 AT 11:00 A.M. .



cc: counsel of record (by optical scanning)



MINUTES FORM 11                         Initials of Deputy Clerk  WH
CIVIL -- GEN