```
BRADLEY S. PHILLIPS (State Bar No. 085263)
STUART N. SENATOR (State Bar No. 148009)
LEE S. TAYLOR (State Bar No. 243863)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
```

Attorneys for Defendant KAPLAN, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, A Minnesota Corporation dba BAR/BRI, et al.,<br><br>Defendants. | LEAD CASE NO.: CV 05-3222 R<br><br>**STIPULATION RE OPT OUT OF GABRIEL SANCHEZ**<br><br>[NOTICE OF FILING OF REQUEST OF GABRIEL SANCHEZ FOR LEAVE TO OPT OUT FILED CONCURRENTLY]<br><br>Date:  N/A<br>Time:  N/A<br>Place: Courtroom G-8<br><br>Pretrial conference: Jan 8, 2007<br>Trial date: Feb. 13, 2007 |
| AND CONSOLIDATED CASE | |

1223818.1

**STIPULATION RE OPT OUT OF GABRIEL SANCHEZ / CV 05-3222 R**

WHEREAS the Court certified a class in this litigation on May 15, 2006;

WHEREAS this Court set the opt-out deadline as August 13, 2006;

WHEREAS Gabriel Sanchez took the California bar examination in July 2005, following his taking a BAR/BRI bar review course;

WHEREAS Mr. Sanchez had accepted an offer of employment from Munger, Tolles & Olson LLP ("MTO") counsel of record to defendant Kaplan, Inc. herein) at the time he took the BAR/BRI course, and MTO paid BAR/BRI directly for Mr. Sanchez' bar review course;

WHEREAS Mr. Sanchez is a member of the California Bar (State Bar No. 241367) and a member of the bar of this Court;

WHEREAS Mr. Sanchez desires to participate in MTO's representation of Kaplan, Inc. in this litigation;

WHEREAS to avoid even a suggestion of impropriety, Mr. Sanchez desires to opt out of the certified class in this litigation to the extent that he would otherwise be a member of that class;

1  THE PARTIES HEREBY STIPULATE, through their respective counsel of record, that Mr. Sanchez may at this date opt out, and with the Court's approval below shall be deemed to have effectively opted out, of the certified class in this litigation to the extent that he would otherwise be a member of that class.

DATED: November 20, 2006

MUNGER, TOLLES & OLSON LLP

By: _____
LEE S. TAYLOR

Attorneys for Defendant KAPLAN, INC.

DATED: November 20, 2006

SHEARMAN & STERLING

By: _____
Steven F. Molo

Attorneys for Defendant
West Publishing Corp. dba BAR/BRI

DATED: November 20, 2006

MCGUIRE WOODS LLP

By: _____
Tracy Evans Moyer

Attorneys for Plaintiffs

IT IS SO ORDERED.

_____
11·27·06
United States District Judge

1223818.1                                           3                   STIPULATION RE OPT OUT OF
                                                                        GABRIEL SANCHEZ / CV 05-3222 R

**PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On **November 20, 2006,** I served the foregoing document described as **STIPULATION RE OPT OUT OF GABRIEL SANCHEZ** on the interested parties in this action by electronic mail and by placing a true copy thereof enclosed in a sealed envelope for delivery by U.S. mail addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 20, 2006**, at Los Angeles, California.

_____
Michelle Godfrey

# SERVICE LIST

## Rodriguez v. West Publishing Corp., et al.

| | |
|---|---|
| Eliot G. Disner, Esq.<br>Noah E. Jussim, Esq.<br>Tracy Evans Moyer, Esq.<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 315-8200<br>Fax: (310) 315-8210<br>edisner@mcguirewoods.com<br>njussim@mcguirewoods.com<br>tmoyer@mcguirewoods.com<br>***Attorney for Rodriguez Plaintiffs*** | Edward Klein, Esq.<br>Heather H. Gilhooly, Esq.<br>LINER, YANKELEVITZ, SUNSHINE<br>& REGENSTREIF<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>(310) 500-3500 Telephone<br>eklein@linerlaw.com<br>hgilhooly@linerlaw.com<br>***Attorneys for Defendant West Publishing Corporation*** |
| Steven F. Molo, Esq.<br>Marc D. Ashley, Esq.<br>Rebecca J. Trent, Esq.<br>Wayne D. Collins, Esq.<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>(212) 848-4000 Telephone<br>WCollins@Shearman.com;<br>smolo@shearman.com<br>rebecca.trent@shearman.com<br>***Attorneys for Defendant West Publishing Corporation*** | |

1223818.1

5

STIPULATION RE OPT OUT OF
GABRIEL SANCHEZ / CV 05-3222 R