UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R
           CV-05-6211-R                                Date: Jan. 3, 2007

Title:   RYAN RODRIGUEZ et al; KARL BREWER et al -v- WEST PUBLISHING CORP etc
         AND CONSOLIDATED ACTION

======================================================================

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

    William Horrell                              None Present
    Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

         None                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

DOCKETED ON CM
JAN 4 2007
BY _____ 012

**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

**FINAL PRE-TRIAL CONFERENCE**

is hereby ORDERED <u>CONTINUED</u> FROM JANUARY 8, 2007 AT 11:00 A.M.

**TO JANUARY 22, 2007 AT 11:00 A.M.**

cc: counsel of record (by optical scanning)

MINUTES FORM 11                                   Initials of Deputy Clerk   WH
CIVIL -- GEN