UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R
           CV-05-6211-R
                                                        Date: JAN. 19, 2007

Title:   RYAN RODRIGUEZ et al -v- WEST PUBLISHING CORP etc
         KARL BREWER et al -v- WEST PUBLISHING CORP etc
=====================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                              None Present
   Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

        None                                  None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED that on the Court's own motion the:**

**FINAL PRE-TRIAL CONFERENCE**

**is hereby ORDERED CONTINUED FROM JANUARY 22, 2007 AT 11:00 A.M.**

**TO FEBRUARY 5, 2007 AT 11:00 A.M.**


cc: counsel of record (by optical scanning)



MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL -- GEN

