UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R
           CV-05-6211-R

Date: FEB 7, 2007

Title:   RYAN RODRIGUEZ et al -v- WEST PUBLISHING CORP etc
         KARL BREWER et al -v- WEST PUBLISHING CORP etc
=================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

William Horrell
Courtroom Deputy

None Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                       None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

On February 2, 2007 the parties in these consolidated actions filed a "Stipulation and Settlement Agreement". All pending dates, including Final Pre-Trial Conference and Jury Trial are therefore VACATED. The parties will file by March 5, 2007 a Stipulated proposed Scheduling Order as to dates for the notice to the class and motion for approval of class action settlement and all other matters thereon regarding the finalization of the class settlement of these consolidated actions. It is so Ordered.

cc: counsel of record (by optical scanning)

DOCKETED ON CM
FEB - 8 2007
BY _____ 012

MINUTES FORM 11                            Initials of Deputy Clerk ___WH___
CIVIL -- GEN

238