1  Eliot G. Disner (SBN: 68832)
2   A Professional Corporation
   Sidney K. Kanazawa (SBN: 84608)
3      skanazawa@mcguirewoods.com
   MCGUIRE WOODS LLP
4  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
5  Tel: (310) 315-8200 Fax: (310) 315-8210
   Attorneys for Plaintiffs
6
   Edward A. Klein, Esq. (SBN: 145736)
7  Heather H. Gilhooly, Esq. (SBN: 198911)
       hgilhooly@linerlaw.com
8  LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
9  Los Angeles, California 90024-3503
   Tel: (310) 500-3500 Fax: (310) 500-3501
10
   Steven F. Molo *(pro hac vice)*
11 Wayne Dale Collins *(pro hac vice)*
   James P. Tallon (SBN: 154035)
12 Lisl J. Dunlop *(pro hac vice)*
   SHEARMAN & STERLING LLP
13 599 Lexington Avenue
   New York, NY 10022-6069
14 Tel: (212) 848-4000 Fax: (212) 848-7179
   Attorneys for Defendant West Publishing Corp.
15
   Bradley S. Phillips (SBN: 85263)
16 Stuart N. Senator (SBN: 148009)
       stuart.senator@mto.com
17 MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
18 Los Angeles, CA 90071-1560
   Tel: (213) 683-9100 Fax: (213) 687-3702
19 Attorneys for Defendant Kaplan, Inc.
20
            UNITED STATES DISTRICT COURT
21
            CENTRAL DISTRICT OF CALIFORNIA
22 RYAN RODRIGUEZ, et al.,           ) Case No. CV 05-3222 R(Mcx)
                                      )
23        Plaintiffs,                 ) STIPULATION AND [PROPOSED]
   vs.                                ) SCHEDULING ORDER RE
24                                    ) NOTICE TO CLASS MEMBERS,
   WEST PUBLISHING CORPORATION,       ) MOTIONS FOR APPROVAL OF
25 et al.,                            ) CLASS ACTION SETTLEMENT
          Defendants.                 ) AND POTENTIAL
26                                    ) FINALIZATION OF CLASS
   AND CONSOLIDATED ACTIONS           ) SETTLEMENT MATTERS
27

28

                                       STIPULATION AND [PROPOSED]
                                       SCHEDULING ORDER / CV 05-3222-R
12463473

Dockets.Justia.com

WHEREAS, on February 2, 2007, by and through their counsel of record, plaintiffs Reena B. Frailich, Jennifer Brazeal, Kari Brewer and Lorraine Rimson (collectively, "Representative Plaintiffs"), on behalf of themselves and the class certified in this action (collectively, "Plaintiffs"), and defendants West Publishing Corporation and Kaplan, Inc. ("Kaplan") (together, the "Defendants" and collectively with the Plaintiffs, the "Settling Parties"), entered, signed and filed with the Court a Stipulation and Settlement Agreement (the "Settlement Stipulation") proposing to settle these consolidated class actions;

WHEREAS, on February 7, 2007, the Court issued a Minute Order directing the parties to file a Stipulation and Proposed Scheduling Order setting the dates for consideration of settlement approval, notice to class members and other matters regarding potential finalization of the proposed class settlement of these consolidated actions; and

WHEREAS, the Settling Parties have agreed to the schedule set forth below for consideration of settlement approval, class notice and the processes for potential finalization of the proposed class settlement;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective undersigned counsel of record, that:

### A. Motion for Preliminary Approval of Class Action Settlement

1. Plaintiffs' motion for preliminary approval of the proposed class action settlement ("Preliminary Approval Motion") shall be filed and personally served on counsel for the Defendants on or before **February 26, 2007**.

2. The hearing on the Preliminary Approval Motion shall be held on **March 19, 2007 at 10:00 a.m.** in the Courtroom of the Honorable Manuel L. Real, United States District Court for the Central District of California.

3. Because all notice and final approval dates and deadlines specified herein are dependent on preliminary approval of the settlement and the timing of such preliminary approval, should the Court grant preliminary approval,

its Preliminary Approval Order will be entered within three (3) days of the Preliminary Approval Hearing – that is, by **March 22, 2007**.

4. It is understood that if the Court does not preliminarily approve the proposed settlement and enter its Preliminary Approval Order within the time specified above, the other dates specified in this stipulated Scheduling Order shall be vacated and, if appropriate, rescheduled.

B. **Class Notice**

1. Following preliminary approval of the class action settlement, the Class shall forthwith be given notice of the proposed Settlement in the manner and form specified, and in the time specified, by the Preliminary Approval Order entered by the Court, with the mail notice concluding by **April 5, 2007**.

2. Not later than **May 4, 2007**, the Claims Administrator appointed by the Court shall provide Class Counsel with an affidavit or declaration, by a competent affiant or declarant, attesting that notice was disseminated in accordance with the requirements of the Preliminary Approval Order, which affidavit or declaration Class Counsel may file with the Court as part of their Final Approval Motion discussed below.

