# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                    Date: **March 19, 2007**

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc**
          **And Consolidated Action**

========================================================================

**PRESENT:**

                    HON. MANUEL L. REAL, JUDGE

   **William Horrell**                              **Cindy Nirenberg**
   **Deputy Clerk**                                 **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

   Eliot Disner                              Steven Molo
   Dan Drachler                              Bradley Phillips
   Loredana Nesci                            James Tallon
                                             Edward Klein

**PROCEEDINGS:**  1) Class counsel's motion to withdraw as counsel of record for class representatives Lisa Gintz, Loredana Nesci and Ryan Rodriguez
2) Plaintiffs' motion for order granting preliminary approval of class action settlement and directing dissemination of notice to class

The Court hears arguments of counsel.

**The Court DENIES motion # 1 as listed above. The Court GRANTS motion # 2 as listed above.**

**Plaintiffs' shall submit proposed orders.**

                                                         32 min

**MINUTES FORM 90**                                 Initials of Deputy Clerk ___
**CIVIL -- GEN**