UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | CASE NO. CV 05-3222 R(MCx)<br><br>Assigned to the Hon. Manuel L. Real Courtroom 8<br><br>[PROPOSED] ORDER DENYING McGUIREWOODS LLP's MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLASS REPRESENTATIVES LISA GINTZ, LOREDANA NESCI AND RYAN RODRIGUEZ<br><br>Hearing Date: March 19, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8 |

THIS MATTER, having come before the Court on the Motion of Class Counsel, McGuireWoods LLP ("MW"), to withdraw as counsel of record for class representatives Lisa Gintz, Loredana Nesci and Ryan Rodriguez, and the Court having considered the moving papers, evidence submitted in support thereof, opposition and reply briefs of the parties, and oral argument;

IT IS HEREBY ORDERED that MW's Motion to Withdraw as Counsel of

---

[PROPOSED] ORDER DENYING McGUIREWOODS LLP's MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLASS REPRESENTATIVES GINTZ, NESCI AND RODRIGUEZ

1 | Record For Class Representatives Lisa Gintz, Loredana Nesci and Ryan Rodriguez
2 | is DENIED.
3 |    IT IS SO ORDERED.
4 |
5 | Dated: **March 26**, 2007
6 |                                              Hon. Manuel L. Real
                                                  United States District Judge
7 |
8 |
9 | Submitted by
10 |
11 |
12 | Sidney K. Kanazawa
13 | McGUIREWOODS LLP
     Eliot G. Disner
14 | A Professional Corporation
     1800 Century Park East, 8th Floor
15 | Los Angeles, California 90067
     Telephone: (310) 315-8200
16 | Facsimile: (310) 315-8210
     edisner@mcguirewoods.com
17 | skanazawa@mcguirewoods.com

4484317.1                         2
[PROPOSED] ORDER GRANTING McGUIREWOODS LLP's MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLASS REPRESENTATIVES GINTZ, NESCI AND RODRIGUEZ

\4496171.1