

# ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RYAN RODRIGUEZ, et al, | CASE NO. CV 05-3222 R(MCx) |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDERS |
| v. | |
| WEST PUBLISHING CORPORATION, a Delaware Corporation, et al., | |
| Defendants. | |
| AND CONSOLIDATED ACTION | |



Having read and considered the FINAL REPORT OF THE SPECIAL MASTER; REQUEST FOR PAYMENT; DECLARATION OF JOHN FRANCIS CARROLL IN SUPPORT THEREOF and good cause appearing,

IT IS ORDERED as follows:

1. Defendants shall jointly forthwith deposit the sum of $28,754 with the Clerk of the Court as and for compensation and reimbursement to the Special Master for services rendered and expenses incurred.

2. Plaintiffs shall forthwith deposit the sum of $9,585 with the Clerk of the Court as and for compensation and reimbursement to the Special Master for services rendered and expenses incurred.

3. The Clerk of the Court shall pay to John Francis Carroll the sum of $38,339 as soon as sufficient funds are on deposit

4. Within 30 days after receiving payment herein, the Special Master is authorized to destroy all papers and pleadings of any kind whatsoever which have been filed with him.

Dated: April 18, 2007

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed by the Special Master herein and my business address is 1408 Le Grande Terrace, San Pedro, CA 90732. I am over the age of eighteen and not a party to the within action.

On April 12, 2007, I served the foregoing document described as **FINAL REPORT OF SPECIAL MASTER; REQUEST FOR PAYMENT; DECLARATION OF JOHN FRANCIS CARROLL IN SUPPORT THEREOF; [PROPOSED] ORDERS,** on the interested parties in this action by email to the persons at the email addresses set forth below.

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| | Attorneys for West Publishing Corporation |
| Eliot Disner | |
| edisner@maguirewoods.com | Edward A. Klein (SBN 145736) |
| Sidney K. Kanazawa | eklein@linerlaw.com |
| skanazawa@maguirewoods.com | Heather H. Gilhooly (SBN 198911) |
| Colleen M. Regan | hgilhooly@linerlaw.com |
| cmregan@maguirewoods.com | |
| Noah E. Jussim | Steven F. Molo |
| njussim@maguirewoods.com | smolo@shearman.com |
| Tracy Evans Moyer | Wayne Dale Collins |
| tmoyer@maguirewoods.com | wcollins@shearman.com |
| Jia-Ming Shang | Lisa J. Dunlop |
| jshang@maguirewoods.com | l.dunlop@shearman.com |
| | Alan S. Gruber |
| | alan.gruber@shearman.com |
| | Rebecca J. Trent |
| | rebecca.trent@shearman.com |
| | |
| | Attorneys for Kaplan, Inc |
| | |
| | Bradley Phillips |
| | brad.phillips@mto.com |
| | Stuart S. Senator |
| | stuart.senator@mto.com |

Executed on April 12, 2007, at San Pedro, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Nicole Paulsen

FINAL REPORT OF SPECIAL MASTER; REQUEST FOR PAYMENT; DECLARATION OF JOHN FRANCIS CARROLL IN SUPPORT THEREOF and [PROPOSED] ORDERS