Name and address
Ronald D. Rosengarten (SBN 128859)
ROSENGARTEN & LEVEN, LLP
23801 Calabasas Road, Suite 1015
Calabasas, California 91302
(818) 225-5070
(818) 225-5077 fax

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al., and all others similarly situated,<br>Plaintiff(s)<br>v.<br>WEST PUBLISHING CORPORATION, dba BAR/BRI, and KAPLAN, INC.<br>Defendant(s). | CASE NUMBER<br>CV 05-3222 R(MCx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Charles A. Sturm__,
*Applicant's Name*

of __Steele Sturm, P.L.L.C.__ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☑ Plaintiff ☐ Defendant __James Juranek and Audrey Juranek, et al.__

and the designation of __Ronald D. Rosengarten__ of __Rosengarten & Leven, LLP__
*Local Counsel Designee*                          *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __May 22, 2007__                      _____
                                             U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (06/05)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.co