Carmine Giardino
THE GIARDINO LAW FIRM, INC.
8626 Tesoro Drive, Suite 510
San Antonio, Texas 78217
Tel: (210) 860-6060
Fax: (210) 599-0275

**FILED**
**CLERK, U.S. DISTRICT COURT**

MAY 30 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

LODGED

2007 MAY 29 PM 4:19

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, ET. AL.<br><br>Plaintiff(s)<br><br>v.<br><br>WEST PUBLISHING CORPORATION,<br>D/B/A BAR/BRI, ET. AL.<br><br>Defendant(s). | CASE NUMBER<br><br>CV-05-3222 R (MCx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____Carmine Giardino_____,
                                                                *Applicant's Name*

of _____The Giardino Law Firm, Inc._____ for permission to appear and participate in the above-entitled
       *Firm Name*

action on behalf of  ☑ Plaintiff    ☐ Defendant   _____Arcelia Trevino (Objector)_____

and the designation of _____Douglas Silverstein_____ of _____Kesluk & Silverstein, P.C._____
                           *Local Counsel Designee*                    *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated May 30, 2007                    _____
                                       U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
JUN 4 2007
BY _____ 021

290

G-64 ORDER (06/05)          ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 9255 Sunset Blvd., Suite 411, Los Angeles, California 90069.

On May 29, 2007, I served the following documents on the designated parties in this action as follows:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

/X/ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

/X / (BY FACSIMILE) I caused a true and correct copy of the documents listed above to be transmitted by facsimile machine to the number listed below. A copy of the transmission report, properly issued by the transmitting machine, is on file at the firm.

| | |
|---|---|
| Carmine Giardino, Esq.<br>THE GIARDINO LAW FIRM, INC.<br>8626 Tesoro Drive, Suite 510<br>San Antonio, Texas 78217<br>Facsimile: (210) 599-0275<br>*Attorneys for Class Member Arcelia Trevino and Objector to the Class Action* | Steven F. Molo, Esq.<br>Wayne Dale Collins, Esq.<br>James P. Tallon, Esq.<br>Lisl J. Dunlop, Esq.<br>Alan S. Gruber, Esq.<br>SHEARMAN & STERLING, LLP<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Facsimile: (212) 848-7179<br>*Attorneys for Defendant West Publishing Corporation* |
| Sidney K. Kanazawa, Esq.<br>MCGUIRE WOODS, LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, California 90067<br>Facsimile : (310) 315-8210<br>*Attorneys for Representative Plaintiffs And the Class Action* | Bradley S. Phillips, Esq.<br>Stuart N. Senator, Esq.<br>MUNGER, TOLLES & OLSON, LLP<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Facsimile: (213) 687-3702<br>*Attorneys for Defendant Kaplan, Inc.* |

I declare under penalty of perjury under the laws of the United States of America

1

PROOF OF SERVICE

1 | and the State of California that the above is true and correct. Executed on May 29, 2007, at Los Angeles, California.

_____
Vilma R. Gomez