Name and address
Darrell Palmer, Esq.
603 North Highway 101 Ste A
Solana Beach CA 92075

Edward F. Siegel, Esq.
27600 Chagrin Blvd. #340
Cleveland Ohio 44122

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
MAY 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RODRIGUEZ
                                                    Plaintiff(s)

                    v.

WEST PUBLISHING CORPORATION
                                                    Defendant(s).

CASE NUMBER
CV 05-3222 R

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of _____EDWARD F. SIEGEL_____,
                                                                    *Applicant's Name*

of _____EDWARD F. SIEGEL CO. L.P.A._____ for permission to appear and participate in the above-entitled
        *Firm Name*

action on behalf of ☐ Plaintiff    ☐ Defendant _____OBJECTORS SINDELL AND SIEGEL_____

and the designation of _____DARRELL PALMER_____ of _____LAW OFFICES OF DARRELL PALMER_____
                        *Local Counsel Designee*                        *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  May 31, 2007

_____
U. S. District Judge/U.S. Magistrate Judge

DOCKETED
JUN - 4 2007
BY

G-64 ORDER (06/05)          ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE