UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R                                          Date: JUNE 5, 2007

Title:   RYAN RODRIGUEZ et al -v- WEST PUBLISHING CORP etc
         and Consolidated Action
=================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

William Horrell                                   None Present
Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

The Court hereby sets a **HEARING ON JUNE 14, 2007 AT 1:30 P.M.**
On the document submitted by Eliot Disner of the Disner Law Corp.
entitled "Plaintiffs' Ex Parte Application and Merged Supporting
Memorandum to Permit Lead Counsel: etc."

**IT IS SO ORDERED.**

cc: counsel of record (by optical scanning)

MINUTES FORM 11                                        Initials of Deputy Clerk  WH
CIVIL -- GEN