UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R                                          Date: JUNE 7, 2007

Title:     RYAN RODRIGUEZ et al -V- WEST PUBLISHING CORP etc
           and Consolidated Action
==============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

           William Horrell                                  None Present
           Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

           None                                             None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


COUNSEL ARE NOTIFIED that on the Court's own motion the:

Hearing on Eliot Disner of Disner Law Corp's Ex Parte Application to
Permit Lead Counsel to Speak Freely etc

is hereby ORDERED ADVANCED FROM JUNE 14, 2007 AT 1:30 P.M.

TO JUNE 13, 2007 AT 1:30 P.M.


cc: counsel of record (by optical scanning)



MINUTES FORM 11                                              Initials of Deputy Clerk ___WH___
CIVIL -- GEN