Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 05-3222 R | Date | June 13, 2007 |
|---|---|---|---|

| Title | RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc |
|---|---|

Present: **The Honorable**   MANUEL L. REAL

| Monica Boone | Sheri Kleeger | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Elliot Disner
Dan Drachler
Leslie M. Werlin
Rosemary M. Rivas
Ben Nutley
Tracy Evans Moyer

Attorneys Present for Defendants:

Edward Klein
Stuart Senator
Bradley S. Phillips
James P. Tallon

Proceedings:   Hearing on Eliot Disner of Disner Law Corp's Ex Parte Application to permit lead counsel to speak freely etc.

Case called and counsel state their appearances. Court and counsel confer. Court hears argument from counsel on issue of Ex Parte Application to permit lead counsel to speak freely etc.

The Court orders Ex parte Application DENIED, as stated on the record.

: 13

Initials of Preparer   mb

DOCKETED ON CM
JUN 14 2007

346