Name and address
Kenneth E. Nelson
Nelson Law Firm, P.C.
2900 City Center Square
1100 Main Street
Kansas City, MO 64105

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RYAN RODRIGUEZ, et al.

Plaintiff(s)

CASE NUMBER

CV 05-3222 R(Mcx)

v.

WEST PUBLISHING CORPORATION, et al.,

Defendant(s).

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of __Kenneth E. Nelson__,
                                                              *Applicant's Name*

of __Nelson Law Firm, P.C.__ for permission to appear and participate in the above-entitled
        *Firm Name*

action on behalf of  ☒ Plaintiff   ☐ Defendant  __Evans & Mullinix, P.A.__

and the designation of __Darrell Palmer__ of __Law Offices of Darrell Palmer__
                         *Local Counsel Designee*              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __June 19, 2007__

U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/05)       ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.com