

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                    Date: June 18, 2007

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc
and Consolidated Action**

========================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

Sidney Kanazawa                                Stuart Senator
Rosemary Rivas                                 Heather Gilhooley
Tracy Evans Moyer                              Steven Molo
Leslie Werlin                                  Edward Klein
Dan Drachler                                   James Tallon

**OBJECTORS:**
Joshua Ferman       Charles Sturm
Howard Steele       Alan Harris
Ronald Rosengarten  John Davis
Ben Nutley          Alexander Steinberg
Robert Chojnacki    Alexander Valach
Emily Greer         Darrell Palmer
Kenneth Nelson      Leo Kohn
Robert Gaudet       Loredana Nesci
Perrin Disner       Ryan Rodriguez

**PROCEEDINGS:**  1) Plaintiffs' motion for order granting approval of class action settlement
2) Plaintiffs' motion for incentive awards to class plaintiffs
3) Class counsel's motion for attorneys' fees and reimbursement of expenses

The Court hears from objectors regarding the motions as listed above.
The Court hears from counsel regarding the motions as listed above.
The Court Orders, by June 26, 2007, plaintiff's counsel to file documentation as to the computation of incentive awards to class representatives using the lodestar approach, and for both parties to brief the *cy pres* aspect of the settlement, as stated on the record.
The matter is continued for final hearing on the motions as listed above to JULY 9, 2007 at 10:00 a.m.

                                                              3/31

**MINUTES FORM 90**                                    Initials of Deputy Clerk __WH__
**CIVIL -- GEN**