UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RYAN RODRIGUEZ, ET AL.,

PLAINTIFF(S),

v.

WEST PUBLISHING CORP, ET AL.,

DEFENDANT(S),

CASE NUMBER

CV 05-03222-R(MCx)

NOTICE OF CLERICAL ERROR

TO:   U. S. District Judge(s)
      U. S. Magistrate Judge(s)
      Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry have/has been corrected as indicated below.

Title of Scanned Document: Plaintiffs' Reply Memo in SUpport of Motion for Incentive Awards to Class Plaintiffs; declaration

Filed Date: June 11, 2007            Document Number: #364

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: Document #364 was docketed twice in error - as #364 and as #365. The correct document number is #364.

Date  6/22/07                           CLERK, U.S. DISTRICT COURT
                                        By: _____
                                        Deputy Clerk

cc  Intake Supervisor / Deputy In Charge

G-11 (06/05)                            NOTICE OF CLERICAL ERROR

Dockets.Justia.com