# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                              Date: **July 9, 2007**

**TITLE:** RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc
And Consolidated Action

===============================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>Sheri Kleeger</u> |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

Sidney Kanazawa                             Stuart Senator
Rosemary Rivas                              Heather Gilhooley
Tracy Evans Moyer                           Steven Molo
Dan Drachler                                James Tallon

OBJECTORS:
Eliot Disner
Loredana Nesci
Lisa Gintz
John Davis
Alan Harris
Howard Steele Jr.
Charles Sturm

**PROCEEDINGS:** 1) Plaintiffs' motion for order granting approval of class action settlement
2) Plaintiffs' motion for incentive awards to class plaintiffs
3) Class counsel's motion for attorneys' fees and reimbursement of expenses

The Court GRANTS item # 1 as listed above; DENIES item # 2 as listed above; and GRANTS item # 3 as listed above, all as stated on the record. Plaintiffs shall submit proposed orders.

4 min

MINUTES FORM 90                                              Initials of Deputy Clerk  WH
CIVIL -- GEN