

LODGED

ORIGINAL

2007 JUL 25 PM 12:30

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ENTERED
CLERK, U S DISTRICT COURT

SEP  1 1 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U S DISTRICT COURT

SEP  1 0 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZIL, and LISA GINTZ, on behalf of themselves and all others similarly situated,

        Plaintiffs,

vs.

WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,

        Defendants.

AND CONSOLIDATED ACTION

**CASE NO. CV-05-3222 R(MCx)**

**[PROPOSED] FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT**

This matter came before the Court for hearing on June 18, 2007 and July 9, 2007, pursuant to the Order Granting Preliminary Approval of Class Action Settlement and Directing Dissemination of Notice to Class dated March 26, 2007 (the "Preliminary Approval Order"), on application for approval of the proposed

4670962 1

1

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

1  Settlement[1] set forth in the Stipulation and Settlement Agreement dated February

2  2, 2007, ("Settlement Agreement").

3       Pursuant to the Preliminary Approval Order, Notice was given to the Class.

4  The Notice advised Class Members of the opportunity to *inter alia*: object to the:

5  (1) Settlement Agreement and the Settlement; and/or (2) the Plan of Allocation.

6       On May 7, 2007 Class Counsel filed:  (1) Notice of Motion and Motion For

7  Final Approval of Class Action Settlement; (2) Declaration of Sidney K.

8  Kanazawa; and (3) Memorandum of Points and Authorities in Support of Final

9  Approval.

10       On May 17, 2007, plaintiffs/objectors Ryan Rodriguez, Lisa Gintz and

11  Loredana Nesci (the "Objecting Plaintiffs") filed an objection, *inter alia*, objecting

12  to entry of the Preliminary Approval Order (the "May 17 Objections").

13       On May 18, 2007, Class Counsel filed a response to the May 17 Objections.

14       On May 31, 2007, the Objecting Plaintiffs filed an *ex parte* application,

15  memorandum and declaration for an order to:  (1) allow Eliot Disner, Esq.

16  ("Disner") to "speak freely" on their behalf; (2) allow access to certain files: and

17  (3) clarify the status of Disner as a "co-lead counsel" (the "*Ex Parte* Application").

18       On June 1, 2007, Class Counsel filed an Opposition to the *Ex parte*

19  Application and defendants West Publishing Corporation ("West") and Kaplan,

20  Inc. ("Kaplan") filed objections to the *Ex Parte* Application (the "*Ex Parte*

21  Oppositions").

22       On June 7, 2007, the Objecting Plaintiffs filed a reply to the *Ex Parte*

23  Application.

24

25

---

26  [1]     Unless otherwise stated herein, all capitalized terms shall have the same

27  meanings as set forth in the Stipulation and Settlement Agreement dated February
2, 2007.

In addition to the May 17 Objections, the Class Members listed in the following table filed objections to the Settlement on the dates indicated:

|  | DATE FILED | CLASS MEMBER |
|---|---|---|
| 1. | May 21, 2007 | David Oriol |
| 2. | May 21, 2007 | Jason Tingle<br>Oliver Gutierrez |
| 3. | May 21, 2007 | David Feldman<br>Cameron Gharabiklou<br>Emily Grant<br>Jeff Lang<br>Sarah McDonald<br>Cara Patton<br>Rachel Schwartz<br>Greg Thomas |
| 4. | May 21, 2007 | Joseph J. Angersola |
| 5. | May 21, 2007 | Anthony Valach |
| 6. | May 21, 2007 | Jay M. Wolman |
| 7. | May 21, 2007 | Joan E. Shreffler |
| 8. | May 21, 2007 | Robert Gaudet, Jr.<br>Sandeep Gopalan<br>Elizabeth De Long<br>Andrea Boggio |
| 9. | May 21, 2007 | Justin Head<br>Ryan Helfrich |
| 10. | May 21, 2007 | George Schneider<br>Jonathan Slomba<br>James Puntumapanitch |
| 11. | May 21, 2007 | James Juranek<br>Audrey Juranek<br>Richard P Le Blanc, III. |
| 12. | May 12, 2007 | Trevino, Arcelia |

