# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>　　　Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>　　　Defendants | CASE NO. CV-05-3222 R(MCx)<br><br>[PROPOSED] ORDER DENYING INCENTIVE AWARDS TO CLASS REPRESENTATIVES |

AND CONSOLIDATED ACTION

On June 18, 2007 and July 9, 2007, pursuant to the Settlement Agreement and the Order Granting Preliminary Approval of Class Action Settlement and Directing Dissemination of Notice to Class dated March 26, 2007, the application of class counsel for grant of incentive awards to class representatives Jennifer Brazeal, Kari Brewer, Reena Frailich, Lisa Gintz, Loredana Nesci, Lorraine Rimson, and Ryan Rodriguez came before this Court.

4667057 1

1     Having read and fully considered the application, the declarations filed in support thereof, and all oppositions and objections thereto, the Court finds that incentive awards should not be granted to the class representatives.

**IT IS THEREFORE ORDERED THAT:**

The application for incentive awards for class representatives is DENIED.

IT IS SO ORDERED.

Dated: **Sept. 10**, 2007

Honorable Manuel L. Real
United States District Court Judge

Submitted by:

Sidney K. Kanazawa (SBN 84608)
**McGUIREWOODS LLP**
Email: skanazawa@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Dan Drachler, (*Pro Hac Vice*)
**Zwerling, Schachter & Zwerling, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9631

Christine Bartholomew (SBN 211425)
**Finkelstein Thompson LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Class Counsel