UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



CIVIL MINUTES -- GENERAL

Case No.   CV-05-3222-R                                    Date: SEPT. 27, 2007

Title:   RYAN RODRIGUEZ et al -v- WEST PUBLISHING CORP etc
=================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None                                      None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


COUNSEL ARE NOTIFIED that on the Court's own motion the:

Unnamed class members Juranek et al's motion for additional findings of fact

is hereby ORDERED <u>CONTINUED</u> FROM OCTOBER 15, 2006 AT 10:00 A.M.

TO OCTOBER 22, 2007 AT 10:00 A.M.  Opposition papers remain due on

OCTOBER 1, 2007, and the reply papers remain due on OCTOBER 9, 2007.

The continuation of the hearing date DOES NOT move the due dates of

those filings.


cc: counsel of record (by optical scanning)



MINUTES FORM 11                                            Initials of Deputy Clerk  WH
CIVIL -- GEN

