John W. Davis, State Bar # 200113
LAW OFFICE OF JOHN W. DAVIS
4445 Eastgate Mall, Second Floor
San Diego, CA 92121
Telephone: 858.812.2976
Facsimile: 858.876.1630

Steven F. Helfand, State Bar # 206667
HELFAND LAW OFFICES
582 Market Street, Suite 1400
San Francisco, CA 94104
Telephone: 415.397.0007
Facsimile: 415.397.0009

Attorneys for Objectors
David Feldman, Cameron Gharabiklou,
Emily Grant, Jeff Lang, Sarah McDonald,
Cara Patton, Rachel Schwartz, and Greg Thomas

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING COMPANY, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | CASE NO. CV-05-3222 R(MCx)<br><br>CLASS ACTION<br><br>**BY FAX**<br><br>PROOF OF SERVICE |

1 | I am over 18 years of age, not a party to this action and employed in the County of
2 | San Francisco, California at 582 Market Street, Suite 1400, San Francisco,
3 | California 94104. I am readily familiar with the practice of this office for collection
4 | and processing of correspondence for mailing with the United States Postal Service
5 | and correspondence is deposited with the United States Postal Service that same day
6 | in the ordinary course of business for first class mailing.
7 | On October 10, 2007, I served the following:

- **Notice of Appeal.**

via first class mail, postage prepaid as follows:

Sidney Kanazawa, Esq.  
McGuireWoods LLP  
1800 Century Park East, 8th Floor  
Los Angeles, CA 90067

Steven F. Molo, Esq.  
James P. Tallon, Esq.  
Shearman & Sterling LLP  
599 Lexington Avenue,  
New York, NY 10022

Bradley S. Phillips, Esq.  
Stuart N. Senator, Esq.  
Munger, Tolles & Olson LLP  
355 South Grand Avenue,  
Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 10, 2007

Steven F. Helfand