Ryan Rodriguez et al v. West Publishing Corporation et al Doc. 457

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>Defendants | **CASE NO. CV-05-3222 R(MCx)**<br><br>**[~~PROPOSED~~] ORDER DENYING MOTION FOR ADDITIONAL FINDINGS OF FACT** |
| AND CONSOLIDATED ACTION | |

On October 22, 2007 unnamed class members James Juranek, Audrey Juranez, and Richard P. Le Blanc's Motion for Additional Findings of Fact, came for hearing before this Court.

Having read and fully considered the motion, the declarations filed in support thereof, and all oppositions and objections thereto, the Court finds that the motion should not be granted.

Dockets.Justia.com

**IT IS THEREFORE ORDERED THAT:**

The Unnamed Class members James Juranek, Audrey Juranek, and Richard P. Le Blanc's Motion for Additional Findings of Fact is DENIED.

IT IS SO ORDERED.

Dated: Oct. 23, 2007

Honorable Manuel L. Real
United States District Court Judge

Submitted by:

Sidney K. Kanazawa (SBN 84608)
**McGUIREWOODS LLP**
Email: skanazawa@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Dan Drachler, (*Pro Hac Vice*)
**Zwerling, Schachter & Zwerling, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9631

Christine Bartholomew (SBN 211425)
**Finkelstein Thompson LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Class Counsel

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067 On October 22, 2007, I served the following document(s) described as: **[PROPOSED] ORDER DENYING MOTION FOR ADDITIONAL FINDINGS OF FACT.** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED LIST

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 22, 2007, at Los Angeles, California

Glen A. Davis

## SERVICE LIST

Bradley S. Phillips, Esq.
Stuart N. Senator, Esq.
Munger Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Attorneys for *Kaplan, Inc*

And via email to:
Brad.Phillips@mto com
Stuart.Senator@mto.com
lee taylor@mto.com

Steven F. Molo, Esq.
Wayne Dale Collins, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022-6069

Attorneys for *West Publishing Corporation*

And via email to:
smolo@shearman com
wcollins@shearman.com

Edward A. Klein, Esq.
Heather H. Gilhooly, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

Attorneys for *West Publishing Corporation*

And via email to:
hgilhooly@linerlaw com
eklein@linerlaw.com

Ryan Rodriguez, Esq.
3943 Irvine Blvd , #330
Irvine, CA 92602

ryanrodriguez7@hotmail.com

Lisa Gintz, Esq.
10725 Fontenot Road
Denham Springs, LA 70726

lisagintz@hotmail.com

Loredana Nesci, Esq.
859 No. Hollywood Way, No. 206
Burbank, CA 91505

invisiblejet-usa@yahoo com
invisiblejet usa@yahoo com
loredana nesci@sbcglobal.net

DISNER LAW CORPORATION
Eliot G. Disner
A Professional Corporation
2029 Century Park East, 19th Floor
Los Angeles, CA 90067

edisner@disnerlaw com

# SERVICE LIST OF OBJECTING CLASS MEMBERS

Robert C. Chojnakci
Law Offices of Robert C. Chojnacki
525 Laurel Avenue
Menlo Park, CA 94025

Attorneys for
Oriol, David (Louisiana Bar)
Tingle, Jason (Alabama Bar) and
Gutierrez, Oliver (California Bar)

chojnackilaw@yahoo.com

John W. Davis
Law Office of John W. Davis
4445 Eastgate Mall, 2nd Floor
San Diego, CA 92121

and

Steven F. Helfand
Helfand Law Offices
582 Market Street, Suite 1400
San Francisco, CA 94101

Attorneys for
Feldman, David
Gharabiklou, Cameron
Grant, Emily
Lang, Jeff
McDonald, Sarah
Patton, Cara
Schwartz, Rachel
Thomas, Greg

john@johnwdavis.com
steven@stevenhelfand.com

Joseph J. Angersola *(pro se)*
2803 N. Wolcott, Unit D
Chicago, IL 60657

Anthony Valach *(pro se)*
4819 N. Fairfield Avenue, #2
Chicago, IL 60625

anthonyvalach@gmail.com

Jay M. Wolman *(pro se)*
62 S. Huntington Avenue, Unit 23
Boston, MA 02130

Joan Elizabeth Shreffler *(pro se)*
Four Embarcadero Center
Suite 3800
San Francisco, CA 94111

shreffl@skadden.com

Robert Gaudet, Jr. *(pro se)*
214 21st Avenue
Seattle, WA 98122
Robert_gaudet@yahoo.com

