Ryan Rodriguez et al v. West Publishing Corporation et al    Doc. 46

DANIEL SCOTT BROWN, Bar No. 158025
Law Offices of Daniel Brown
131 Lawnview Circle
Danville CA 94526-5107
Phone:      (925) 548-4620
Facsimile:  (352) 338-1858

Bill ___
Fees Pd ___
Frms Gvn ___
CAD ___
TDO ___
Ntc/Dkt Mld ___
FP Frms Gvn ___

Filing Fee Not Paid

2007 OCT 24 PM 1:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

FILED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RYAN RODRIGUEZ, REENA B. FRAILICH,
LOREDANA NESCI, JENNIFER BRAZEAL,
and LISA GINTZ, on behalf of themselves and
all others similarly situated,

                    Plaintiffs,

vs.

WEST PUBLISHING CORPORATION, a
Minnesota Corporation d/b/a BAR/BRI, and
KAPLAN, Inc., a Delaware Corporation,

                    Defendants.

CASE NO.    2:05-cv-03222-R (Mc)
AND CONSOLIDATED ACTION

NOTICE OF APPEAL

Date:
Time:
Assigned to:  Hon. Manuel L. Real -
Dept.:

DOCKETED ON CM

OCT 25 2007

BY ___ 184

**TO THE PARTIES, OBJECTORS AND COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Objector PAMELA COLLINS DUNMORE, by counsel,

appeals to the United States Court of Appeals for the Ninth Circuit, the FINAL ORDER AND

JUDGMENT APPROVING SETTLEMENT and the ORDER GRANTING CLASS COUNSEL

ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES of the United States District

Court, Central District of California entered September 11, 2007. The nature of the Orders are final

orders of United States District Judge Manuel L. Real.

-1-
NOTICE OF APPEAL

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-25-07

DEPUTY CLERK

(462)

Dockets.Justia.co



ENTERED
CLERK, U S DISTRICT COURT

SEP 11 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U S DISTRICT COURT

SEP 10 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZIL, and LISA GINTZ, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    vs.

WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,

        Defendants.

AND CONSOLIDATED ACTION

**CASE NO. CV-05-3222 R(MCx)**

**[PROPOSED] FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT**

This matter came before the Court for hearing on June 18, 2007 and July 9, 2007, pursuant to the Order Granting Preliminary Approval of Class Action Settlement and Directing Dissemination of Notice to Class dated March 26, 2007 (the "Preliminary Approval Order"), on application for approval of the proposed

1   Settlement[1] set forth in the Stipulation and Settlement Agreement dated February

2   2, 2007, ("Settlement Agreement").

3        Pursuant to the Preliminary Approval Order, Notice was given to the Class.

4   The Notice advised Class Members of the opportunity to *inter alia*: object to the:

5   (1) Settlement Agreement and the Settlement; and/or (2) the Plan of Allocation.

6        On May 7, 2007 Class Counsel filed·  (1) Notice of Motion and Motion For

7   Final Approval of Class Action Settlement; (2) Declaration of Sidney K.

8   Kanazawa; and (3) Memorandum of Points and Authorities in Support of Final

9   Approval.

10        On May 17, 2007, plaintiffs/objectors Ryan Rodriguez, Lisa Gintz and

11   Loredana Nesci (the "Objecting Plaintiffs") filed an objection, *inter alia*, objecting

12   to entry of the Preliminary Approval Order (the "May 17 Objections").

13        On May 18, 2007, Class Counsel filed a response to the May 17 Objections.

14        On May 31, 2007, the Objecting Plaintiffs filed an *ex parte* application,

15   memorandum and declaration for an order to:  (1) allow Eliot Disner, Esq.

16   ("Disner") to "speak freely" on their behalf; (2) allow access to certain files: and

17   (3) clarify the status of Disner as a "co-lead counsel" (the "*Ex Parte* Application").

18        On June 1, 2007, Class Counsel filed an Opposition to the *Ex parte*

19   Application and defendants West Publishing Corporation ("West") and Kaplan,

20   Inc. ("Kaplan") filed objections to the *Ex Parte* Application (the "*Ex Parte*

21   Oppositions").

22        On June 7, 2007, the Objecting Plaintiffs filed a reply to the *Ex Parte*

23   Application.

24

25

26   [1]    Unless otherwise stated herein, all capitalized terms shall have the same
     meanings as set forth in the Stipulation and Settlement Agreement dated February
27   2, 2007.

4670962 1                                    2

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

In addition to the May 17 Objections, the Class Members listed in the following table filed objections to the Settlement on the dates indicated.

|   | DATE FILED | CLASS MEMBER |
|---|---|---|
| 1. | May 21, 2007 | David Oriol |
| 2. | May 21, 2007 | Jason Tingle<br>Oliver Gutierrez |
| 3. | May 21, 2007 | David Feldman<br>Cameron Gharabiklou<br>Emily Grant<br>Jeff Lang<br>Sarah McDonald<br>Cara Patton<br>Rachel Schwartz<br>Greg Thomas |
| 4. | May 21, 2007 | Joseph J. Angersola |
| 5. | May 21, 2007 | Anthony Valach |
| 6. | May 21, 2007 | Jay M. Wolman |
| 7. | May 21, 2007 | Joan E. Shreffler |
| 8. | May 21, 2007 | Robert Gaudet, Jr.<br>Sandeep Gopalan<br>Elizabeth De Long<br>Andrea Boggio |
| 9. | May 21, 2007 | Justin Head<br>Ryan Helfrich |
| 10. | May 21, 2007 | George Schneider<br>Jonathan Slomba<br>James Puntumapanitch |
| 11. | May 21, 2007 | James Juranek<br>Audrey Juranek<br>Richard P Le Blanc, III. |
| 12. | May 12, 2007 | Trevino, Arcelia |

