# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                    Date: **NOV. 5, 2007**

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc**
========================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

**William Horrell**                                    **Sheri Kleeger**
**Deputy Clerk**                                       **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   Sidney Kanazawa                              Stuart Senator
   John Davis                                   Heather Gilhooley
   C Benjamin Nutley

PROCEEDINGS:   Objectors Feldman et al's motion for award of attorney fees
               Objectors Evans & Mullinix et al's motion for attorney fees
               Objectors Schneider et al's motion for award of attorney's fees


**The Court DENIES each of the above-listed motions.**

**Plaintiff shall prepare a proposed order.**


                                                        <u>3 min</u>


**MINUTES FORM 90**                        **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**