ORIGINAL

(SCAN)

FILED
CLERK, U.S. DISTRICT COURT

NOV -8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>vs.<br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>    Defendants<br><br>AND CONSOLIDATED ACTION | CASE NO. CV-05-3222 R(MCx)<br><br>[PROPOSED] ORDER DENYING AWARD OF ATTORNEYS' FEES FILED BY OBJECTORS DAVID FELDMAN, CAMERON GHARABIKLOU, EMILY GRANT, JEFF LANG, SARAH McDONALD, CARA PATTON, RACHEL SCHWARTZ, GREG THOMAS |

On November 5, 2007, unnamed class members-Objectors David Feldman, Cameron Gharabiklou, Emily Grant, Jeff Lang, Sarah McDonald, Cara Patton, Rachel Schwartz, and Greg Thomas' Motion for Award of Attorneys' Fees came for hearing before this Court.

Having read and fully considered the motion, the declarations filed in support

---

[PROPOSED] ORDER DENYING AWARD OF ATTORNEYS' FEES
FILED BY OBJECTORS FELDMAN, ET. AL.

\4861208.1

1  thereof, and all oppositions and objections thereto, the Court finds that the motion
2  for award of attorneys' fees should not be granted.
3  **IT IS THEREFORE ORDERED THAT:**
4  The Motion for Award of Attorneys' Fees filed by unnamed class members-
5  Objectors David Feldman, Cameron Gharabiklou, Emily Grant, Jeff Lang, Sarah
6  McDonald, Cara Patton, Rachel Schwartz, and Greg Thomas is DENIED.

*[handwritten]: Counsel did not add anything to the court's order denying the named plaintiffs' claim.*

8  IT IS SO ORDERED.
10  Dated: **Nov. 8**, 2007         _____
                                     Honorable Manuel L. Real
11                                   United States District Court Judge

13  Submitted by:

15  _____
16  Sidney K. Kanazawa (SBN 84608)
    **McGUIREWOODS LLP**
    Email: skanazawa@mcguirewoods.com
17  1800 Century Park East, 8th Floor
    Los Angeles, California 90067
18  Telephone: (310) 315-8200
    Facsimile: (310) 315-8210

20  Dan Drachler, (*Pro Hac Vice*)
    **Zwerling, Schachter & Zwerling, LLP**
    1904 Third Avenue, Suite 1030
21  Seattle, WA 98101
    Telephone: (206) 223-2053
22  Facsimile: (206) 343-9631

23  Christine Bartholomew (SBN 211425)
    **Finkelstein Thompson LLP**
24  601 Montgomery Street, Suite 665
    San Francisco, CA 94111
25  Telephone: (415) 398-8700
    Facsimile: (415) 398-8704

27  Class Counsel

-2-

[PROPOSED] ORDER DENYING AWARD OF ATTORNEYS' FEES
FILED BY OBJECTORS FELDMAN, ET. AL.

\4861208.1