ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>vs.<br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>    Defendants | CASE NO. CV-05-3222 R(MCx)<br><br>[PROPOSED] ORDER DENYING MOTION FOR AWARD OF ATTORNEYS' FEES FILED BY SCHNEIDER/HEAD OBJECTORS |
| AND CONSOLIDATED ACTION | |

On November 5, 2007, objecting class members George Schneider, Jonathan M. Slomba, James Puntumapanitch, Justin Head, and Ryan Helfrichs' Motion for Award of Attorneys' Fees came for hearing before this Court.

Having read and fully considered the motion, the declarations filed in support thereof, and all oppositions and objections thereto, the Court finds that the motion

[PROPOSED] ORDER DENYING MOTION FOR AWARD OF
ATTORNEYS' FEES FILED BY OBJECTORS SCHNEIDER/HEAD OBJECTORS

\4861311.1

1 for award of attorneys' fees should not be granted.

2 **IT IS THEREFORE ORDERED THAT:**

3 The objecting class members George Schneider, Jonathan M. Slomba, James Puntumapanitch, Justin Head, and Ryan Helfrichs' Motion for Award of Attorneys' Fees is DENIED.

*[handwritten annotation: Counsel did not add anything to the courts denial of the named plaintiffs' claim.]*

7 IT IS SO ORDERED.

9 Dated: **Nov. 8**, 2007

_____
Honorable Manuel L. Real
United States District Court Judge

12 Submitted by:

_____
Sidney K. Kanazawa (SBN 84608)
**McGUIREWOODS LLP**
Email: skanazawa@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Dan Drachler, (*Pro Hac Vice*)
**Zwerling, Schachter & Zwerling, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9631

Christine Bartholomew (SBN 211425)
**Finkelstein Thompson LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Class Counsel

-2-
[PROPOSED] ORDER DENYING MOTION FOR AWARD OF
ATTORNEYS' FEES FILED BY OBJECTORS SCHNEIDER/HEAD OBJECTORS
\4861311.1