FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>    Defendants<br><br>AND CONSOLIDATED ACTION | CASE NO. CV-05-3222 R(MCx)<br><br>[PROPOSED] ORDER DENYING JOINT REQUEST FOR ATTORNEY FEES FOR COUNSEL FOR UNNAMED CLASS MEMBERS/OBJECTORS EVANS, SIEGEL, BROWN AND SCHAFER |

On November 5, 2007, unnamed class members-objectors Evans & Mullinx, P.A., Sarah Siegel, Jennifer Brown McElroy and Daniel Schafer's Joint Request for Attorney Fees for Counsel came for hearing before this Court.

Having read and fully considered the motion, the declarations filed in support thereof, and all oppositions and objections thereto, the Court finds that the joint

[PROPOSED] ORDER DENYING JOINT REQUEST FOR ATTORNEY FEES FOR COUNSEL FOR UNNAMED CLASS MEMBERS/OBJECTORS EVANS, ET. AL.

\4861349.1

request for attorney fees for counsel should not be granted.

**IT IS THEREFORE ORDERED THAT:**

The Joint Request for Attorney Fees for Counsel for Unnamed Class Members/Objectors Evans, Siegel, Brown and Schafer is DENIED. *Counsel did not add anything to the court's order denying the named plaintiff's claims.*

IT IS SO ORDERED.

Dated: **Nov. 8**, 2007

_____
Honorable Manuel L. Real
United States District Court Judge

Submitted by:

_[signature]_

Sidney K. Kanazawa (SBN 84608)
**McGUIREWOODS LLP**
Email: skanazawa@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Dan Drachler, (*Pro Hac Vice*)
**Zwerling, Schachter & Zwerling, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9631

Christine Bartholomew (SBN 211425)
**Finkelstein Thompson LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Class Counsel

-2-
[PROPOSED] ORDER DENYING JOINT REQUEST FOR ATTORNEY FEES FOR COUNSEL FOR UNNAMED CLASS MEMBERS/OBJECTORS EVANS, ET. AL.

\4861349.1