1 , Eliot G. Dinser, Esq. (SBN: 68832)    **ORIGINAL**    (SCAN)
   A Pofessional Corporation
2        edisner@disnerlaw.com
   DISNER LAW CORPORATION
3  2029 Century Park East, 19th Floor
   Los Angeles, CA 90067
4  Telephone: (310) 286-0600
   Facsimile: (310) 282-2585

5

   Attorneys for Brian Schall, Anand Daniell
6  and Nicholas Mermiges in Schall v. West Publishing
   Corporation, CV 07-5146 R
7
   Sidney K. Kanazawa, Esq. (SBN: 84608)
8  Tracy E. Moyer, Esq. (SBN: 243212)
         t.moyer@mcguirewoods.com
9  MCGUIRE WOODS LLP
   1800 Century Park East, 8th Floor
10 Los Angeles, CA 90067
   Telephone: (310) 315-8200
11 Facsimile: (310) 315-8210

12 Attorneys for Plaintiffs

13 [Additional Counsel Listed on Next Page]

   FILED
   CLERK, U.S. DISTRICT COURT
   NOV 19 2007
   CENTRAL DISTRICT OF CALIFORNIA
   BY                       DEPUTY

14               **UNITED STATES DISTRICT COURT**

15               **CENTRAL DISTRICT OF CALIFORNIA**

16

17 RYAN RODRIGUEZ, et al.,              )   Case No. CV 05-3222 R(Mcx)
                                        )
18              Plaintiffs,             )   **STIPULATION AND [~~PROPOSED~~]**
        vs.                             )   **ORDER REGARDING**
19                                      )   **CONTINUANCE OF HEARING**
   WEST PUBLISHING CORPORATION, et al., )   **DATE ON MOTION TO MODIFY**
20              Defendants.             )   **PROTECTIVE ORDER AND**
                                        )   **OBTAIN DOCUMENTS**
21 ─────────────────────────────────   )   **CURRENTLY IN THE**
                                        )   **POSSESSION OF**
22 AND CONSOLIDATED ACTIONS.            )   **MCGUIREWOODS LLP IN LOS**
                                        )   **ANGELES**
23

24

25

26

27

28

0031003/001/ 371302v01

1   Additional Counsel:

2   Edward A. Klein, Esq. (SBN: 145736)
    Heather H. Gilhooly, Esq. (SBN: 198911)
3        hgilhooly@linerlaw.com
    LINER YANKELEVITZ
4   SUNSHINE & REGENSTREIF LLP
    1100 Glendon Avenue, 14th Floor
5   Los Angeles, CA 90024-3503
    Telephone: (310) 500-3500
6   Facsimile: (310) 500-3501

7   James P. Tallon, Esq. (SBN: 154035)
       jtallon@shearman.com
8   SHEARMAN & STERLING LLP
    599 Lexington Avenue
9   New York, NY 10022-6069
    Telephone: (212) 848-4000
10   Facsimile: (212) 848-7179

11   Attorneys for Defendant West Publishing Corporation
    dba BAR/BRI
12

13   Bradley S. Phillips, Esq. (SBN: 85263)
    Stuart N. Senator, Esq. (SBN: 148009)
       stuart.senator@mto.com
14   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
15   Los Angeles, CA 90071-1560
    Telephone: (213) 683-9100
16   Facsimile: (213) 687-3702

17   Attorneys for Defendant Kaplan, Inc.

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, for the convenience of the Court and the parties, counsel have

2  agreed that the hearing on the Motion to Modify the Stipulation and Protective Order

3  and Obtain Documents from this Case in the Possession of McGuireWoods LLP in

4  Los Angeles (the "Motion"), filed in this case on behalf of Brian Schall, Anand

5  Daniell and Nicholas Mermiges, plaintiffs to the action <u>Schall v. West Publishing</u>

6  <u>Corporation</u>, CV 07-5146 R, shall be continued from December 3, 2007 **to**

