ID: 01   J. Garrett Kendrick

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
OCT 31 2007

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

# NOTICE OF APPEAL NOTIFICATION FORM

FILED _____
DOCKETED _____
DATE    INITIAL

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Ryan Rodriguez et al v. West Publishing Corporation et al
Court of Appeals No. (leave blank if unassigned) _____  07-56643
U.S. District Court, Division & Judge Name Central California, Hon. Manuel L. Real
Criminal and/or Civil Case No. CV05-03222-R(MC)
Date Complaint/Indictment/Petition Filed: 4/29/05
Date Appealed order/judgment *entered*: 9/11/07, 9/110/7, 9/11/07
Date NOA *filed*: 10/10/07
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending

DOCKETED ON CM
NOV 20 2007
BY ___  p. 184

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____        Date Docket Fee Billed: 10/15/07
Date FP granted: _____             Date FP denied: _____
                                        Was FP limited ☐? Revoked ☐?
Is FP pending? ☐ yes ☐ no
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                      Appellee Counsel:
Kendrick & Nutley                       Robert C Chojnacki
1055 E. Colorado Blvd., 5th Floor       Robert C Chojnacki Law Offices
Pasadena, CA 91106                      525 Laurel Avenue
Tel: 626 204-4060  Fax: 626 204-4061    Menlo Park, CA 94025
                                        Tel: 510 282-4110   Email: chojnackilaw@yahoo.com
                                        *Please attach appointm___*

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____

**DEFENDANT INFORMATION**
Prisoner ID _____   Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____    9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
(213) 894-3570

CLERK'S OFFICE U.S.D.C.
LOS ANGELES
10/25/2007 10:28:03 AM   Receipt #: 101107
Cashier : ABELLANY CLA 1-1J
Paid by: KENDRICK AND NUTLEY
2:CV05-03222
2008-086900       Appeals Filing Fees(1)
Amount :                          $105.00

2:CV05-03222
2008-510000 Judicial Services ($150.00)(1)
Amount :                          $150.00

2:CV05-03222
2008-086400 Appeals Filing fee - Special( )
Amount :                          $200.00

Check Payment : 1637 /           455.00
Total Payment :                  455.00

A-8 (08/02) (CA9-014)   NOTICE OF APPEAL NOTIFICATION FORM

Dockets.Justia.com