UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

NOV 0 2 2007

FILED
DOCKETED

Please Fill Out Completely

07-56646

## CASE INFORMATION:

Short Case Title: Ryan Rodriguez et al   v. West Publishing Corporation et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name  Central California, Hon. Manuel L. Real
Criminal and/or Civil Case No. CV05-03222-R(MC)
Date Complaint/Indictment/Petition Filed: 4/29/05
Date Appealed order/judgment *entered*: (Oder)9/11/07
Date NOA *filed*: 10/10/07
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

DOCKETED ON CM
NOV 20 2007

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

## FEE INFORMATION

Date Docket Fee Paid: _____        Date Docket Fee Billed: 10/17/07
Date FP granted: _____              Date FP denied: _____
Is FP pending? ☐ yes  ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

## COUNSEL INFORMATION (please include email address)

Appellate Counsel:                            Appellee Counsel:

Robert C Chojnacki Law Offices                Sidney K Kanazawa
525 Laurel Avenue                             Van Etten Suzumoto and Becket
Menlo Park, CA 94025                          1800 Century Park East, 8th Floor
Tel: 510-282-4110                             Los Angeles, CA 90067
Email: chojnackilaw@yahoo.com                 Tel: 310 315-8200   Email: skanazawa@vsblaw.com
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____  *Please at*

CLERK'S OFFICE U.S.D.C.
LOS ANGELES
10/30/2007 1:18:50 PM  Receipt #: 101272
Cashier : DBAYSA (LA 1-2)
Paid by: ROBERT CHOJNACKI
2:CV05-03222
2008-086900       Appeals Filing Fees(1)
Amount :                        $105.00

## DEFENDANT INFORMATION
Prisoner ID _____        Address:
Custody _____
Bail _____

2:CV05-03222
2008-510000Judicial Services ($150.00)(1)
Amount :                        $150.00

## AMENDED NOTIFICATION INFORMATION
Date Fees Paid 10-30-07,        9th Circuit Docket Number _____

2:CV05-03222
2008-086400Appeals Filing fee - Special(1)
Amount :                        $200.00

Name & Phone Number of Person Completing this Form: L. Rendon
                                                    (213) 894-3570

Check Payment : 0449 /           455.00

Total Payment :                  455.00

(* NO REFUNDS WITHOUT WHITE RECEIPT *)

A-8 (08/02) (CA9-014)        NOTICE OF APPEAL NOTIFICATION FORM

dockets.Justia.com