UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
OCT 31 2007

FILED
DOCKETED
DATE    INITIAL

07-56647

**CASE INFORMATION:**
Short Case Title: Ryan Rodriguez et al v. West Publishing Corporation et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name Central California, Hon. Manuel L. Real
Criminal and/or Civil Case No. CV05-03222-R(MC)
Date Complaint/Indictment/Petition Filed: 4/29/05
Date Appealed order/judgment entered: (Order) 9/11/07, 9/11/07, 9/11/07
Date NOA filed: 10/10/07   Amended - 10/17-07
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

DOCKETED ON CM
NOV 20 2007
BY ___ MC-184

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____          Date Docket Fee Billed: 10/17/07
Date FP granted: _____                Date FP denied: _____
Is FP pending? ☐ yes ☐ no              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                     Appellee Counsel:

Charles A Sturm                        Sidney K Kanazawa
Wells Fargo Plaza                      Van Etten Suzumoto and Becket
1000 Louisiana, Suite 3780             1800 Century Park East, 8th Floor
Houston, TX 77002                      Los Angeles, CA 90067
Tel: 713 659-2600  Fax: 731 659-2601   Tel: 310 315-8200   Email: skanazawa@vsblaw.com
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____           Address:
Custody _____
Bail _____

10/30/2007 3:10:51 PM Receipt #: 101285
Cashier: ABELLANY DLA 1-1J
Paid By: STEELE STURM PLLC

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid 10/30/07     9th Circuit Docket Number

2:CV05-03222
2008-086900  Appeals Filing Fees(1)
Amount:                          $105.00
2:CV05-03222
2008-510000 Judicial Services ($150.00)(1)
Amount:                          $150.00
2:CV05-03222
2008-086400 Appeals Filing Fee - Special(1)
Amount:                          $200.00
Check Payment: 1982         $455.00

Name & Phone Number of Person Completing this Form: L. Rendon
                                                    (213) 894-3570

A-8 (08/02) (CA9-014)     NOTICE OF APPEAL NOTIFICATION FORM