UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
NOV 05 2007

FILED
DOCKETED          DATE      INITIAL
07-56649

**CASE INFORMATION:**
Short Case Title: Ryan Rodriguez et al   v. West Publishing Corporation et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name  Central California, Hon. Manuel L. Real
Criminal and/or Civil Case No. CV05-03222-R(MC)
Date Complaint/Indictment/Petition Filed: 4/29/05     Appeal #455
Date Appealed order/judgment entered: 9/11/07, 9/11/07, 9/11/07, 9/11/07, 9/12/07
Date NOA filed: 10/10/07
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)       ☐ denied in full (send record)
                         ☐ granted in part (attach order)       ☐ pending

DOCKETED ON CM
NOV 20
BY ___ 184

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____                    Date Docket Fee Billed: 10/18/07
Date FP granted: _____                         Date FP denied: _____
Is FP pending? ☐ yes ☐ no                        Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                               Appellee Counsel:

Joseph Darrell Palmer                            Sidney K Kanazawa
603 North Highway 101, Suite A                   Van Etten Suzumoto and Becket
Solana Beach, CA 92075                           1800 Century Park East, 8th Floor
Tel:858 792-5600                                 Los Angeles, CA 90067
Email:darrell.palmer@cox.net                     Tel: 310 315-8200 Email: skanazawa@vsblaw.com
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____                              Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid  11/2/07                          9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
                                                    (213) 894-3570

A-8 (08/02) (CA9-014)           NOTICE OF APPEAL NOTIFICATION FORM

Dockets.Justia.com