UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
OCT 24 2007

FILED _____
DOCKETED _____
DATE       INITIAL

## CASE INFORMATION:

Short Case Title: Ryan Rodriguez et al v. West Publishing Corporation et al
Court of Appeals No. (leave blank if unassigned) _____ 07-56650
U.S. District Court, Division & Judge Name Central California, Hon. Manuel L. Real
Criminal and/or Civil Case No. CV05-03222-R(MC)
Date Complaint/Indictment/Petition Filed: 4/29/05
Date Appealed order/judgment *entered*: 9/11/07, 9/11/07, 9/12/07, 9/11/07
Date NOA *filed*: 10/10/07
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

DOCKETED ON CM
NOV 20 2007
BY _____

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

### FEE INFORMATION
Date Docket Fee Paid: _____                    Date Docket Fee Billed: 10/23/07
Date FP granted: _____                          Date FP denied: _____
Is FP pending? ☐ yes ☐ no                            Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

### COUNSEL INFORMATION (please include email address)
Appellate Counsel:                                   Appellee Counsel:

Robert Gaudet, Jr.                                   Steven F Molo
214 21st Avenue                                      Shearman & Sterling, LLP
Seattle, WA 98122                                    599 Lexington Avenue
Tel: 206 332-1745 Fax: 401 232-6319                  New York, NY 10022
Email: robert_gaudet@yahoo.com                       Tel: 212 848-4000
☒ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other _____   *Please attach appointment order.*

### DEFENDANT INFORMATION
Prisoner ID _____                Address:
Custody _____
Bail _____

### AMENDED NOTIFICATION INFORMATION
Date Fees Paid _____              9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
                                                    (213) 894-3570