RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
OCT 2 9 2007

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

FILED _____
DOCKETED _____ DATE _____ INITIAL _____

**CASE INFORMATION:**
Short Case Title: Ryan Rodriguez et al v. West Publishing Corporation et al
Court of Appeals No. (leave blank if unassigned) 07-56651
U.S. District Court, Division & Judge Name Central California, Hon. Manuel L. Real
Criminal and/or Civil Case No. CV05-03222-R(MC)
Date Complaint/Indictment/Petition Filed: 4/29/05
Date Appealed order/judgment *entered*: 9/11/07, 9/11/07
Date NOA *filed*: 10/24/07
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (attach order)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

DOCKETED ON CM
NOV 2 0 2007
BY _____

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____          Date Docket Fee Billed: 10/26/07
Date FP granted: _____               Date FP denied: _____
Is FP pending? ☐ yes  ☐ no            Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                        Appellee Counsel:
Daniel Scott Brown Law Offices            Eliot G Disner
131 Lawnview Circle                       Disner Law Corporation
Danville, CA 94526-5107                   2029 Century Park East, 19th Floor
Tel: 925 548-4620                         Los Angeles, CA 90067
Email: absentprof@yahoo.com               Tel: 310 922-6339 Fax: 310-282-2500
☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other _____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____            Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____         9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
(213) 894-3570

A-8 (08/02) (CA9-014)         NOTICE OF APPEAL NOTIFICATION FORM

Dockets.Justia.com