UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 03 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>　　Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>　　Defendants - Appellees<br><br>　v.<br><br>GEORGE SCHNEIDER; et al.,<br><br>　　Objectors - Appellants. | No. 07-56643<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　DEPUTY

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>　　Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>　　Defendants - Appellees<br><br>　v.<br><br>DAVID FELDMAN; et al.,<br><br>　　Objectors - Appellants. | No. 07-56645<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al., <br><br> Plaintiffs - Appellees; <br><br> and <br><br> WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., <br><br> Defendants - Appellees <br> v. <br><br> DAVID ORIOL; et al., <br><br> Objectors - Appellants. | No. 07-56646 <br><br> D.C. No. CV-05-03222-R <br> Central District of California, <br> Los Angeles |
| RYAN RODRIGUEZ, et al., <br><br> Plaintiffs - Appellees; <br><br> and <br><br> WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., <br><br> Defendants - Appellees <br> v. <br><br> JAMES JURANEK; et al., <br><br> Objectors - Appellants. | No. 07-56647 <br><br> D.C. No. CV-05-03222-R <br> Central District of California, <br> Los Angeles |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al., <br><br> Plaintiffs - Appellees; <br><br> and <br><br> WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., <br><br> Defendants - Appellees <br> v. <br><br> EVANS & MULLINIX, P.A.; et al., <br><br> Objectors - Appellants. | No. 07-56649 <br><br> D.C. No. CV-05-03222-R <br> Central District of California, <br> Los Angeles |
| RYAN RODRIGUEZ, et al., <br><br> Plaintiffs - Appellees; <br><br> and <br><br> WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., <br><br> Defendants - Appellees <br> v. <br><br> ROBERT GAUDET, JR.; et al., <br><br> Objectors - Appellants. | No. 07-56650 <br><br> D.C. No. CV-05-03222-R <br> Central District of California, <br> Los Angeles |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>　　　　Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>　　　　Defendants - Appellees<br>v.<br><br>PAMELA COLLINS DUNMORE,<br><br>　　　　Objector - Appellant. | No. 07-56651<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

The court *sua sponte* consolidates these appeals. Appeal Nos. 07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 and 07-56651 are consolidated.

A review of this court's docket reflects that the filing and docketing fees for appeal Nos. 07-56650 and 07-56651 remain due. Within 21 days after the filing date of this order, appellants in appeal Nos. 07-56650 and 07-56651 shall pay to the district court the $455.00 filing and docketing fees for these appeals and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis. Failure to pay the fees or file a motion to proceed in forma pauperis shall

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

result in the automatic dismissal of appeal Nos. 07-56650 and 07-56651 by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk shall serve a Form 4 financial affidavit on appellants in appeal Nos. 07-56650 and 07-56651.

The following briefing schedule shall govern these consolidated appeals: Appellants shall designate the reporter's transcript by December 13, 2007. The transcript is due January 14, 2008. The opening briefs and excerpts of record are due February 25, 2008; the answering briefs are due March 26, 2008; and the optional reply briefs are due within 14 days after service of the answering briefs.

All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* 9th Cir. R. 28-4.

For the Court

Caroline A. Jacobs
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A