1  J. Garrett Kendrick (SBN 61698)
   C. Benjamin Nutley (SBN 177431)
2  KENDRICK & NUTLEY
   1055 E. Colorado Blvd., 5th Floor
3  Pasadena, CA 91106
   Telephone:  (626) 204-4060
4  Facsimile:   (626) 204-4061

5  Attorneys for Objecting Class Members
   George Schneider, Jonathan M. Slomba,
6  James Puntumapanitch, Justin Head and
   Ryan Helfrich



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, INC., a Delaware Corporation, <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | Case No. CV-05-3222 R (MCx) <br><br> NOTICE OF APPEAL (SCHNEIDER/HEAD OBJECTORS) <br><br><br> Hon. Manuel L. Real |

Objecting Class Members George Schneider, Jonathan M. Slomba, James Puntumapanitch, Justin Head and Ryan Helfrich hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Denying Motion For Award Of Attorneys' Fees Filed By Schneider/Head Objectors. A copy of the Order is attached hereto as Exhibit A. Notice of Entry of the Order was given on November 13, 2007.

Dated: December 7, 2007                KENDRICK & NUTLEY

By _____
J. Garrett Kendrick

Attorneys for Objecting Class Members George Schneider, Jonathan M. Slomba, James Puntumapanitch, Justin Head and Ryan Helfrich

# EXHIBIT A





FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>vs.<br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>    Defendants<br><br>AND CONSOLIDATED ACTION | CASE NO. CV-05-3222 R(MCx)<br><br>[PROPOSED] ORDER DENYING MOTION FOR AWARD OF ATTORNEYS' FEES FILED BY SCHNEIDER/HEAD OBJECTORS |

On November 5, 2007, objecting class members George Schneider, Jonathan M. Slomba, James Puntumapanitch, Justin Head, and Ryan Helfrichs' Motion for Award of Attorneys' Fees came for hearing before this Court.

Having read and fully considered the motion, the declarations filed in support thereof, and all oppositions and objections thereto, the Court finds that the motion



[PROPOSED] ORDER DENYING MOTION FOR AWARD OF
ATTORNEYS' FEES FILED BY OBJECTORS SCHNEIDER/HEAD OBJECTORS

1 | for award of attorneys' fees should not be granted.

2 | **IT IS THEREFORE ORDERED THAT:**

3 | The objecting class members George Schneider, Jonathan M. Slomba, James Puntumapanitch, Justin Head, and Ryan Helfrichs' Motion for Award of Attorneys' Fees is DENIED. *Counsel did not add anything to the courts denial of the named plaintiffs' claim.*

7 | IT IS SO ORDERED.

9 | Dated: Nov. 8, 2007

Honorable Manuel L. Real
United States District Court Judge

12 | Submitted by:

Sidney K. Kanazawa (SBN 84608)
**McGUIREWOODS LLP**
Email: skanazawa@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Dan Drachler, (*Pro Hac Vice*)
**Zwerling, Schachter & Zwerling, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9631

Christine Bartholomew (SBN 211425)
**Finkelstein Thompson LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Class Counsel

-2-
[PROPOSED] ORDER DENYING MOTION FOR AWARD OF
ATTORNEYS' FEES FILED BY OBJECTORS SCHNEIDER/HEAD OBJECTORS

MCGUIREWOODS, LLP
Sidney Kanazawa (SBN 84608)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

*Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH and LOREDANA NESCI, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>　　　　Defendants. | CASE NO. CV 05-3222 R(MCx)<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067. On November 13, 2007, I served the following document(s) described as:

