UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
## NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: George Schneider, et al v West Publishing

Court of Appeals No. (leave blank if unassigned)

U.S. District Court, Division & Judge Name Central California, L.A., Hon. Manuel L. Real

Criminal and/or Civil Case No. 2:05-cv-03222-R-Mc

Date Complaint/Indictment/Petition Filed: 04/29/2005

Date Appealed order/judgment *entered*: 11/8/07

Date NOA *filed*: 12/07/2007

Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):     ☐ granted in full (attach order)     ☐ denied in full (send record)
                            ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall , 213-894-3015

### *Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**

Date Docket Fee Paid: 12/10/07 _____     Date Docket Fee Billed: _____

Date FP granted: _____     Date FP denied: _____

Is FP pending? ☐ yes  ☐ no     Was FP limited ☐? Revoked ☐?

US Government Appeal? ☐ yes  ☐ no

Companion Cases? Please list: _____

### *Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:                          Appellee Counsel:

J Garrett Kendrick                          Heather H Gilhooly
Kendrick & Nutley                           Liner Yankelevitz Sunshine and Regenstreif
1055 E. Colorado Blvd., 5th Floor           1100 Glendon Avenue, 14th Fl
Pasadena, CA 91106                          Los Angeles, CA 90024-3503
626-204-4060                                310-500-3500

☐ retained  ☐ CJA  ☐ FPD ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**

Prisoner ID _____     Address:

Custody _____

Bail _____

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid _____     9th Circuit Docket Nu_____

Name & Phone Number of Person Completing this Form: C REYES
                                        213 894-35__

(()) Duplicate (()) Duplicate (())
CLERK'S OFFICE U.S.D.C.
LOS ANGELES
12/12/2007 8:39:46 AM  Receipt #: 102374
Cashier : LLUNG ILA 1-13
Paid by: ANDREA BUGGIO
2:CV05-03222
2008-806300    Appeals Filing Fees(1)
Amount :                        $105.00
-----------------------------------
2:CV05-03222
2008-510800Judicial Services ($150.00)(1)
Amount :                        $150.00
-----------------------------------
2:CV05-03222
2008-806400Appeals Filing fee - Special(1
)
Amount :                        $200.00
-----------------------------------
Check Payment : 514 /

Dockets.Justia.com