C. **Final Approval of Class Action Settlement; Related Motions/Applications**

1. Plaintiffs' motion for final approval of the proposed class action settlement (the "Final Approval Motion"), along with any motions for attorneys' fees ("Proposed Attorneys' Fees Award") and reimbursement of litigation expenses ("Proposed Expense Award"), as well as any application for Class Representative Incentive Awards, shall be filed and served on or before **May 7, 2007**.

2. Any Class Member's objection to any aspect of the Settlement, the proposed Attorneys' Fees Award, Proposed Expense Award or the Proposed Class Representative Incentive Award, as well as any notice of appearance of counsel on behalf of any Class Member and any notice of intention to appear at the

hearing on the Final Approval Motion (the "Final Settlement Hearing"), must be filed with the Court *and* received by Lead Counsel and Defendants' counsel no later than **May 21, 2007**.

3. Counsel for any of the Settling Parties may file and serve a reply on or before **June 11, 2007**.

4. The Final Settlement Hearing, as well as the hearing on all other motions and applications referenced in Paragraph C.1 above shall be held on **June 18, 2007 at 10:00 a.m.** in the Courtroom of the Honorable Manuel L. Real, United States District Court for the Central District of California.

**D.    Miscellaneous**

1. All other dates and deadlines in the process for potentially finalizing the class settlement shall be governed and/or computed pursuant to the terms of the Settlement Stipulation.

2. Any capitalized terms used herein which are not defined in this stipulation shall have the meanings set forth in the Settlement Stipulation.

**IT IS SO STIPULATED.**

Dated: February ___, 2007          MCGUIRE WOODS LLP

By: _____
Sidney K. Kanazawa

Attorneys for Plaintiffs

Dated: February ___, 2007          SHEARMAN & STERLING LLP

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP


By: _____
James P. Tallon

Attorneys for Defendant West
Publishing Corporation

Dated: February 27, 2007           MUNGER TOLLES & OLSON LLP

By: _____
Stuart N. Senator

Attorneys for Defendant Kaplan, Inc.


[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: March 1, 2007

_____
Hon. Manuel L. Real
United States District Judge

2. Any capitalized terms used herein which are not defined in this stipulation shall have the meanings set forth in the Settlement Stipulation.

**IT IS SO STIPULATED.**

Dated: February ___, 2007          MCGUIRE WOODS LLP

By: _____
    Sidney K. Kanazawa

Attorneys for Plaintiffs

Dated: February 20, 2007          SHEARMAN & STERLING LLP

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
    James P. Tallon

Attorneys for Defendant West
Publishing Corporation

Dated: February 27, 2007          MUNGER TOLLES & OLSON LLP

By: _____
    Stuart N. Senator

Attorneys for Defendant Kaplan, Inc.

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____

Hon. Manuel L. Real
United States District Judge

---

1246347.3                          4 -1          STIPULATION AND [PROPOSED]
SCHEDULING ORDER / CV 05-322 R

2. Any capitalized terms used herein which are not defined in this stipulation shall have the meanings set forth in the Settlement Stipulation.

**IT IS SO STIPULATED.**

Dated: February 2\_, 2007  MCGUIRE WOODS LLP

By: _____
Sidney K. Kanazawa
Attorneys for Plaintiffs

Dated: February ___, 2007  SHEARMAN & STERLING LLP

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
James P. Tallon

Attorneys for Defendant West
Publishing Corporation

Dated: February 27, 2007  MUNGER TOLLES & OLSON LLP

By: _____
Stuart N. Senator

Attorneys for Defendant Kaplan, Inc.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____  _____
Hon. Manuel L. Real
United States District Judge

**PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On **March 1, 2007**, I served the foregoing document described as **STIPULATION AND [PROPOSED] SCHEDULING ORDER RE NOTICE TO CLASS MEMBERS, MOTIONS FOR APPROVAL OF CLASS ACTION SETTLEMENT AND POTENTIAL FINALIZATION OF CLASS SETTLEMENT MATTERS** on the interested parties in this action by electronic mail and by placing a true copy thereof enclosed in a sealed envelope for delivery by first-class, United States mail addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 1, 2007**, at Los Angeles, California.

_____
Loren Rives

1129347 1

# SERVICE LIST

## Rodriguez v. West Publishing Corp., et al.

| | |
|---|---|
| Eliot G. Disner, Esq.<br>Noah E. Jussim, Esq.<br>Tracy Evans Moyer, Esq.<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 315-8200<br>Fax: (310) 315-8210<br>edisner@mcguirewoods.com<br>njussim@mcguirewoods.com<br>tmoyer@mcguirewoods.com<br>*Attorney for Rodriguez Plaintiffs* | Edward Klein, Esq.<br>Heather H. Gilhooly, Esq.<br>LINER, YANKELEVITZ, SUNSHINE & REGENSTREIF<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>(310) 500-3500 Telephone<br>eklein@linerlaw.com<br>hgilhooly@linerlaw.com<br>*Attorneys for Defendant West Publishing Corporation* |
| James P. Tallon, Esq.<br>Steven F. Molo, Esq.<br>Rebecca J. Trent, Esq.<br>Wayne D. Collins, Esq.<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>(212) 848-4000 Telephone<br>jtallon@shearman.com;<br>rebecca.trent@shearman.com<br>WCollins@Shearman.com; *Attorneys for Defendant West Publishing Corporation* | |

1129347 1