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

| | DATE FILED | CLASS MEMBER |
|---|---|---|
| 13. | May 21, 2007 | Aaron Lukoff<br>John Prendergast<br>David Orange |
| 14. | May 22, 2007 | Daryl Chilimidos |
| 15. | May 22, 2007 | Nikki Love<br>John Bernitz |
| 16. | May 22, 2007 | Daniel M. Schafer |
| 17. | May 22, 2007 | Evans & Mullinix, P.A. |
| 18. | May 22, 2007 | Sarah Siegel |
| 19. | May 22, 2007 | Jennifer Brown McElroy |
| 20. | May 22, 2007 | Andrew Gilman<br>Stephen M. Vasil |
| 21. | May 23, 2007 | David Harris<br>Kareem Kamal<br>Matthew Kavanaugh<br>Simon Newfield<br>Jonathan Ricasa<br>Abigail Treanor<br>David Zelenski |
| 22. | May 23, 2007 | Pamela Collins |
| 23. | April 10, 2007 | Walenta Craig |
| 24. | May 28, 2007 | Richard A. Bodmer |
| 25. | June 12, 2007 | Stephen Lindholm |

On June 11, 2007, Class Counsel filed: (1) a reply memorandum in support of the Settlement which addressed the May 17 Objections and the objections set forth in the preceding paragraph (hereafter, the "Objections to the Settlement"); and (2) the declarations of: (a) Sidney K. Kanazawa, (b) Christine Bartholomew, (c) Richard Sartory, and (d) Hon. Daniel Weinstein.

1      On June 11, 2007, Defendants filed "Defendants' Combined Response To

2  Various Class Members' Objections To Stipulation And Settlement Agreement."

3  Also on June 11, 2007, West filed a reply memorandum to the May 17 Objections.

4      On June 15, 2007, Kaplan filed (1) "Notice of Filing of Declaration of Lee

5  S. Taylor in Support of Motion for Final Approval of Settlement, Regarding

6  Kaplan's Compliance with the Requirements of the Class Action Fairness Act;"

7  and (2) Declaration of Lee S. Taylor, and subsequently filed (1) "Notice of Filing

8  of Revised Declaration of Lee S. Taylor in Support of Motion for Final Approval

9  of Settlement, Regarding Kaplan's Compliance with the Requirements of the Class

10  Action Fairness Act;" (2) "Revised Declaration of Lee S. Taylor; Notice of Filing

11  Under Seal;" and (3) "Declaration of Lee S. Taylor Authenticating and Attaching

12  Documents."

13      On June 18, 2007, West filed the "Declaration of James P. Tallon Regarding

14  the Class Action Fairness Act."

15      Pursuant to this Court's Order, on June 26, 2007, Class Counsel filed: (1)

16  "Settling Plaintiffs' Supplemental Briefing In Support of Motion for Final

17  Approval Re: 30% Distribution Limit to Authorized Claimants and *Cy Pres* Fund

18  for Remainder;" and (2) "Declaration of Sidney K. Kanazawa." Also, on that date,

19  Defendants filed: (1) "Defendants' Supplemental Brief Regarding Approval of

20  Proposed Settlement, Addressing *Cy Pres* Provision of Proposed Settlement;" and

21  (2) the Declaration of Stuart N. Senator.

22      In addition, on June 26, 2007, several objectors, including James Juranek,

23  Audrey Juranek, Richard P. LeBlanc, III, David Harris, Kareem Kamal, Matthew

24  Kavanaugh, Simon Newfield, Jonathan Ricasa, Abigail Treanor and David

25  Zelinski, submitted additional briefing in further opposition to final approval of the

26  Settlement.

27

1    On July 5, 2007, Eliot G. Disner filed a "Summary of Evidence Regarding

2  Defendant West Publishing Co.'s Violation of Section 2 of the Sherman Act (15

3  U.S.C. § 2)" and a "Re-Notice of Appearance of Counsel."

4    At the Final Settlement Hearing Objectors were given an opportunity to state

5  their objections to the Settlement Agreement, the Settlement and the Plan of

6  Allocation.

7    Having read and fully considered the terms of the Settlement Agreement, the

8  Plan of Allocation, and all submissions (which may include submissions not

9  specifically described above), written and oral, the Court finds the Settlement is

10  fair, reasonable and adequate:

11    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**

12  **THAT**:

13    1.    **Objections to the Settlement** – The Objections to the Settlement are

14  overruled.

15    2.    **Incorporation of Definitions** – This Final Order and Judgment

16  Approving Settlement (the "Judgment") incorporates by reference the definitions

17  in the Settlement Agreement, and all defined terms used herein shall have the same

18  meanings as set forth in the Settlement Agreement.