Sandeep Gopalan *(pro se)*
P.O. Box 877906
Tempe, AZ 85287
sandeepgopalan@hotmail com

Elizabeth De Long (*pro se*)
9705 Fremont Avenue N.
Seattle, WA 98103
Edelong06@gmail.com

Andrea Boggio (*pro se*)
1150 Douglas Pike
Smithfield, RI 02917
boggio@stanfordalumni.org

J. Garrett Kendrick
C. Benjamin Nutley
Kendrick & Nutley
1055 E. Colorado Blvd., Fifth Floor
Pasadena, CA 91106

Attorneys for:
Head, Justin
Helfrich, Ryan
Schneider, George
Slomba, Jonathan
Puntumapanitch, James

jgk@private-ag.com
Nutley@zenlaw com

Ronald D. Rosengarten
Rosengarten & Leven, LLP
23801 Calabasas Road, Suite 1015
Calabasas, CA 91302

Attorneys for·
Juranek, James
Juranek, Audrey
Le Blanc, Richard P., III.

rdresq@sbcglobal.net

Charles A. Sturm
STEELE STRUM, PLLC
1000 Louisiana, Suite 3780
Houston, TX 77002

csturm@steelesturm com

Carmine Giardino
The Giardino Law Firm, Inc
8626 Tesoro Drive, Suite 510
San Antonio, TX 78217

and

Douglas N. Silverstein, Esq.
Kesluk & Silverstein
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069

Attorneys for:
Trevino, Arcelia

dsilverstein@californialaborlawattorney.com

Joshua R Furman, Esq.
2228 Barry Avenue
Los Angeles, CA 90064

and

Jon M. Zimmerman
Law Offices of Jon M. Zimmerman
1420 5th Avenue, Suite 2200
Seattle, WA 89101

Attorneys for:
Lukoff, Aaron
Prendergast, John
Orange, David

joshua@furman.com
jrfurman@toyquest.com
jonMzimmerman@gmail.com

Lawrence W. Schonbrun
Law Offices of Lawrence W. Schonbrun
86 Eucalyptus Road
Berkeley, CA 94705

Attorneys for:
Chilimidos, Daryl

lschon@inreach com

Darrell Palmer, Esq.
603 North Highway 101, Ste A
Solano Beach, CA 92075

Attorneys for:
Schafer, Daniel M.
Evans & Mullinix, P.A.
Siegel, Sarah
McElroy, Jennifer Brown

Darrell.palmer@cox net

David P. Schafer *(pro se)*
Law Offices of David P. Schafer

david@helpingtexas.com

7800 IH-10 West, Suite 830
San Antonio, TX 78230

Kenneth E. Nelson
Nelson Law Firm, P.C.
2900 City Center Square
1100 Main Street
Kansas City, MO 64105

Attorneys for:
Evans & Mullinix, P.A.

kennelson@mclaw.com

Edward F. Siegel
Edward F. Siegel Co. L.P.A.
27600 Chagrin Blvd., Ste 340
Cleveland, OH 44122

Attorneys for:
Sarah Siegel

efsiegel@efs-law.com

Andrew H. Gilman *(pro se)*
115 Dudley Ave, 3rd Floor
Narberth, PA 19072

Stephen M. Vasil *(pro se)*
162 5th Avenue
Brooklyn NY 11217

stephenvasil@gmail com

Alan Harris
HARRIS & RUBLE
5455 Wilshire, Ste. 1800
Los Angeles, CA 90036

Attorneys for:
Harris, David
Kamal, Kareem
Kavanaugh, Matthew
Newfield, Simon
Ricasa, Jonathan
Treanor, Abigail
Zelenski, David

law@harrisandruble com

Pamela Collins Dunmore
2635 SW 35th Place, #1402
Gainesville, FL 32608

Attorneys for:
Collins, Pamela *(pro se)*

Craig J. Walenta *(pro se)*
17 Mountainview Court
Riverdale, NJ 07457

Richard A Bodmer (*pro se*)
2114 Cuyler Avenue
Chicago, IL 60618

4484406 1

PROOF OF SERVICE