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

|     | DATE FILED | CLASS MEMBER |
| --- | --- | --- |
| 13. | May 21, 2007 | Aaron Lukoff<br>John Prendergast<br>David Orange |
| 14. | May 22, 2007 | Daryl Chilimidos |
| 15. | May 22, 2007 | Nikki Love<br>John Bernitz |
| 16. | May 22, 2007 | Daniel M. Schafer |
| 17. | May 22, 2007 | Evans & Mullinix, P.A. |
| 18. | May 22, 2007 | Sarah Siegel |
| 19. | May 22, 2007 | Jennifer Brown McElroy |
| 20. | May 22, 2007 | Andrew Gilman<br>Stephen M. Vasil |
| 21. | May 23, 2007 | David Harris<br>Kareem Kamal<br>Matthew Kavanaugh<br>Simon Newfield<br>Jonathan Ricasa<br>Abigail Treanor<br>David Zelenski |
| 22. | May 23, 2007 | Pamela Collins |
| 23. | April 10, 2007 | Walenta Craig |
| 24. | May 28, 2007 | Richard A. Bodmer |
| 25. | June 12, 2007 | Stephen Lindholm |

On June 11, 2007, Class Counsel filed: (1) a reply memorandum in support of the Settlement which addressed the May 17 Objections and the objections set forth in the preceding paragraph (hereafter, the "Objections to the Settlement"); and (2) the declarations of: (a) Sidney K. Kanazawa, (b) Christine Bartholomew, (c) Richard Sartory, and (d) Hon. Daniel Weinstein.

1      On June 11, 2007, Defendants filed "Defendants' Combined Response To

2  Various Class Members' Objections To Stipulation And Settlement Agreement."

3  Also on June 11, 2007, West filed a reply memorandum to the May 17 Objections.

4      On June 15, 2007, Kaplan filed (1) "Notice of Filing of Declaration of Lee

5  S. Taylor in Support of Motion for Final Approval of Settlement, Regarding

6  Kaplan's Compliance with the Requirements of the Class Action Fairness Act;"

7  and (2) Declaration of Lee S. Taylor, and subsequently filed (1) "Notice of Filing

8  of Revised Declaration of Lee S. Taylor in Support of Motion for Final Approval

9  of Settlement, Regarding Kaplan's Compliance with the Requirements of the Class

10  Action Fairness Act;" (2) "Revised Declaration of Lee S. Taylor; Notice of Filing

11  Under Seal;" and (3) "Declaration of Lee S. Taylor Authenticating and Attaching

12  Documents."

13      On June 18, 2007, West filed the "Declaration of James P. Tallon Regarding

14  the Class Action Fairness Act."

15      Pursuant to this Court's Order, on June 26, 2007, Class Counsel filed: (1)

16  "Settling Plaintiffs' Supplemental Briefing In Support of Motion for Final

17  Approval Re: 30% Distribution Limit to Authorized Claimants and *Cy Pres* Fund

18  for Remainder;" and (2) "Declaration of Sidney K. Kanazawa." Also, on that date,

19  Defendants filed: (1) "Defendants' Supplemental Brief Regarding Approval of

20  Proposed Settlement, Addressing *Cy Pres* Provision of Proposed Settlement;" and

21  (2) the Declaration of Stuart N. Senator.

22      In addition, on June 26, 2007, several objectors, including James Juranek,

23  Audrey Juranek, Richard P. LeBlanc, III, David Harris, Kareem Kamal, Matthew

24  Kavanaugh, Simon Newfield, Jonathan Ricasa, Abigail Treanor and David

25  Zelinski, submitted additional briefing in further opposition to final approval of the

26  Settlement.

27

4670962 1

5

1   On July 5, 2007, Eliot G. Disner filed a "Summary of Evidence Regarding

2 Defendant West Publishing Co.'s Violation of Section 2 of the Sherman Act (15

3 U.S.C. § 2)" and a "Re-Notice of Appearance of Counsel."

4   At the Final Settlement Hearing Objectors were given an opportunity to state

5 their objections to the Settlement Agreement, the Settlement and the Plan of

6 Allocation.

7   Having read and fully considered the terms of the Settlement Agreement, the

8 Plan of Allocation, and all submissions (which may include submissions not

9 specifically described above), written and oral, the Court finds the Settlement is

10 fair, reasonable and adequate:

11   **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**

12 **THAT**:

13   1.  **Objections to the Settlement** – The Objections to the Settlement are

14 overruled.

15   2.  **Incorporation of Definitions** – This Final Order and Judgment

16 Approving Settlement (the "Judgment") incorporates by reference the definitions

17 in the Settlement Agreement, and all defined terms used herein shall have the same

18 meanings as set forth in the Settlement Agreement.

19   3.  **Jurisdiction** – The Court has personal jurisdiction over all Class

20 Members (as defined below) and has subject matter jurisdiction over this Action,

21 including, without limitation, jurisdiction to (1) approve the Settlement Agreement

22 and the Plan of Allocation, (2) grant final certification of the Class, and (3) dismiss

23 the Action with prejudice.

24   4.  **Final Class Certification** – The Class this Court certified in the

25 Preliminary Approval Order under Fed. R. Civ. P. 23(b)(3) is hereby finally

26 certified and consists of all persons who purchased a bar review course from

27 BAR/BRI in the Untied States from August 1, 1997 through July 31, 2006,

1  exclusive of those individuals set forth in Exhibit A hereto who timely requested

2  exclusion pursuant to the Court's Order of August 14, 2006

3      5.    **Adequacy of Representation** – Plaintiffs and Class Counsel –

4  McGuireWoods LLP, Zwerling, Schachter & Zwerling, LLP and Finkelstein

5  Thompson LLP – have fully and adequately represented the Class and have

6  satisfied the requirements of Fed. R. Civ. P. 23(a)(4).

7      6.    **Notice** – The Court finds that the distribution of the Notice, the

8  publication of the Summary Notice, the distribution of the Claim Form, and the

9  notice methodology were materially implemented in accordance with the terms of

10  the Settlement Agreement and the Preliminary Approval Order. The Court further

11  finds that the Notice, Summary Notice and Claim Form were simply written and

12  readily understandable, and that the Notice, Summary Notice, Claim Form and

13  notice methodology: (i) constituted the best practicable notice, (ii) constituted

14  notice that was reasonably calculated, under the circumstances, to apprise Class

15  Members of the Settlement, their rights to object to the Settlement and to appear at

16  the Final Settlement Hearing, (iii) were reasonable and constituted due, adequate

17  and sufficient notice to all persons entitled to notice, and (v) met all applicable

18  requirements of the Federal Rules of Civil Procedure, the United States

19  Constitution (including the Due Process Clause), the Rules of the Court and any

20  other applicable law.