7  **December 17, 2007**; and

8    WHEREAS, pursuant to Local Rule 7-11, the deadlines for filing and serving

9  opposition and reply papers shall run from the new hearing date of December 17,

10  2007;

11    IT IS HEREBY STIPULATED AND AGREED by and between the parties,

12  through their undersigned counsel of record, that the hearing on the Motion to

13  Modify the Stipulation and Protective Order and Obtain Documents from this Case

14  in the Possession of McGuireWoods LLP in Los Angeles, filed in this case on behalf

15  of Brian Schall, Anand Daniell and Nicholas Mermiges, plaintiffs to the case <u>Schall</u>

16  <u>v West Publishing Corporation</u>, CV 07-5146 R, shall be continued from December 3,

17  2007 to December 17, 2007.  The deadline for filing and service of any opposition to

18  the Motion shall be December 3, 2007.  The deadline for filing and service of any

19  reply in support of the Motion shall be December 10, 2007.

20    IT IS SO STIPULATED.

21  Dated:  November 15, 2006          DISNER LAW CORPORATION

22

23                        By: *Eliot G. Disner/HHS*

24                        Eliot G. Disner
                         Attorneys for movants Brian Schall,
25                        Anand Daniell and Nicholas
                         Mermiges, plaintiffs in <u>Schall v.</u>
26                        <u>West Publishing Corporation</u>, CV 07-
                         5146 R

27

28

3

0031003/001/ 371302v01

1   Dated:  November 15, 2006          MCGUIRE WOODS LLP

2

3                                      By: _Tracy E Moyer/HHg_

4                                          Tracy E. Moyer
                                           Attorneys for Plaintiffs
5

6   Dated:  November 15, 2006          SHEARMAN & STERLING LLP

7                                      LINER YANKELEVITZ SUNSHINE
                                       & REGENSTREIF LLP
8

9

10                                     By: _____

11                                         Heather H. Gilhooly
                                           Attorneys for Defendant West
12                                         Publishing Corporation dba BAR/BRI

13  Dated:  November 15, 2006          MUNGER TOLLES & OLSON LLP

14

15                                     By: _Stuart N. Senator/HHg_

16                                         Stuart N. Senator
                                           Attorneys for Defendant Kaplan, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

                                          4

## ORDER

There being good cause, as set forth in the foregoing Stipulation of the parties, IT IS HEREBY ORDERED THAT:

The hearing on the Motion to Modify the Stipulation and Protective Order and Obtain Documents from this Case in the Possession of McGuireWoods LLP in Los Angeles, filed on behalf of Brian Schall, Anand Daniell and Nicholas Mermiges, plaintiffs to the action <u>Schall v West Publishing Corporation</u>, CV 07-5146 R, shall be continued from December 3, 2007 to December 17, 2007, at 10 Am The deadline for filing and service of any opposition to the Motion shall be December 3, 2007. The deadline for filing and service of any reply in support of the Motion shall be December 10, 2007.

Dated: **Nov. 19, 2007**

_____
Hon. Manuel L. Real
United States District Court Judge

5

0031003/001/371302v01

1

## PROOF OF SERVICE

2

3        I am employed in the County of Los Angeles, State of California. I am over
the age of 18 and not a party to the within action. My business address is 1100
4   Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On November
15, 2007, I served the within document(s) described as:

5

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE
6   OF HEARING DATE ON MOTION TO MODIFY PROTECTIVE ORDER
AND OBTAIN DOCUMENTS CURRENTLY IN THE POSSESSION OF
7   MCGUIREWOODS LLP IN LOS ANGELES**

8   on the interested parties in this action as stated on the attached mailing list.

9   [X]   (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed
envelope addressed as set forth on the attached mailing list. I am readily
10        familiar with this firm's practice for collection and processing of
correspondence for mailing. Under that practice it would be deposited with
11        the U.S. Postal Service on that same day with postage thereon fully prepaid in
the ordinary course of business. I am aware that on motion of the party
12        served, service is presumed invalid if postal cancellation date or postage meter
date is more than one day after date of deposit for mailing contained in
13        affidavit.