1. **NOTICE OF ENTRY OF ORDER DENYING AWARD OF ATTORNEYS' FEES FILED BY OBJECTORS DAVID FELDMAN, CAMERON GHARABIKLOU, EMILY GRANT, JEFF LANG, SARAH McDONALD, CARA PATTON, RACHEL SCHWARTZ, GREG THOMAS;**
2. **NOTICE OF ENTRY OF ORDER DENYING MOTION FOR AWARD OF ATTORNEYS' FEES FILED BY SCHNEIDER/HEAD OBJECTORS; and**
3. **NOTICE OF ENTRY OF ORDER DENYING JOINT REQUEST FOR ATTORNEY FEES FOR COUNSEL FOR UNNAMED CLASS MEMBERS/OBJECTORS EVANS, SIEGEL, BROWN AND SCHAFER**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED LIST

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

I declare under penalty of perjury under the laws of the United States of America that that foregoing is true and correct.

Executed on November 13, 2007, at Los Angeles, California.

*/s/ Susan Gardner*
Susan Gardner

## SERVICE LIST

| | |
|---|---|
| Bradley S. Phillips, Esq.<br>Stuart N. Senator, Esq.<br>Munger Tolles & Olson LLP<br>355 S. Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560 | Attorneys for *Kaplan, Inc.*<br><br>And via email to:<br>Brad.Phillips@mto.com<br>Stuart.Senator@mto.com<br>lee.taylor@mto.com |
| Steven F. Molo, Esq.<br>Wayne Dale Collins, Esq.<br>Shearman & Sterling, LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 | Attorneys for *West Publishing Corporation*<br><br>And via email to:<br>smolo@shearman.com<br>wcollins@shearman.com |
| Edward A. Klein, Esq.<br>Heather H. Gilhooly, Esq.<br>Liner Yankelevitz Sunshine & Regenstreif LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503 | Attorneys for *West Publishing Corporation*<br><br>And via email to:<br>hgilhooly@linerlaw.com<br>eklein@linerlaw.com |
| Ryan Rodriguez, Esq.<br>3943 Irvine Blvd., #330<br>Irvine, CA 92602 | ryanrodriguez7@hotmail.com |
| Lisa Gintz, Esq.<br>10725 Fontenot Road<br>Denham Springs, LA 70726 | lisagintz@hotmail.com |
| Loredana Nesci, Esq.<br>859 No. Hollywood Way, No. 206<br>Burbank, CA 91505 | invisiblejet-usa@yahoo.com<br>invisiblejet_usa@yahoo.com<br>loredana.nesci@sbcglobal.net |
| DISNER LAW CORPORATION<br>Eliot G. Disner<br>A Professional Corporation<br>2029 Century Park East, 19th Floor<br>Los Angeles, CA 90067 | edisner@disnerlaw.com |

## SERVICE LIST OF OBJECTING CLASS MEMBERS

| | |
|---|---|
| Robert C. Chojnacki<br>Law Offices of Robert C. Chojnacki<br>525 Laurel Avenue<br>Menlo Park, CA 94025 | Attorneys for:<br>Oriol, David (Louisiana Bar)<br>Tingle, Jason (Alabama Bar) and<br>Gutierrez, Oliver (California Bar)<br><br>chojnackilaw@yahoo.com |
| John W. Davis<br>Law Office of John W. Davis<br>4445 Eastgate Mall, 2nd Floor<br>San Diego, CA 92121<br><br>and<br><br>Steven F. Helfand<br>Helfand Law Offices<br>582 Market Street, Suite 1400<br>San Francisco, CA 94101 | Attorneys for:<br>Feldman, David<br>Gharabiklou, Cameron<br>Grant, Emily<br>Lang, Jeff<br>McDonald, Sarah<br>Patton, Cara<br>Schwartz, Rachel<br>Thomas, Greg<br><br>john@johnwdavis.com<br>steven@stevenhelfand.com |
| Joseph J. Angersola (pro se)<br>2803 N. Wolcott, Unit D<br>Chicago, IL 60657 | |
| Anthony Valach (pro se)<br>4819 N. Fairfield Avenue, #2<br>Chicago, IL 60625 | anthonyvalach@gmail.com |
| Jay M. Wolman (pro se)<br>62 S. Huntington Avenue, Unit 23<br>Boston, MA 02130 | |
| Joan Elizabeth Shreffler (pro se)<br>Four Embarcadero Center<br>Suite 3800<br>San Francisco, CA 94111 | shreffl@skadden.com |