19    3.    **Jurisdiction** – The Court has personal jurisdiction over all Class

20  Members (as defined below) and has subject matter jurisdiction over this Action,

21  including, without limitation, jurisdiction to (1) approve the Settlement Agreement

22  and the Plan of Allocation, (2) grant final certification of the Class, and (3) dismiss

23  the Action with prejudice.

24    4.    **Final Class Certification** – The Class this Court certified in the

25  Preliminary Approval Order under Fed. R. Civ. P. 23(b)(3) is hereby finally

26  certified and consists of all persons who purchased a bar review course from

27  BAR/BRI in the Untied States from August 1, 1997 through July 31, 2006,

4670962 1

6

1  exclusive of those individuals set forth in Exhibit A hereto who timely requested

2  exclusion pursuant to the Court's Order of August 14, 2006.

3      5.    **Adequacy of Representation** – Plaintiffs and Class Counsel –

4  McGuireWoods LLP, Zwerling, Schachter & Zwerling, LLP and Finkelstein

5  Thompson LLP – have fully and adequately represented the Class and have

6  satisfied the requirements of Fed. R. Civ. P. 23(a)(4).

7      6.    **Notice** – The Court finds that the distribution of the Notice, the

8  publication of the Summary Notice, the distribution of the Claim Form, and the

9  notice methodology were materially implemented in accordance with the terms of

10  the Settlement Agreement and the Preliminary Approval Order.  The Court further

11  finds that the Notice, Summary Notice and Claim Form were simply written and

12  readily understandable, and that the Notice, Summary Notice, Claim Form and

13  notice methodology: (i) constituted the best practicable notice, (ii) constituted

14  notice that was reasonably calculated, under the circumstances, to apprise Class

15  Members of the Settlement, their rights to object to the Settlement and to appear at

16  the Final Settlement Hearing, (iii) were reasonable and constituted due, adequate

17  and sufficient notice to all persons entitled to notice, and (v) met all applicable

18  requirements of the Federal Rules of Civil Procedure, the United States

19  Constitution (including the Due Process Clause), the Rules of the Court and any

20  other applicable law.

21      7.    **Final Settlement Approval** – The terms and provisions of the

22  Settlement Agreement have been entered into in good faith and are hereby fully

23  and finally approved as fair, reasonable and adequate as to, and in the best interest

24  of, each of the Settling Parties and the Class Members, and in full compliance with

25  all applicable requirements of the Federal Rules of Civil Procedure, the United

26  States Constitution (including the Due Process Clause), the Rules of the Court and

27  any other applicable law.  With respect to the determination that the Settlement

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

1  Agreement is fair reasonable and adequate, the Court specifically notes that the

2  outcome of a trial on the merits was by no means certain, this Action involved

3  highly complex factual and legal issues, the Settlement Agreement was reached

4  with the participation of a highly-respected mediator and retired judge, and the

5  monetary and non-monetary terms of the Settlement reflect substantial benefits.

6        8.    **Plan of Allocation** – The Court also hereby approves the Plan of

7  Allocation as a fair and reasonable method to allocate the Net Settlement Fund

8  among Class Members, and directs consummation of all its terms and provisions.

9        9.    **Dismissal of Action** – The Court dismisses on the merits and with

10  prejudice the First Amended Complaint and the Released Claims as defined in the

11  Settlement Agreement as to all Class Members. Only the Persons identified in

12  Exhibit A hereto requested exclusion from the Class as of the deadline for opting

13  out. These Persons so identified shall not share in the benefits of the Settlement.

14  The Court dismisses without prejudice the claims of such Persons who have

15  properly and timely excluded themselves in full accordance with the procedures set

16  forth in the Settlement Agreement.

17        10.    **Releases** – Upon the Effective Date of the Settlement, the

18  Representative Plaintiffs and each Class Member shall be deemed to have, and by

19  operation of this Final Order and Judgment shall, except as provided in paragraph

20  58 of the Agreement, (a) have released and forever discharged the released parties

21  from all manner of claims, demands, actions, suits, causes of action, whether class,

22  individual, or otherwise in nature, damages whenever incurred, liabilities of any

23  nature whatsoever, including costs, expenses, penalties and attorneys' fees, known

24  or unknown, suspected or unsuspected, in law or equity, that any member of the

25  Class (including any of their past, present or future officers, directors, agents,

26  employees, legal representatives, trustees, parents, associates, affiliates, licensees,

27  subsidiaries, partners, heirs, executors, administrators, purchasers, predecessors,

1    successors and assigns), whether or not he, she or it objects to the settlement and