21      7.    **Final Settlement Approval** – The terms and provisions of the

22  Settlement Agreement have been entered into in good faith and are hereby fully

23  and finally approved as fair, reasonable and adequate as to, and in the best interest

24  of, each of the Settling Parties and the Class Members, and in full compliance with

25  all applicable requirements of the Federal Rules of Civil Procedure, the United

26  States Constitution (including the Due Process Clause), the Rules of the Court and

27  any other applicable law. With respect to the determination that the Settlement

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

Case 2 05-cv-03222 Mc    Document 429    Filed 09/1 2007    Page 8 of 24

1 | Agreement is fair reasonable and adequate, the Court specifically notes that the
2 | outcome of a trial on the merits was by no means certain, this Action involved
3 | highly complex factual and legal issues, the Settlement Agreement was reached
4 | with the participation of a highly-respected mediator and retired judge, and the
5 | monetary and non-monetary terms of the Settlement reflect substantial benefits.

6 |      8.    **Plan of Allocation** – The Court also hereby approves the Plan of
7 | Allocation as a fair and reasonable method to allocate the Net Settlement Fund
8 | among Class Members, and directs consummation of all its terms and provisions.

9 |      9.    **Dismissal of Action** – The Court dismisses on the merits and with
10 | prejudice the First Amended Complaint and the Released Claims as defined in the
11 | Settlement Agreement as to all Class Members. Only the Persons identified in
12 | Exhibit A hereto requested exclusion from the Class as of the deadline for opting
13 | out. These Persons so identified shall not share in the benefits of the Settlement
14 | The Court dismisses without prejudice the claims of such Persons who have
15 | properly and timely excluded themselves in full accordance with the procedures set
16 | forth in the Settlement Agreement.

17 |      10.   **Releases** – Upon the Effective Date of the Settlement, the
18 | Representative Plaintiffs and each Class Member shall be deemed to have, and by
19 | operation of this Final Order and Judgment shall, except as provided in paragraph
20 | 58 of the Agreement, (a) have released and forever discharged the released parties
21 | from all manner of claims, demands, actions, suits, causes of action, whether class,
22 | individual, or otherwise in nature, damages whenever incurred, liabilities of any
23 | nature whatsoever, including costs, expenses, penalties and attorneys' fees, known
24 | or unknown, suspected or unsuspected, in law or equity, that any member of the
25 | Class (including any of their past, present or future officers, directors, agents,
26 | employees, legal representatives, trustees, parents, associates, affiliates, licensees,
27 | subsidiaries, partners, heirs, executors, administrators, purchasers, predecessors,

1  | successors and assigns), whether or not he, she or it objects to the settlement and

2  | whether or not he, she or it makes a claim upon or participates in the Settlement

3  | Fund, whether directly, representatively, derivatively or in any other capacity, ever

4  | had, now has or hereafter can, shall or may have concerning or relating to any

5  | conduct alleged in the Complaint in this Action, and including without limitation

6  | all claims that have been asserted or could have been asserted in any litigation

7  | against the Released Parties or any of them for any conduct alleged in the

8  | Complaint and Amended Complaint in this Action; and (b) in addition, upon the

9  | Effective Date of the Settlement, the Representative Plaintiffs and each Class

10 | Member shall be deemed to have, and by operation of this Final Order and

11 | Judgment shall have waived and released any and all provisions, rights and

12 | benefits conferred by § 1542 of the California Civil Code, which states:

13 | **Section 1542. Certain Claims not Affected by General Release. A**

14 | **general release does not extend to claims which the creditor does**

15 | **not know or suspect to exist in his favor at the time of executing**

16 | **the release, which if known by him must have materially affected**

17 | **his settlement with the debtor;**

18 | or by any law of any state or territory of the United States, or principle of common

19 | law, which is similar, comparable or equivalent to § 1542 of the California Civil

20 | Code. The Court has considered that each member of the Class may hereafter

21 | discover facts other than or different from those which he, she or it knows or

22 | believes to be true with respect to the claims which are the subject matter of

23 | Paragraph 56 of the Agreement, but each member of the Class by operation of this

24 | Final Order and Judgment has waived and fully, finally and forever settled and

25 | released any known or unknown, suspected or unsuspected, contingent or non-

26 | contingent claim with respect to the subject matter of Paragraph 56 of the

27 |

4670962 1

9

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

1 | Agreement, whether or not concealed or hidden, without regard to the subsequent

2 | discovery or existence of such different or additional facts.

3 |      11.   **Permanent Injunction** – All members of the Class who did not duly

4 | request exclusion from the Class in the time and manner provided in the Class

5 | Action Notice (which includes all members of the Class who are not listed on

6 | Exhibit A hereto) are permanently enjoined, and restrained from commencing or

7 | prosecuting any action, suit, proceeding, claim, or cause of action in any

8 | jurisdiction or court against Defendants or any of the other entities or persons who

9 | are to be discharged as noticed above in Paragraph 10, based upon, relating to, or

10 | arising out of, any of the matters which are discharged and released pursuant to

11 | paragraph 10 thereof, except as provided in paragraph 58 of the Settlement

12 | Agreement.

13 |      12.   **Retention of Jurisdiction** – The Court has jurisdiction to enter this

14 | Judgment. Without in any way affecting the finality of this Judgment, this Court

15 | expressly retains exclusive and continuing jurisdiction as to all matters relating to

16 | the administration, consummation, enforcement and interpretation of the

17 | Settlement Agreement, and of this Judgment, and for any other necessary purposes,

18 | including, without limitation:

19 |      (i)   enforcing the terms and conditions of the Settlement

20 | Agreement and resolving any disputes, claims or causes of action that, in whole or

21 | in part, are related to or arise out of the Settlement Agreement, or the Judgment

22 | including, without limitation, whether a Person is or is not a Class Member; and

23 |      (ii)   entering such additional orders as may be necessary or

24 | appropriate to project or effectuate the Judgment approving the Settlement

25 | Agreement, dismissing all claims with prejudice, and permanently enjoining Class

26 | Members from imitating or pursuing related proceedings, or to ensure the fair and

27 | overly administration of this Settlement.