14  [X]   (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the
e-mail addresses, when available and provided by such parties, set forth on the
15        attached mailing list.

16        I declare that I am employed in the offices of a member of the State Bar of this
Court at whose direction the service was made. I declare under penalty of perjury
17  under the laws of the United States of America that the foregoing is true and correct.

18        Executed on November 15, 2007, at Los Angeles, California.

19

        Henna Choi
20      _____          _____
        (Type or print name)              (Signature)

21

22

23

24

25

26

27

28

6

1

**SERVICE LIST**

2

Case No.: CV 05-3222 R(Mcx)

3    Sidney K. Kanazawa, Esq.                    Lead Class Counsel
     MCGUIRE WOODS LLP
4    1800 Century Park East, 8th Floor
     Los Angeles, CA 90067
5    skanazawa@mcguirewoods.com

6    Dan Drachler, Esq.                          Class Counsel
     ZWERLING, SCHACHTER &
7    ZWERLING LLP
     1904 Third Avenue, Suite 1030
8    Seattle, WA 98101
     ddrachler@zsz.com
9
     Christine P. Bartholomew, Esq.              Class Counsel
10   Rosemary M. Rivas
     FINKELSTEIN THOMPSON LLP
11   601 Montgomery Street, Suite 665
     San Francisco, CA 94111
12   cbartholomew@finkelsteinthompson.com

13   Bradley S. Phillips, Esq.                   Attorneys for Defendant
     Stuart N. Senator, Esq.                     Kaplan, Inc.
14   Lee S. Taylor, Esq.
     MUNGER TOLLES & OLSON LLP
15   355 South Grand Avenue, 35th Floor
     Los Angeles, CA 90071
16   Brad.Phillips@mto.com
     Stuart.Senator@mto.com
17   Lee.Taylor@mto.com

18   Eliot G. Disner, Esq.                       Attorneys for Lead Plaintiffs Ryan
     DISNER LAW CORPORATION                      Rodriguez, Lisa Gintz and Loredana
19   A Professional Corporation                  Nesci
     2029 Century Park East, 19th Floor
20   Los Angeles, California 90067
     edisner@disnerlaw.com
21
     Ryan Rodriguez, Esq.
22   3943 Irvine Blvd., #330
     Irvine, CA 92602
23   ryanrodriguez7@hotmail.com

24   Lisa Gintz, Esq.
     10725 Fontenot Road
25   Denham Springs, LA 70726
     lisagintz@hotmail.com
26
     Loredana Nesci, Esq.
27   859 North Hollywood Way, No. 206
     Burbank, CA 91505
28   invisiblejet_usa@yahoo.com