4
PROOF OF SERVICE

486226811

| | | |
|---|---|---|
| 1 | Robert Gaudet, Jr. (*pro se*) | Robert_gaudet@yahoo.com |
| | 214 21st Avenue | |
| 2 | Seattle, WA 98122 | |
| 3 | Sandeep Gopalan (*pro se*) | sandeepgopalan@hotmail.com |
| 4 | P.O. Box 877906 | |
| | Tempe, AZ 85287 | |
| 5 | | |
| 6 | Elizabeth De Long (*pro se*) | Edelong06@gmail.com |
| 7 | 9705 Fremont Avenue N. | |
| | Seattle, WA 98103 | |
| 8 | | |
| 9 | Andrea Boggio (*pro se*) | boggio@stanfordalumni.org |
| | 1150 Douglas Pike | |
| 10 | Smithfield, RI 02917 | |
| 11 | | |
| 12 | | |
| 13 | J. Garrett Kendrick | Attorneys for: |
| | C. Benjamin Nutley | Head, Justin |
| 14 | Kendrick & Nutley | Helfrich, Ryan |
| | 1055 E. Colorado Blvd., Fifth Floor | Schneider, George |
| 15 | Pasadena, CA 91106 | Slomba, Jonathan |
| | | Puntumapanitch, James |
| 16 | | |
| 17 | | jgk@private-ag.com |
| | | Nutley@zenlaw.com |
| 18 | | |
| 19 | Ronald D. Rosengarten | Attorneys for: |
| | Rosengarten & Leven, LLP | Juranek, James |
| 20 | 23801 Calabasas Road, Suite 1015 | Juranek, Audrey |
| | Calabasas, CA 91302 | Le Blanc, Richard P., III |
| 21 | | |
| 22 | Charles A. Sturm | rdresq@sbcglobal.net |
| | STEELE STURM, PLLC | csturm@steelesturm.com |
| 23 | 1000 Louisiana, Suite 3780 | |
| | Houston, TX 77002 | |
| 24 | | |
| 25 | Carmine Giardino | Attorneys for: |
| 26 | The Giardino Law Firm, Inc. | Trevino, Arcelia |
| | 8626 Tesoro Drive, Suite 510 | |
| 27 | San Antonio, TX 78217 | |
| | | dsilverstein@californialaborlawattorney.com |
| 28 | and | |

5
PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Douglas N. Silverstein, Esq. | |
| 2 | Kesluk & Silverstein | |
| 3 | 9255 Sunset Blvd., Ste. 411 | |
| | Los Angeles, CA 90069 | |
| 4 | | |
| 5 | | |
| 6 | Joshua R. Furman, Esq. | Attorneys for: |
| | 2228 Barry Avenue | Lukoff, Aaron |
| 7 | Los Angeles, CA 90064 | Prendergast, John |
| | | Orange, David |
| 8 | and | |
| | | joshua@furman.com |
| 9 | Jon M. Zimmerman | jrfurman@toyquest.com |
| | Law Offices of Jon M. Zimmerman | jonMzimmerman@gmail.com |
| 10 | 1420 5th Avenue, Suite 2200 | |
| 11 | Seattle, WA 89101 | |
| 12 | | |
| 13 | | |
| 14 | Lawrence W. Schonbrun | Attorneys for: |
| | Law Offices of Lawrence W. Schonbrun | Chilimidos, Daryl |
| 15 | 86 Eucalyptus Road | |
| | Berkeley, CA 94705 | lschon@inreach.com |
| 16 | | |
| 17 | Darrell Palmer, Esq. | Attorneys for: |
| | 603 North Highway 101, Ste. A | Schafer, Daniel M. |
| 18 | Solano Beach, CA 92075 | Evans & Mullinix, P.A. |
| | | Siegel, Sarah |
| 19 | | McElroy, Jennifer Brown |
| 20 | | |
| | | Darrell.palmer@cox.net |
| 21 | | |
| 22 | David P. Schafer (*pro se*) | david@helpingtexas.com |
| | Law Offices of David P. Schafer | |
| 23 | 7800 IH-10 West, Suite 830 | |
| | San Antonio, TX 78230 | |
| 24 | | |
| 25 | | |
| 26 | Kenneth E. Nelson | Attorneys for: |
| | Nelson Law Firm, P.C. | Evans & Mullinix, P.A. |
| 27 | 2900 City Center Square | |
| | 1100 Main Street | kennelson@mclaw.com |
| 28 | Kansas City, MO 64105 | |