2    whether or not he, she or it makes a claim upon or participates in the Settlement

3    Fund, whether directly, representatively, derivatively or in any other capacity, ever

4    had, now has or hereafter can, shall or may have concerning or relating to any

5    conduct alleged in the Complaint in this Action, and including without limitation

6    all claims that have been asserted or could have been asserted in any litigation

7    against the Released Parties or any of them for any conduct alleged in the

8    Complaint and Amended Complaint in this Action; and (b) in addition, upon the

9    Effective Date of the Settlement, the Representative Plaintiffs and each Class

10   Member shall be deemed to have, and by operation of this Final Order and

11   Judgment shall have waived and released any and all provisions, rights and

12   benefits conferred by § 1542 of the California Civil Code, which states:

13   **Section 1542. Certain Claims not Affected by General Release. A**

14   **general release does not extend to claims which the creditor does**

15   **not know or suspect to exist in his favor at the time of executing**

16   **the release, which if known by him must have materially affected**

17   **his settlement with the debtor;**

18   or by any law of any state or territory of the United States, or principle of common

19   law, which is similar, comparable or equivalent to § 1542 of the California Civil

20   Code.  The Court has considered that each member of the Class may hereafter

21   discover facts other than or different from those which he, she or it knows or

22   believes to be true with respect to the claims which are the subject matter of

23   Paragraph 56 of the Agreement, but each member of the Class by operation of this

24   Final Order and Judgment has waived and fully, finally and forever settled and

25   released any known or unknown, suspected or unsuspected, contingent or non-

26   contingent claim with respect to the subject matter of Paragraph 56 of the

27

1    Agreement, whether or not concealed or hidden, without regard to the subsequent

2    discovery or existence of such different or additional facts.

3        11.    **Permanent Injunction** – All members of the Class who did not duly

4    request exclusion from the Class in the time and manner provided in the Class

5    Action Notice (which includes all members of the Class who are not listed on

6    Exhibit A hereto) are permanently enjoined, and restrained from commencing or

7    prosecuting any action, suit, proceeding, claim, or cause of action in any

8    jurisdiction or court against Defendants or any of the other entities or persons who

9    are to be discharged as noticed above in Paragraph 10, based upon, relating to, or

10   arising out of, any of the matters which are discharged and released pursuant to

11   paragraph 10 thereof, except as provided in paragraph 58 of the Settlement

12   Agreement.

13       12.    **Retention of Jurisdiction** – The Court has jurisdiction to enter this

14   Judgment. Without in any way affecting the finality of this Judgment, this Court

15   expressly retains exclusive and continuing jurisdiction as to all matters relating to

16   the administration, consummation, enforcement and interpretation of the

17   Settlement Agreement, and of this Judgment, and for any other necessary purposes,

18   including, without limitation:

19           (i)     enforcing the terms and conditions of the Settlement

20   Agreement and resolving any disputes, claims or causes of action that, in whole or

21   in part, are related to or arise out of the Settlement Agreement, or the Judgment

22   including, without limitation, whether a Person is or is not a Class Member; and

23           (ii)    entering such additional orders as may be necessary or

24   appropriate to project or effectuate the Judgment approving the Settlement

25   Agreement, dismissing all claims with prejudice, and permanently enjoining Class

26   Members from imitating or pursuing related proceedings, or to ensure the fair and

27   overly administration of this Settlement.

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

13. **Dismissal of Action** – This Action, including all individual claims and Class claims resolved by it, are hereby dismissed with prejudice against Defendants and all Class Members, without fees or cost except as otherwise provided by this Court.

14. **Non-Effect on Judgment** – Neither any modification or appellate reversal of the Plan of Allocation, the Fee Award or Incentive Awards, nor any orders entered by this Court thereon, shall in any way disturb nor affect the finality of the Settlement, and all such matters shall be considered separate from this Judgment.

15. **Effective Date** – If: (i) the Effective Date does not occur for any reason whatsoever; or (ii) the Settlement Agreement becomes null and void pursuant to the terms of the Settlement Agreement, this Judgment shall be deemed vacated and shall have no force or effect whatsoever.

16. **No Admissions** – Nothing in this Judgment, the Settlement Agreement or any aspect of the Settlement is or shall be deemed or construed to be an admission, concession or evidence of any violation of any statute or law or any liability or wrongdoing by any Defendant or Released Party or of the truth of any of the factual or legal claims or allegations relating to the subject matter of the Released Claims.