1    13.    **Dismissal of Action** – This Action, including all individual claims

2    and Class claims resolved by it, are hereby dismissed with prejudice against

3    Defendants and all Class Members, without fees or cost except as otherwise

4    provided by this Court.

5    14.    **Non-Effect on Judgment** – Neither any modification or appellate

6    reversal of the Plan of Allocation, the Fee Award or Incentive Awards, nor any

7    orders entered by this Court thereon, shall in any way disturb nor affect the finality

8    of the Settlement, and all such matters shall be considered separate from this

9    Judgment

10    15.    **Effective Date** – If: (i) the Effective Date does not occur for any

11    reason whatsoever; or (ii) the Settlement Agreement becomes null and void

12    pursuant to the terms of the Settlement Agreement, this Judgment shall be deemed

13    vacated and shall have no force or effect whatsoever.

14    16.    **No Admissions** – Nothing in this Judgment, the Settlement

15    Agreement or any aspect of the Settlement is or shall be deemed or construed to be

16    an admission, concession or evidence of any violation of any statute or law or any

17    liability or wrongdoing by any Defendant or Released Party or of the truth of any

18    of the factual or legal claims or allegations relating to the subject matter of the

19    Released Claims.

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

1    The Clerk is directed to enter this Final Order and Judgment forthwith as the

2    final judgment of the Court.

3

4    Dated: **Sep 10**, 2007

5                                                    Honorable Manuel L. Real
                                                     United States District Court Judge
6

7    Submitted by:

8

9    Sidney K. Kanazawa (SBN 84608)
     **McGUIREWOODS LLP**
10   Email: skanazawa@mcguirewoods.com
     1800 Century Park East, 8th Floor
11   Los Angeles, California 90067
     Telephone: (310) 315-8200
12   Facsimile: (310) 315-8210

13   Dan Drachler, (*Pro Hac Vice*)
     **Zwerling, Schachter & Zwerling, LLP**
14   1904 Third Avenue, Suite 1030
     Seattle, WA 98101
15   Telephone: (206) 223-2053
     Facsimile: (206) 343-9631
16

17   Christine Bartholomew (SBN 211425)
     **Finkelstein Thompson LLP**
18   601 Montgomery Street, Suite 665
     San Francisco, CA 94111
19   Telephone: (415) 398-8700
     Facsimile: (415) 398-8704

20

21   Class Counsel

22

23

24

25

26

27

4670962 1                                    12

[PROPOSED] FINAL ORDER AND JUDGMENT - CV 05-3222 R(MCx)

SCANNED
SCANNED

## OPT OUT MEMBER LIST

Adams, Christi R.
Orlando, FL

Adams, Kara Kinson
West Boxford, MA

Ahmad, Fatima
Montreal, Quebec, Canada

Albano, Molly E.
Southington, CT

Alexakis, Georgia
San Francisco, CA

Anderson, Dominic J.
Richland Center, WI

Andrews, Scott R.
Dublin, OH

Armesto, Castor
St Louis, MO

Ashe, Reagan
North Myrtle Beach, SC

Ast, Robyn
Chicago, IL

Avery, Robert Dean
Chicago, IL

Babbitt, Lindsay
Minneapolis, MN

Bacci, Bella Ee Ling
Napa, CA

Baek, Ji-Yun
Arlington, VA

Barrila, Gaetano
Maple, Ontario, Canada

Batsedis, Olga
Dix Hills, NY

Bauer, Kristen A.
Mtn view, CA

Beck, Kimberly
Loveland, OH

Beretta, Jonathan, JD
Avondale, AZ

Bertin, Allen P.
Houston, TX

Birchfield, Jennifer
Rockford, IL

Blanchette, Jean-Pierre
New York, NY

Boesch, Victoria
Pasadena, CA

Bowen, Jeff J.
Los Angeles, CA

Boykin, Namosha
Washington, D.C.