7

| | | |
|---|---|---|
| 1 | Robert C. Chojnacki, Esq. | Attorneys for: |
| 2 | LAW OFFICES OF ROBERT C. CHOJNACKI | Oriol, David (Louisiana Bar) Tingle, Jason (Alabama Bar) and |
| 3 | 525 Laurel Avenue Menlo Park, CA 94025 chojnackilaw@yahoo.com | Gutierrez, Oliver (California Bar) |
| 4 | | |
| 5 | John W. Davis, Esq. Law Office of John W. Davis | Attorneys for: Feldman, David |
| 6 | 4445 Eastgate Mall, 2nd Floor San Diego, CA 92121 john@johnwdavis,com | Gharabiklou, Cameron Grant, Emily Lang, Jeff |
| 7 | | McDonald, Sarah Patton, Cara |
| 8 | | Schwartz, Rachel, and Thomas, Greg |
| 9 | Steven F. Helfand, Esq. Helfand Law Offices | |
| 10 | 582 Market Street, Suite 1400 San Francisco, CA 94101 | |
| 11 | steven@stevenhelfand.com | |
| 12 | Joseph J. Angersola 2803 N. Wolcott, Unit D | Attorneys for: Angersola, Joseph, J. (*pro se*) |
| 13 | Chicago, IL 60657 joseph.j.angersola@gmail.com | |
| 14 | | |
| 15 | Anthony Valach 4819 N. Fairfield Avenue, #2 | Attorneys for; Valach, Anthony (*pro se*) |
| 16 | Chicago, IL 60625 anthonyvalach@gmail.com | |
| 17 | Jay M. Wolman 62 S. Huntington Avenue, Unit 23 | Attorneys for: Wolman, Jay M. (*pro se*) (New York |
| 18 | Boston, MA 02130 | Bar) |
| 19 | Joan Elizabeth Shreffler, Esq. Four Embarcadero Center, Suite 3800 | Attorneys for: Shreffler, Joan E. (*pro se*) (California |
| 20 | San Francisco, CA 94111 jshreffl@skadden.com | Bar) |
| 21 | | |
| 22 | Robert Gaudet, Jr. 214 21st Avenue | Attorneys for: Gaudet, Jr., Robert (*pro se*) |
| 23 | Seattle, WA 98122 robert_gaudet@yahoo.com | |
| 24 | Sandeep Gopalan P.O. Box 877906 | Attorneys for; Gopalan, Sandeep (*pro se*) |
| 25 | Tempe, AZ 85287 sandeepgopalan@hotmail.com | |
| 26 | | |
| 27 | | |
| 28 | | |

8

0031003/001/ 371302v01

| | |
|---|---|
| 1 | Elizabeth De Long<br>9705 Fremont Avenue N. |
| 2 | Seattle, WA 98103<br>Edelong06@gmail.com |
| 3 | |

Attorneys for:
De Long, Elizabeth (*pro se*)

Andrea Boggio
1150 Douglas Pike
Smithfield, RI 02917
boggio@stanfordalumni.org

Attorneyus for:
Boggio, Andrea (*pro se*)

J. Garrett Kendrick, Esq.
C. Benjamin Nutley, Esq.
KENDRICK & NUTLEY
1055 E. Colorado Blvd., Fifth Floor
Pasadena, CA 91106
jgk@private-ag.com
Nutley@zenlaw.com

Attorneys for:
Head, Justin
Helfrich, Ryan
Schneider, George
Slomba, Jonathan
Puntumapanitch, James

Ronald D. Rosengarten, Esq.
ROSENGARTEN & LEVEN, LLP
23801 Calabasas Road, Suite 1015
Calabasas, CA 91302
rdresq@sbcglobal.net

Attorneys for:
Juranek, James
Juranek, Audrey
Le Blanc, Richard P., III.

Charles A, Sturm, Esq.
STEELE STURM, PLLC
Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, Texas 77002
csturm@steelesturm.com

Carmine Giardino
THE GIARDINO LAW FIRM, INC.
8626 Tesoro Drive, Suite 510
San Antonio, TX 78217
helpingtexas@yahoo.com

Attorneys for:
Trevino, Arcelia

Douglas N. Silverstein, Esq.
KESLUK & SILVERSTEIN
9255 Sunset Blvd., Suite 411
Los Angeles, CA 90069
dsilverstein@californialaborlawattorney.com

Joshua R. Furman, Esq.
2228 Barry Avenue
Los Angeles, CA 90064
joshua@furman.com
jrfurman@toyquest.com

Attorneys for:
Lukoff, Aaron
Prendergast, John
Orange, David

Jon M. Zimmerman, Esq.
LAW OFFICES OF JON M. ZIMMERMAN
1420 5th Avenue Suite 2200
Seattle, WA 89101
jonMzimmerman@gmail.com