6
PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | | |
| 2 | Edward F. Siegel | Attorneys for: |
| 3 | Edward F. Siegel Co. L.P.A.<br>27600 Chagrin Blvd., Ste 340 | Sarah Siegel |
| 4 | Cleveland, OH 44122 | efsiegel@efs-law.com |
| 5 | | |
| 6 | Stephen M. Vasil (pro se)<br>162 5th Avenue | stephenvasil@gmail.com |
| 7 | Brooklyn NY 11217 | |
| 8 | Alan Harris | Attorneys for: |
| 9 | HARRIS & RUBLE<br>5455 Wilshire, Ste. 1800 | Harris, David<br>Kamal, Kareem |
| 10 | Los Angeles, CA 90036 | Kavanaugh, Matthew<br>Newfield, Simon |
| 11 | | Ricasa, Jonathan<br>Treanor, Abigail |
| 12 | | Zelenski, David |
| 13 | | law@harrisandruble.com |
| 14 | Pamela Collins Dunmore | Attorneys for: |
| 15 | 2635 SW 35th Place, #1402<br>Gainesville, FL 32608 | Collins, Pamela (pro se) |
| 16 | | |
| 17 | Craig J. Walenta (pro se)<br>17 Mountainview Court | |
| 18 | Riverdale, NJ 07457 | |
| 19 | Richard A. Bodmer (pro se)<br>2114 Cuyler Avenue | |
| 20 | Chicago, IL 60618 | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

7
PROOF OF SERVICE

# CERTIFICATE OF SERVICE

I, J. Garrett Kendrick, certify that I am a member of the Bar of the United States District Court, Central District of California, that I am over the age of 18 years, employed in the County of Los Angeles, State of California and not a party to this action.

On December 7, 2007, I served the following document(s):

NOTICE OF APPEAL (SCHNEIDER/HEAD OBJECTORS)

by transmitting true copies thereof addressed as follows:

BY E-MAIL: By transmitting them by email to the addresses on the attached Service List. The e-mail address of the sender was jgk@private-ag.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed December 7, 2007 at Long Beach, California.

_____
J. Garrett Kendrick

## **SERVICE LIST**

Sidney M. Kanazawa
McGuire Woods LLP
1800 Century Park East, 8th floor
Los Angeles, CA 90067
skanazawa@mcguirewoods.com

Heather H. Gilhooly
Liner, Yankelevitz, Sunshine & Regenstreif
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
hgilhooly@linerlaw.com

Steven F. Molo
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022
smolo@shearman.com

Dan Drachler
Zwerling, Schacter & Zwerling LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
ddrachler@zsz.com

Christine Bartholomew
Finkelstein Thompson LLP
601 Montgomery Street, Suite 665
San Francisco, CA 94111
cbartholomew@finkelsteinthompson.com

Stuart N. Senator
Munger Tolles & Olsen
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071
stuart.senator@mto.com

NOTICE OF APPEAL (SCHNEIDER/HEAD)