///
///
///
///
///
///
///
///

1      The Clerk is directed to enter this Final Order and Judgment forthwith as the

2 final judgment of the Court.

3

4 Dated: **Sep 10**, 2007

5                                        Honorable Manuel L. Real

                                United States District Court Judge

6

7 Submitted By:

8

9 Sidney K. Kanazawa (SBN 84608)
**McGUIREWOODS LLP**
10 Email: skanazawa@mcguirewoods.com
1800 Century Park East, 8th Floor
11 Los Angeles, California 90067
Telephone: (310) 315-8200
12 Facsimile: (310) 315-8210

13 Dan Drachler, (*Pro Hac Vice*)
**Zwerling, Schachter & Zwerling, LLP**
14 1904 Third Avenue, Suite 1030
Seattle, WA 98101
15 Telephone: (206) 223-2053
Facsimile: (206) 343-9631
16

17 Christine Bartholomew (SBN 211425)
**Finkelstein Thompson LLP**
18 601 Montgomery Street, Suite 665
San Francisco, CA 94111
19 Telephone: (415) 398-8700
Facsimile: (415) 398-8704

20

21 Class Counsel

22

23

24

25

26

27

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

SCANNED

## OPT OUT MEMBER LIST

Adams, Christi R.
Orlando, FL

Adams, Kara Kinson
West Boxford, MA

Ahmad, Fatima
Montreal, Quebec, Canada

Albano, Molly E.
Southington, CT

Alexakis, Georgia
San Francisco, CA

Anderson, Dominic J.
Richland Center, WI

Andrews, Scott R.
Dublin, OH

Armesto, Castor
St Louis, MO

Ashe, Reagan
North Myrtle Beach, SC

Ast, Robyn
Chicago, IL

Avery, Robert Dean
Chicago, IL

Babbitt, Lindsay
Minneapolis, MN

Bacci, Bella Ee Ling
Napa, CA

Back, Ji-Yun
Arlington, VA

Barrila, Gaetano
Maple, Ontario, Canada

Batsedis, Olga
Dix Hills, NY

Bauer, Kristen A.
Mtn view, CA

Beck, Kimberly
Loveland, OH

Beretta, Jonathan, JD
Avondale, AZ

Bertin, Allen P.
Houston, TX

Birchfield, Jennifer
Rockford, IL

Blanchette, Jean-Pierre
New York, NY

Boesch, Victoria
Pasadena, CA

Bowen, Jeff J.
Los Angeles, CA

Boykin, Namosha
Washington, D.C.