Bracewell, Joseph S.
Washington, DC



Brady, Rebecca A
Cheektowaga, NY

Bragassam, Jossy
Singapore

Branton, Vincent A.
West Richland, WA

Brown, Necole M.
Lake Charles, LA

Brownstone, Rebecca B.
Calabasas, CA 91303

Buckner, Lauren
St. Louis, MO

Burgasser, Jessica J
Buffalo, NY

Burgos, Diana
Tampa, FL

Caldwell, Dan
Ormond Beach, FL

Caldwell, Peter
Lake City, FL

Caluon, Colleen A.
Johnston, RI

Campbell, David L.
Troy, MI

Capuzzi, Cristiano
Old Bridge, NJ

Carter, Daragh JM
Houston, TX

Carville, Todd C.
Utica, NY

Causland, Tara
Kirkland, WA

Chan, Flora L.
Winston-Salem, NC

Chareas, Stephen
Arl. Heights, IL

Chelico, Nabil Elias
Los Angeles, CA

Chen, Yi-Wen
Philadelphia, PA

Cherry, Daphne M.
Houston, TX

Cho, Hay-Mie
Tucson, AZ

Cho, Jayne P
New York, NY

Choong, Pek Yoke
Singapore

Choudhry, Erum A.
San Jose, CA

Chung Jenny
Oakland, CA

Clarkson, Brooke
Kensington, MD

Clements, Adrienne M.
Fort Worth, TX

Chett, Gabe T.
Metter, GA

Collazos, Adriana
New York, NY

Collins, Charece
Carlisle, PA

Conahan, Sean M.
Tampa, FL

Cook, Dean
Plano, TX

Cook, Jessica
San Clemente, CA

Coppola, Maddalena
West Hempstead, NY

Cox, Genevieve A.
San Francisco, CA

Cristaudo, Alexander L.
Monroeville, NJ

Culmer, Gabrielle
New York, NY

Daley, Paul F.
Melbourne, FL

Daniels, Yvette
St Petersburg, FL

Danquah, Angela
Greenford, Middlesex,
London

Darnell, Leslie S.
Jacksonville, FL

Dayton, Richard C.
San Jose, CA

deRoss, Carolyn
Friday Harbor, WA

Deshotel, Ashley Arinder
Baton Rouge, LA

Dhillon, Amar
Modesto, CA

Dickson, Amy L.
Castleton, NY

Dieteman, David F.
Eric, PA

Douglas R. Hoffman
Mt. Vernon, IL

Dreher, Salaam G
Apopka, FL

Duffee, Eric D.
Columbus, OH

Dumas, Laura F.
Danville, CA

Duvall, Kathryn L.
Charlottesville, VA

Eck, Gretchen A.M.
Springfield, IL

Eck, Jonathan
Lebanon, NH

Eckart, Elyse
El Segundo, CA

Embry, Ronald G., Jr.
Houston, TX

Eskovitz, Sean
Los Angeles, CA

Estrada, E Martin
Santa Monica, CA

Fairweather, John Zachary
Birmingham, AL

Goddard, Jane M
Orlando, FL

Goes, Ian
Toronto, Ontario

Gordon, Sarah L.
Pittsburgh, PA 15206

Grossman, Matthew A
Knoxville, Tennessee

Gunn, Kristy
Memphis, TN

Gutierrez, Joshua
Newton, MA

Hagen, Joyce
Oakland Park, FL

Hammond, Erin H.
Tacoma, WA

Hammond, Zachary
Spring, TX

Haytas, Joseph R.
Upland, CA

Hebert, Leon F., Jr.
Springfield, MA

Heine, Dorsey E
Los Angeles, CA

Hercules, Jesse
Oxford, MS

Hill, Mark
Tallahassee, FL

Hillcren, Christine C.
Mandeville, Louisiana

Hopkins, Crystal
Ypsilanti, MI

Howell, Byron Boylin
Tampa, FL

Hunt, Melissa A.
Chicago, IL

Hurta, Shelly Z
Naperville, IL

Inagawa, Kenichi
Yokohama Kanagawa, Japan

Innet, Leanne M
Ocean Ridge, FL

Jamsa, Siobhan
Minneapolis, MN

Jenkins, Lyn
Orlando, FL

Jervis, Amy Tufts
Melvin, KY

Jones, Allison Medlock
Birmingham, AL

Jordan, Patrick T.
Seattle, WA

Joshi, Neeraj
Montville, NJ

Jumper, Johanna L
Nashville, TN

Kapeller-Wisniewski, Heather S
Lansing, MI

Karstaedt, Louise
New York, NY

4433793 1

| | |
|---|---|
| Katsivela, Maria E<br>Nassau, Bahamas | Laginess, Courtney A<br>Cincinnati, OH |
| Katze, Samantha<br>New York, NY | LaGrandeur, Thomas<br>Palo Alto, CA |
| Kazakova, Joanna<br>E. Rutherford, NJ | Lamanna, Kelly R<br>Pittsburgh, PA |
| Kelly, Matthew<br>Walnut Creek, CA | Lammers, Steven<br>Valparaiso, IN |
| Kelly, Meghan<br>St. Louis, MO | Lang Susman, Alexandra<br>Los Angeles, CA |
| Kessler, Daniel<br>Munich, Germany | Lategano, Rosemary<br>Albany, NY |
| Kidron, Leeora<br>New York, NY | Latkina, Dinara<br>Chicago, IL |
| Kim, Hyung Sup<br>Lincoln, NE | Lauro, Daniel R.<br>Grottoes, VA |
| King, Bernard F., III<br>San Diego, CA | Lawrence, J. Raza<br>Los Angeles, CA |
| King, Robert<br>Gainesville, FL | Leach, Brooke<br>Philadelphia, PA |
| Konoor, Sapna<br>Millville, NJ | Leight, Adrienne S<br>San Francisco, CA |
| Ku, Katherine<br>Los Angeles, CA | Levin, Daniel B.<br>Los Angeles, CA |
| Kuhl, Brooke Castle<br>no address available | Liederman, Peter H<br>Berkeley, CA |
| La Muro, Anthony M. Jr<br>Hempstead, NY | Litke, Carol<br>Oceanside, NY |
| Lageson, Anne E.<br>St. Louis, MO | Lobb, George C<br>Fairfield, CA |

4433793 1

Longo, Anthony
Chicago, IL

Looby, David J.
Oklahoma City, OK

Lopez, Alejandra L.
Miami, FL

Lynch, Rebecca Gose
Oakland, CA

Macksood, Jennifer Ann
Carlsbad, CA

Magee, Michael
Athens, GA

Manfredo, Robert F.
Albany, NY

Mann, James
New York, NY

Marciniak, Erin
Springfield, VA

Markwood, Sarah
University City, MO

Marsch, Tiffany L.
Chicago, IL

Marzock, Kirk R
Lancaster, PA

Matarazzo, Leopoldo
Fair Lawn, NJ

Mattson, Clay
Buffalo, NY

Mazzotta, Francesco G.
Bethel Park, PA

McCord, Nicole
Cleveland, TN

McEwen, Warran
Orlando, FL

Medina, Erika
Philadelphia, PA

Melzer, Margaret A.
Palatka, FL

Menachemi, Efrat
New York, NY

Menahem, Caren Jennifer
Great Neck, NY

Mennillo, Seth Daniel
Brookline, MA

Merken, Stacie
Los Angeles, CA

Messinger, Jonathan D
Danversport, MA

Mezoff, Sheri
Brookline, MA

Miller, Shont E.
Pasadena, CA

Mills, Gregory A.
Bloomington, IN

Minnix, A. L
Columbus, OH

Montgomery, Jennifer
Baton Rouge, WA

Moore, Michelle
Arlington, MA

4433793 1

Morelli, Gaia
Rome, Italy

Morgan, Cynthia
San Diego, CA

Morra, Robert A.
Forest Hills, NY

Morrissey, John R.
Toronto, Ontario, Canada

Mosby, Brian L
Indianapolis, IN

Moulton, Jason R
Crestview, FL

Mourad, Adriana
Washington, DC

Mueller, Andra
Saint Paul MN

Murphy, Ryan P.
Hollister, CA

Neal, Zachary L.
Washington, D.C.

Newby, John L., II
Washington, D.C.