9

| | |
|---|---|
| 1 | Lawrence W. Schonbrun, Esq.<br>LAW OFFICES OF LAWRENCE W. | Attorneys for:<br>Chilimidos, Daryl |
| 2 | SCHONBRUN<br>86 Eucalyptus Road | |
| 3 | Berkeley, CA 94705<br>lschon@inreach.com | |
| 4 | | |
| 5 | Robert L. Arleo, Esq.<br>164 Sunset Park Road<br>Haines Falls, NY 12436 | Attorneys for:<br>Love, Nikki<br>Bernitz, John |
| 6 | r.arleo@verizon.net | |
| 7 | Darrell Palmer, Esq.<br>603 North Highway 101, Suite A | Attorneys for:<br>Schafer, Daniel M. |
| 8 | Solano Beach, CA 92075<br>darrell.palmer@cox.net | Evans & Mullnix, P.A.<br>Siegel, Sarah |
| 9 | | McElroy, Jennifer Brown |
| 10 | David P. Schafer, Esq.<br>LAW OFFICES OF DAVID P. SCHAFER | Attorneys for:<br>Schafer, Daniel M. |
| 11 | 7800 IH-10 West, Suite 830<br>San Antonio, TX 78230 | |
| 12 | david@helpingtexas.com | |
| 13 | Kenneth E. Nelson<br>NELSON LAW FIRM, P.C. | Attorneys for:<br>Evans & Mullinix, PA |
| 14 | 2900 City Center Square<br>1100 Main Street | |
| 15 | Kansas City, MO 64105<br>kennelson@mclaw.com | |
| 16 | | |
| 17 | Edward F. Siegel<br>Edward F. Siegel Co., L.P.A. | Attorneys for:<br>Siegel, Sarah |
| 18 | 27600 Chagrin Blvd, Suite 340<br>Cleveland, OH 44122 | |
| 19 | efsiegel@efs-law.com | |
| 20 | Andrew H. Gilman<br>115 Dudley Avenue, 3rd Floor<br>Narberth, PA 19072 | Attorneys for:<br>Andrew Gilman (*pro se*) |
| 21 | | |
| 22 | Stephen M. Vasil<br>162 5th Avenue<br>Brooklyn, NY 11217 | Attorneys for:<br>Stephen M. Vasil (*pro se*) |
| 23 | stephenvasil@gmail.com | |
| 24 | Alan Harris<br>HARRIS & RUBLE | Attorneys for:<br>Harris, David |
| 25 | 5455 Wilshire Blvd., Suite 1800<br>Los Angeles, CA 90036 | Kamal, Kareem<br>Kavanaugh, Matthew |
| 26 | law@harrisandruble.com | Newfield, Simon<br>Ricasa, Jonathan |
| 27 | | Treanor, Abigail<br>Zelenski, David |
| 28 | | |

0031003/001/ 371302v01

| | |
|---|---|
| 1  Pamela Collins Dunmore<br>    2635 SW 35th Place, #1402<br>2  Gainesville, FL 32608 | Attorneys for:<br>Collins, Pamela Dunmore (*pro se*) |
| 3  Craig J. Walenta, Esq<br>    17 Mountainview Court<br>4  Riverdale, NJ 07457 | Attorneys for:<br>Walenta, Craig (*pro se*) |
| 5  Richard A. Bodmer<br>    2114 Cuyler Avenue<br>6  Chicago, IL 60618 | Attorneys for:<br>Bodmer, Richard A. (*pro se*) |

1  Pamela Collins Dunmore
   2635 SW 35th Place, #1402
2  Gainesville, FL 32608

3  Craig J. Walenta, Esq
   17 Mountainview Court
4  Riverdale, NJ 07457

5  Richard A. Bodmer
   2114 Cuyler Avenue
6  Chicago, IL 60618

7  L. Kendall Satterfield
   THE DUVALL FOUNDRY
8  1050 30th Street NW
   Washington, D.C. 20007
9
   Robert Schachter
10 41 Madison Avenue
   New York, NY 10010
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

0031003/001/ 371302v01