Bracewell, Joseph S.
Washington, DC



**EXHIBIT A**

Page 13

Brady, Rebecca A
Cheektowaga, NY

Bragassam, Jossy
Singapore

Branton, Vincent A.
West Richland, WA

Brown, Necole M.
Lake Charles, LA

Brownstone, Rebecca B.
Calabasas, CA 91303

Buckner, Lauren
St. Louis, MO

Burgasser, Jessica J
Buffalo, NY

Burgos, Diana
Tampa, FL

Caldwell, Dan
Ormond Beach, FL

Caldwell, Peter
Lake City, FL

Caluori, Colleen A.
Johnston, RI

Campbell, David L.
Troy, MI

Capuzzi, Cristiano
Old Bridge, NJ

Carter, Daragh JM
Houston, TX

Carville, Todd C.
Utica, NY

Causland, Tara
Kirkland, WA

Chan, Flora L.
Winston-Salem, NC

Chareas, Stephen
Arl. Heights, IL

Chelico, Nabil Elias
Los Angeles, CA

Chen, Yi-Wen
Philadelphia, PA

Cherry, Daphne M.
Houston, TX

Cho, Hay-Mie
Tucson, AZ

Cho, Jayne P.
New York, NY

Choong, Pek Yoke
Singapore

Choudhry, Erum A.
San Jose, CA

Chung Jenny
Oakland, CA

Clarkson, Brooke
Kensington, MD

Clements, Adrienne M.
Fort Worth, TX

Chett, Gabe T.
Metter, GA

Collazos, Adriana
New York, NY

Collins, Charece
Carlisle, PA

Conahan, Sean M.
Tampa, FL

Cook, Dean
Plano, TX

Cook, Jessica
San Clemente, CA

Coppola, Maddalena
West Hempstead, NY

Cox, Genevieve A.
San Francisco, CA

Cristaudo, Alexander L.
Monroeville, NJ

Culmer, Gabrielle
New York, NY

Daley, Paul F.
Melbourne, FL

Daniels, Yvette
St. Petersburg, FL

Danquah, Angela
Greenford, Middlesex,
London

Darnell, Leslie S.
Jacksonville, FL

Dayton, Richard C.
San Jose, CA

deRoss, Carolyn
Friday Harbor, WA

Deshotel, Ashley Arinder
Baton Rouge, LA

Dhillon, Amar
Modesto, CA

Dickson, Amy L.
Castleton, NY

Dieteman, David F.
Erie, PA

Douglas R. Hoffman
Mt. Vernon, IL

Dreher, Salaam G.
Apopka, FL

Duffee, Eric D.
Columbus, OH

Dumas, Laura F.
Danville, CA

Duvall, Kathryn L.
Charlottesville, VA

Eck, Gretchen A.M.
Springfield, IL

Eck, Jonathan
Lebanon, NH

Eckart, Elyse
El Segundo, CA

Embry, Ronald G., Jr.
Houston, TX

Eskovitz, Sean
Los Angeles, CA

Estrada, E. Martin
Santa Monica, CA

Fairweather, John Zachary
Birmingham, AL

Goddard, Jane M
Orlando, FL

Goes, Ian
Toronto, Ontario

Gordon, Sarah L.
Pittsburgh, PA 15206

Grossman, Matthew A
Knoxville, Tennessee

Gunn, Kristy
Memphis, TN

Gutierrez, Joshua
Newton, MA

Hagen, Joyce
Oakland Park, FL

Hammond, Erin H.
Tacoma, WA

Hammond, Zachary
Spring, TX

Haytas, Joseph R.
Upland, CA

Hebert, Leon F., Jr.
Springfield, MA

Heine, Dorsey E
Los Angeles, CA

Hercules, Jesse
Oxford, MS

Hill, Mark
Tallahassee, FL

Hilleren, Christine C.
Mandeville, Louisiana

Hopkins, Crystal
Ypsilanti, MI

Howell, Byron Boylin
Tampa, FL

Hunt, Melissa A.
Chicago, IL

Hurta, Shelly Z.
Naperville, IL

Inagawa, Kenichi
Yokohama Kanagawa, Japan