Newell, Ryan Patrick
Wilmington, DE

Ng, Stephanie
Walnut Creek, CA

Nguyen, Vinh
Findlay, OH

Oberholzer, Lori
Columbus, OH

O'Dowd, Sean
New Paltz, NY

Oliveira, Leonor
Burbank, CA

Oxford, James R. Jr.
Cedartown, Georgia

Pages Stone, Natalie
Los Angeles, CA

Palmer, Blake
Wall, NJ

Palmer, Margaret Anne
Rector, PA

Patel, Ulka
Baltimore, MD

Paul, Michael
San Antonio, TX

Penn-Loya, Alexis
Santa Ana, CA

Pham, Pearl
Malvern, PA

Ploetz, Nicola
Mobile, AL

Pogoriler, Leah
Washington, DC

Polansky, Seth C.
Silver Spring, MD

Powell, Daniel J.
San Francisco, CA

Prado, Gabriela
Miami, FL

4433793 1

Proxmire, Mick L.
Columbus, OH

Raetz, James T.
Los Angeles, CA

Reboucas, Rui Tabakov
Sao Paulo, SP Brazil

Reddivari, Krishna
Dallas, TX

Regina, Richard
Baldwin, NY

Reisman, Sean Peter
New York, NY

Rengito, Stephanie
Bethpage, NY

Rhee, Patricia
Castle Rock, CO

Richter, Zachary C
Arlington, VA

Roach, Matthew T.
Jacksonville, FL

Robinson, James J.
Los Angeles, CA

Rogers, James
Sag Harbor, NY

Romaszewski, Sandra A.
Lansing, MI

Rusconi, Mikaela
Miami, FL

Russell, Freya, K.
Los Angeles, CA

Rutten, James C.
San Bernardino, CA

Sacrison, Katherine
Port Orchard, WA 98366

Sagi, Chava Eve
Woodland Hills, CA

Sagnard, Candice
Minneapolis, MN

Samuelson, Marc B.
Somers Point, NJ

Sanchez, Gabriel
Los Angeles, CA

Sanfilippo, Robert
Wayne, NJ

Sawyer, Joel W.
Mount Airy, NC

Scattergood, Carrie L.
Burlington, NJ

Schacherer, P M., J D.
Forest, Virginia

Schaeffer, Stephen
Washington, DC

Schuknecht, Amber
Pittsburgh, PA

Schwartz, Jason Brett
Cherry Hill, NJ

Scott, Ann Marie
Los Angeles, CA

Sealy, Karen A
Ellicott City, MD

4433793 1

Seward, Michael
Benton, Pennsylvania

Shapiro, David M.
Honolulu, HI

Shekhtman, Lyudmila
S San Francisco, CA

Sheridan, Patrice
Boston, MA

Shore, Blake
Jacksonville, FL

Silverman, Charles
Chicago, IL

Simmonds, Karen H.
Seattle, WA

Simmons, Leslie Vaughan
Cartersville, Georgia

Simpson, Alistair G.
Toronto, Ontario Canada

Skeens, A. Skeens
Fort Wayne, IN

Sloan, Charissa
Waco, TX

Smith, Penelope
New York, NY

Smith, Travis M.
Houston, TX

Spaide, Heather
New Canaan, CT

Sperath, Jessica T.
Indianapolis, IN

Spigarelli, Rowena C
Whitehouse Station, NJ

Spyridakis, Vasilios S.
Sacramento, CA

St. John, Richard
Los Angeles, CA

Standish, Craig A.
Dover, NH

Stefek, Alicia
Owego, IL

Stout, Katherine E.
New Martinsville, WV

Stump, Monica A.
Alexandria, VA

Stump, Nathan D
Alexandria, VA

Subasic, Alma
Brooklyn NY

Sukkar, Suzanne K.
Ypsilanti, MI

Sullivan, James
Fargo, ND

Sullivan, Marbree D.
Somerville, MA

Szudajski, Matthew T
Carson City, NV

Taira, Wakana
Chofu-shi Tokyo, Japan

Takah, Jarrod T.
Burgettstown, PA

4433793.1

Tapia, Antonio G
Orlando, FL

Tarasco, Monica D.
Pepper Pike, OH

Taylor, Lee S
Los Angeles, CA

Tellalian, Bryan
Clovis, CA

Thabet, Mark
Chester, NY

Thompson, Scott A
New York, NY

Thomson, Marchelle
Drexel Hill, PA

Torres, Stephanie W.
Buffalo, NY

Trunkey, Alan
Bainbridge Island, WA

Tsurui, Toshitaka
Edogawa-ku, Tokyo, Japan

Uchihara, Kiyoshi
Chiyoda-ku, Tokyo, Japan

Unno, Mitsuo
Brea, CA

Vaccaro, Michael
Avon Lake, OH

Van Deven, Nicholas P.
St Louis, Missouri

Vanderhoofven, Nathan D.
Jacksonville, FL

Varner, Christina A.
San Francisco, CA

Venero, Jose Antonio
San Antonio, TX

Vogel, John-Paul
San Antonio, TX

Wada, Megan
San Francisco, CA

Wang, Annie
Glendale, CA

Wang, Shanyah Albert
Troy, MI

Warmuth, Glenn P.
Farmingville, NY

Warren, Tracy A
San Diego, CA

Watkins, Anthony L , Jr.
Birmingham, AL

Weg, Nadav
New York, NY

Weinstein, Reid M.
Baltimore, MD

Weiss, Sharon
Woodmere, NY

Weltin, Florence K
St. Louis, MO

White, Catherine
London

Whitehead, Kristen
Forth Worth, TX

4433793 1

Whiting, Joseph M
Larchmont, NY

Zorn, Heather M.
Atlanta, GA

Whitley, Joel
Los Angeles, CA

Rauls, Claire Serrano
Saint Paul, MN

Wilkovich, Andrea
Fort Lee, NJ

Hwang, Irene
Fort Lee, NJ

Williams, Beth L.
Portola Valley, CA

Tavassoli, Alan
Phoenix, AZ

Wilner, Jared
New York, NY

Band, Marissa L.
Cherry Hill, NJ

Winters, Gary M.
Houston, TX

Landis, Jennifer M
Fort Lauderdale, FL

Wiseberg, Nicol
Port St. Lucie, FL

Woo, In-Yu
New York, NY

Wiseberg, Phil
Palm Beach Garden, FL

Williams, Erika N.
Baton Rouge, LA

Woodard, Bethany
Los Angeles, CA

Parker, Warren B
Birmingham, AL

Yoshida, Kaori
Rego Park, NY

Rachko, Larissa
Woodbury, NJ

Young, Blanca
Berkeley, CA

Stramiello, Linda Stephens
Madison, CT

Young, Melodie
Forest Hills, NY

Noushkam, Donna B.
Cerritos, CA

Yurtkuran, Shaun E
Jackson, MS

Graham, Emily
Miami, FL

Zayas, Idalisse
Kissimmee, FL

Kim, James W.
Chicago, IL

Zigman, Abigail
Staten island, NY

Sarna, Alejandro L.
Washington DC

4433793 1



1

2

3

4

5

6

7

ORIGINAL — LODGED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11  RYAN RODRIGUEZ, REENA B.
FRAILICH, LOREDANA NESCI,