Innet, Leanne M.
Ocean Ridge, FL

Jamsa, Siobhan
Minneapolis, MN

Jenkins, Lyn
Orlando, FL

Jervis, Amy Tufts
Melvin, KY

Jones, Allison Medlock
Birmingham, AL

Jordan, Patrick T.
Seattle, WA

Joshi, Neeraj
Montville, NJ

Jumper, Johanna L.
Nashville, TN

Kapeller-Wismiewski, Heather S.
Lansing, MI

Karstaedt, Louise
New York, NY

Katsivela, Maria E
Nassau, Bahamas

Katze, Samantha
New York, NY

Kazakova, Joanna
E. Rutherford, NJ

Kelly, Matthew
Walnut Creek, CA

Kelly, Meghan
St. Louis, MO

Kessler, Daniel
Munich, Germany

Kidron, Leeora
New York, NY

Kim, Hyung Sup
Lincoln, NE

King, Bernard F., III
San Diego, CA

King, Robert
Gainesville, FL

Konoor, Sapna
Millville, NJ

Ku, Katherine
Los Angeles, CA

Kuhl, Brooke Castle
no address available

La Muro, Anthony M. Jr.
Hempstead, NY

Lageson, Anne E.
St. Louis, MO

Laginess, Courtney A.
Cincinnati, OH

LaGrandeur, Thomas
Palo Alto, CA

Lamanna, Kelly R.
Pittsburgh, PA

Lammers, Steven
Valparaiso, IN

Lang Susman, Alexandra
Los Angeles, CA

Lategano, Rosemary
Albany, NY

Latkina, Dinara
Chicago, IL

Lauro, Daniel R.
Grottoes, VA

Lawrence, J. Raza
Los Angeles, CA

Leach, Brooke
Philadelphia, PA

Leight, Adrienne S.
San Francisco, CA

Levin, Daniel B.
Los Angeles, CA

Liederman, Peter H
Berkeley, CA

Litke, Carol
Oceanside, NY

Lobb, George C
Fairfield, CA

4433793 1

Longo, Anthony
Chicago, IL

Looby, David J.
Oklahoma City, OK

Lopez, Alejandra L.
Miami, FL

Lynch, Rebecca Gose
Oakland, CA

Macksood, Jennifer Ann
Carlsbad, CA

Magee, Michael
Athens, GA

Manfredo, Robert F.
Albany, NY

Mann, James
New York, NY

Marciniak, Erin
Springfield, VA

Markwood, Sarah
University City, MO

Marsch, Tiffany L.
Chicago, IL

Marzock, Kirk R
Lancaster, PA

Matarazzo, Leopoldo
Fair Lawn, NJ

Mattson, Clay
Buffalo, NY

Mazzotta, Francesco G.
Bethel Park, PA

McCord, Nicole
Cleveland, TN

McEwen, Warran
Orlando, FL

Medina, Erika
Philadelphia, PA

Melzer, Margaret A.
Palatka, FL

Menachemi, Efrat
New York, NY

Menahem, Caren Jennifer
Great Neck, NY

Mennillo, Seth Daniel
Brookline, MA

Merken, Stacie
Los Angeles, CA

Messinger, Jonathan D
Danversport, MA

Mezoff, Sheri
Brookline, MA

Miller, Shont E.
Pasadena, CA

Mills, Gregory A.
Bloomington, IN

Minnix, A. L.
Columbus, OH

Montgomery, Jennifer
Baton Rouge, WA

Moore, Michelle
Arlington, MA

4433793 1

Morelli, Gaia
Rome, Italy

Morgan, Cynthia
San Diego, CA

Morra, Robert A.
Forest Hills, NY

Morrissey, John R.
Toronto, Ontario, Canada

Mosby, Brian L
Indianapolis, IN

Moulton, Jason R
Crestview, FL

Mourad, Adriana
Washington, DC

Mueller, Andra
Saint Paul MN

Murphy, Ryan P.
Hollister, CA

Neal, Zachary L.
Washington, D.C.

Newby, John L., II
Washington, D.C.