12  JENNFIER BRAZIL, and LISA GINTZ,
on behalf of themselves and all others
13  similarly situated,

14

15          Plaintiffs,

16      vs.

17  WEST PUBLISHING CORPORATION,
a Minnesota Corporation d/b/a
18  BAR/BRI, and KAPLAN, Inc., a
19  Delaware Corporation,

20          Defendants

21

   AND CONSOLIDATED ACTION

22

**CASE NO. CV-05-3222 R(MCx)**

~~[PROPOSED]~~ ORDER GRANTING
CLASS COUNSEL ATTORNEYS'
FEES AND REIMBURSEMENT OF
EXPENSES

23      The Court has granted final approval of the Settlement Agreement[1] in the

24  Action (the "Final Approval Judgment"). Class Counsel filed their Motion for

25  _____

26      [1]      Unless otherwise stated herein, all capitalized terms shall have the
same meanings as set forth in the Stipulation and Settlement Agreement dated
27  February 2, 2007.

1  Award of Attorneys' Fees and Reimbursement of Expenses (the "Motion") on May

2  7, 2007, in accordance with the Order Granting Preliminary Approval of Class

3  Action Settlement and Directing Dissemination of Notice to Class dated March 26,

4  2007.

5      In support of the Motion, Class Counsel filed: (1) Declaration of Sidney K.

6  Kanazawa (to which is attached the Declarations of Christine Pedigo Bartholomew

7  and Dan Drachler); and (2) Memorandum and Points and Authorities in Support of

8  Motion for Attorneys' Fees.

9      The following objections to the Motion were filed:

10

| | DATE FILED | CLASS MEMBER |
|---|---|---|
| 1. | May 21, 2007 | David Oriol |
| 2. | May 21, 2007 | Jason Tingle<br>Oliver Gutierrez |
| 3. | May 21, 2007 | David Feldman<br>Cameron Gharabiklou<br>Emily Grant<br>Jeff Lang<br>Sarah McDonald<br>Cara Patton<br>Rachel Schwartz<br>Greg Thomas |
| 4. | May 21, 2007 | Joseph J. Angersola |
| 5 | May 21, 2007 | Anthony Valach |
| 6. | May 21, 2007 | Robert Gaudet, Jr.<br>Sandeep Gopalan<br>Elizabeth De Long<br>Andrea Boggio |
| 7. | May 21, 2007 | Justin Head<br>Ryan Helfrich |

27

| | DATE FILED | CLASS MEMBER |
|---|---|---|
| 8. | May 21, 2007 | George Schneider<br>Jonathan Slomba<br>James Puntumapanitch |
| 9. | May 21, 2007 | James Juranek<br>Audrey Juranek<br>Le Blanc, Richard P., III. |
| 10. | May 12, 2007 | Arcelia Trevino |
| 11. | May 21, 2007 | Aaron Lukoff<br>John Prendergast<br>David Orange |
| 12. | May 22, 2007 | Daryl Chilimidos |
| 13. | May 22, 2007 | Andrew Gilman<br>Stephen M. Vasil |
| 14. | May 23, 2007 | Pamela Collins |
| 15. | June 12, 2007 | Stephen Lindholm |

On June 11, 2007, Class Counsel filed a Reply Memorandum in Support of the Motion and the Declaration of Sidney K. Kanazawa in further support of the Motion.

The Motion was heard by the Court on June 18, 2007 and July 9, 2007. The Court has considered all papers submitted and oral argument presented in support of the Motion. The Court has also considered all papers submitted by Class Members objecting to the Motion, and accompanying oral argument.

In awarding attorneys' fees, the Court has the discretion to use either the percentage method or the lodestar/multiplier method in common fund cases such as this one. *See In re Washington Public Power Supply System Securities Litig ("WPPSS")*, 19 F.3d 1291, 1295 (9th Cir. 1994). The Court is guided by the fundamental principle that fee awards out of common funds be "reasonable under

1   the circumstances." *Id* at 1296. The Court will utilize the lodestar/multiplier

2   approach in this case.

3           Under the lodestar/multiplier approach, the lodestar is first calculated by

4   multiplying the reasonable hours expended by a reasonable hourly rate. *See*

5   *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546,

6   565 (1986). The Court may then enhance the lodestar by a "multiplier," if

7   necessary, to arrive at a reasonable fee under the circumstances. *See Paul,*

8   *Johnson, Alston & Hunt v. Graulty*, 886 F.2d 268, 272 (9th Cir. 1989). The Court

9   may enhance a lodestar in common fund cases based on, among other things, risk;

10  the novelty and difficulty of the questions involved; the amount involved and the

11  results obtained; the experience, reputation, and ability of the attorneys; and

12  awards in similar cases. *See WPPSS,* 19 F.3d at 1299; *Vizcaino v. Microsoft Corp.,*

13  142 F. Supp. 2d 1299, 1306, (W.D. Wash. 2001).

14          Class Counsel faced a substantial amount of risk in the prosecution of this

15  action. Unlike other antitrust cases, Class Counsel here did not benefit from the

16  fruits of any underlying government actions. There were no controlling precedents

17  regarding Plaintiffs' claims, especially with regard to the Section 7 claim under the

18  Clayton Act. Class Counsel's risk was even greater, and their work more difficult,

19  because Defendants are resourceful and formidable, and were represented by

20  skilled counsel.