Newell, Ryan Patrick
Wilmington, DE

Ng, Stephanie
Walnut Creek, CA

Nguyen, Vinh
Findlay, OH

Oberholzer, Lori
Columbus, OH

O'Dowd, Sean
New Paltz, NY

Oliveira, Leonor
Burbank, CA

Oxford, James R. Jr.
Cedartown, Georgia

Pages Stone, Natalie
Los Angeles, CA

Palmer, Blake
Wall, NJ

Palmer, Margaret Anne
Rector, PA

Patel, Ulka
Baltimore, MD

Paul, Michael
San Antonio, TX

Penn-Loya, Alexis
Santa Ana, CA

Pham, Pearl
Malvern, PA

Ploetz, Nicola
Mobile, AL

Pogoriler, Leah
Washington, DC

Polansky, Seth C.
Silver Spring, MD

Powell, Daniel J.
San Francisco, CA

Prado, Gabriela
Miami, FL

Proxmire, Mick L.
Columbus, OH

Raetz, James T.
Los Angeles, CA

Reboucas, Rui Tabakov
Sao Paulo, SP Brazil

Reddivari, Krishna
Dallas, TX

Regina, Richard
Baldwin, NY

Reisman, Sean Peter
New York, NY

Rengito, Stephanie
Bethpage, NY

Rhee, Patricia
Castle Rock, CO

Richter, Zachary C
Arlington, VA

Roach, Matthew T.
Jacksonville, FL

Robinson, James J.
Los Angeles, CA

Rogers, James
Sag Harbor, NY

Romaszewski, Sandra A.
Lansing, MI

Rusconi, Mikaela
Miami, FL

Russell, Freya, K.
Los Angeles, CA

Rutten, James C.
San Bernardino, CA

Sacrison, Katherine
Port Orchard, WA 98366

Sagi, Chava Eve
Woodland Hills, CA

Sagnard, Candice
Minneapolis, MN

Samuelson, Marc B.
Somers Point, NJ

Sanchez, Gabriel
Los Angeles, CA

Sanfilippo, Robert
Wayne, NJ

Sawyer, Joel W.
Mount Airy, NC

Scattergood, Carrie L.
Burlington, NJ

Schacherer, P.M., J D.
Forest, Virginia

Schaeffer, Stephen
Washington, DC

Schuknecht, Amber
Pittsburgh, PA

Schwartz, Jason Brett
Cherry Hill, NJ

Scott, Ann Marie
Los Angeles, CA

Sealy, Karen A.
Ellicott City, MD

4433793 1

Seward, Michael
Benton, Pennsylvania

Shapiro, David M.
Honolulu, HI

Shekhtman, Lyudmila
S  San Francisco, CA

Sheridan, Patrice
Boston, MA

Shore, Blake
Jacksonville, FL

Silverman, Charles
Chicago, IL

Simmonds, Karen H.
Seattle, WA

Simmons, Leslie Vaughan
Cartersville, Georgia

Simpson, Alistair G.
Toronto, Ontario Canada

Skeens, A. Skeens
Fort Wayne, IN

Sloan, Charissa
Waco, TX

Smith, Penelope
New York, NY

Smith, Travis M.
Houston, TX

Spaide, Heather
New Canaan, CT

Sperath, Jessica T.
Indianapolis, IN

Spigarelli, Rowena C
Whitehouse Station, NJ

Spyridakis, Vasilios S.
Sacramento, CA

St. John, Richard
Los Angeles, CA

Standish, Craig A.
Dover, NH

Stefek, Alicia
Owego, IL

Stout, Katherine E.
New Martinsville, WV

Stump, Monica A.
Alexandria, VA

Stump, Nathan D.
Alexandria, VA

Subasic, Alma
Brooklyn NY

Sukkar, Suzanne K.
Ypsilanti, MI

Sullivan, James
Fargo, ND

Sullivan, Marbree D.
Somerville, MA

Szudajski, Matthew T.
Carson City, NV

Taira, Wakana
Chofu-shi Tokyo, Japan

Takah, Jarrod T.
Burgettstown, PA

4433793.1

Tapia, Antonio G.
Orlando, FL

Tarasco, Monica D.
Pepper Pike, OH

Taylor, Lee S.
Los Angeles, CA

Tellalian, Bryan
Clovis, CA

Thabet, Mark
Chester, NY

Thompson, Scott A.
New York, NY

Thomson, Marchelle
Drexel Hill, PA

Torres, Stephanie W.
Buffalo, NY

Trunkey, Alan
Bainbridge Island, WA

Tsurui, Toshitaka
Edogawa-ku, Tokyo, Japan

Uchihara, Kiyoshi
Chiyoda-ku, Tokyo, Japan

Unno, Mitsuo
Brea, CA

Vaccaro, Michael
Avon Lake, OH

Van Deven, Nicholas P.
St. Louis, Missouri

Vanderhoofven, Nathan D.
Jacksonville, FL

Varner, Christina A.
San Francisco, CA

Venero, Jose Antonio
San Antonio, TX

Vogel, John-Paul
San Antonio, TX

Wada, Megan
San Francisco, CA

Wang, Annie
Glendale, CA

Wang, Shanyah Albert
Troy, MI

Warmuth, Glenn P.
Farmingville, NY

Warren, Tracy A
San Diego, CA

Watkins, Anthony L, Jr.
Birmingham, AL

Weg, Nadav
New York, NY

Weinstein, Reid M.
Baltimore, MD

Weiss, Sharon
Woodmere, NY

Weltin, Florence K.
St. Louis, MO

White, Catherine
London

Whitehead, Kristen
Forth Worth, TX

Whiting, Joseph M.
Larchmont, NY

Zorn, Heather M.
Atlanta, GA

Whitley, Joel
Los Angeles, CA

Rauls, Claire Serrano
Saint Paul, MN

Wilkovich, Andrea
Fort Lee, NJ

Hwang, Irene
Fort Lee, NJ

Williams, Beth L.
Portola Valley, CA

Tavassoli, Alan
Phoenix, AZ

Wilner, Jared
New York, NY

Band, Marissa L.
Cherry Hill, NJ

Winters, Gary M.
Houston, TX

Landis, Jennifer M.
Fort Lauderdale, FL

Wiseberg, Nicol
Port St. Lucie, FL

Woo, In-Yu
New York, NY

Wiseberg, Phil
Palm Beach Garden, FL

Williams, Erika N.
Baton Rouge, LA

Woodard, Bethany
Los Angeles, CA

Parker, Warren B
Birmingham, AL

Yoshida, Kaori
Rego Park, NY

Rachko, Larissa
Woodbury, NJ

Young, Blanca
Berkeley, CA

Stramiello, Linda Stephens
Madison, CT

Young, Melodie
Forest Hills, NY

Noushkam, Donna B.
Cerritos, CA

Yurtkuran, Shaun E.
Jackson, MS

Graham, Emily
Miami, FL

Zayas, Idalisse
Kissimmee, FL

Kim, James W.
Chicago, IL

Zigman, Abigail
Staten Island, NY

Sarna, Alejandro L.
Washington DC

4433793 1