21          Further, as detailed in Class Counsel's submission in connection with the

22  Motion, Class Counsel faced a number of hurdles in proving both damages and

23  liability at trial. Class Counsel also faced a number of risks, including: the risk that

24  the Class would be decertified during trial or certification reversed on appeal; the

25  risk of proving conspiracy; and the risk of proving damages, among other things.

26  Also, Defendants raised numerous defenses that, if successful, would have

27  foreclosed or, at a minimum, diminished any recovery. Despite these obstacles,

4667130 1

4

1   Class Counsel obtained $49 million in cash for the benefit of the Class and non-

2   monetary relief designed to promote competition in the bar review market.

3        The Court has reviewed all of the documentation submitted by Class

4   Counsel in support of the Motion, including the detailed declarations of Sidney K.

5   Kanazawa, Dan Drachler, and Christine P. Bartholomew.  The Court has also

6   reviewed Class Counsel's firm résumés and the prevailing market rates.  The Court

7   finds that Class Counsel's hourly rates are reasonable.

8        The Court recognizes that Class Counsel's lodestar has increased since the

9   filing of the Motion due to the work they performed in connection with the

10  Settlement, including responding to objectors' arguments and preparing for and

11  appearing at the Final Settlement Hearing.  Class Counsel have advised the Court

12  that they have and will continue to respond to Class Member inquiries,

13  communicate with and monitor the Claims Administrator, and otherwise monitor

14  the Settlement administrative process.  Should any objectors file an appeal from

15  the Final Approval Judgment, Class Counsel will have to perform additional work

16  to ensure that the appeal is dismissed or the Final Approval Judgment is affirmed

17  in all respects.

18      **IT IS THEREFORE ORDERED THAT:**

19       Good cause appearing therefor, the Court hereby awards Class Counsel: (1)

20  their lodestar on the Effective Date (as defined in the Settlement Agreement),

21  enhanced by a multiplier of 1.75, but not to exceed twenty-five percent of the

22  Gross Settlement Fund on the Effective Date; and (2) reimbursement of their

23  expenses as of the Effective Date.  This award shall be paid from the Gross

24  Settlement Fund in accordance with the terms of the Settlement and pursuant to an

25  order of the Court.

26  ///

27  ///

IT IS SO ORDERED

DATE _____ Sept. 10, 2007

_____
U.S. DISTRICT COURT JUDGE

4667130 1

[PROPOSED] ORDER GRANTING CLASS COUNSEL'S ATTORNEYS' FEES
CASE NO CV 05-3222-R(MCx)

5



1    IT IS SO ORDERED.

2

3

4    DATED: _____

5                                    HONORABLE MANUEL L. REAL
                                     UNITED STATES DISTRICT COURT JUDGE

6    Submitted by:

7

8    Sidney K. Kanazawa (SBN 84608)

9    **McGUIREWOODS LLP**

10   Email: skanazawa@mcguirewoods.com
     1800 Century Park East, 8th Floor

11   Los Angeles, California 90067
     Telephone:  (310) 315-8200

12   Facsimile:  (310) 315-8210

13

14   Dan Drachler (*Pro Hac Vice*)
     **Zwerling, Schachter & Zwerling, LLP**

15   1904 Third Avenue, Suite 1030
     Seattle, WA 98101

16   Telephone:  (206) 223-2053
     Facsimile:  (206) 343-9631

17

18
     Christine Bartholomew (SBN 211425)

19   **Finkelstein Thompson LLP**

20   601 Montgomery Street, Suite 665
     San Francisco, CA  94111

21   Telephone:  (415) 398-8700
     Facsimile:  (415) 398-8704

22

23   Class Counsel

24

25

26

27

46671301                          6

1   DATED this 24th day of October, 2007.

2
                            Respectfully submitted,
3

4

5
                            DANIEL SCOTT BROWN, Bar No. 158025
6                           Law Offices of Daniel Brown
                            131 Lawnview Circle
7                           Danville CA 94526-5107
                            Phone:       (925) 548-4620
8                           Facsimile:   (352) 338-1858

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            -2-
                   NOTICE OF APPEAL

# PROOF OF SERVICE

I, Daniel Scott Brown, declare:

My address is 131 Lawnview Circle, CA 94526-5107. I am employed in the County of Contra Costa, California, where this mailing occurs. I am over the age of 18 years and not a party to the within cause.

On October 24, 2007, I served the following document(s):

**NOTICE OF APPEAL**

☒    By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| Class Counsel | Defendant's counsel: |
|---|---|
| Eliot G. Disner, Esq. | Steven F. Molo, Esq. |
| McGuireWoods LLP | James P. Tallon, Esq. |
| 1800 Century Park East, 8th Floor | Shearman & Sterling LLP |
| Los Angeles, CA 90067 | 599 Lexington Avenue |
|  | New York, NY 10022 |
|  |  |
|  | Bradley S. Phillips, Esq. |
|  | Stuart N. Senator, Esq. |
|  | Munger, Tolles & Olson LLP |
|  | 355 South Grand Avenue |
|  | Los Angeles, CA 90071 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 24, 2007, at Danville, California

_Daniel Scott Brown_
Daniel Scott Brown

-3-

Charles A. Sturm; Sidney K. Kanazawa, Eliot G. Disner, Dan Dracher, Christine Bartholomew, Bradley S. Phillips, Steven F. Molo, Edward A. Klein, Ryan Rodriguez, Lisa Gintz, Loredana Nesci, Robert c. Chojnacki, John W. Davis, Steven F. Helfand, Joseph J. Angersola, Anthony Valach, Joan Elizabeth Shreffler, Robert Gaudet, Jr., Sandeep Gopalan, Elizabeth De Long, Andrea Boggio, J. Garrett Kendrick, Carmine Giardino, Douglas N. Silverstein, Joshua R. Furman, Jon M. Zimmerman, Lawrence W. Schonbrun, Robert L. Arelo, Darrell Palmer, David P. Schafer, Kenneth E. Nelson, Edward F. Siegel, Andrew H. Gilman, Stepen M. Vasil, Alan Harris, Pamela Collins Dunmore, Craig J. Walenta, Richard A. Bodner, L. Kendall Satterfield, Robert Schachter.