# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                **Date: DEC. 17, 2007**

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc**
==================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

**William Horrell**                                **Sheri Kleeger**
**Deputy Clerk**                                   **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

    Sidney Kanazawa                          Heather Gilhooley
    Eliot Disner                             James Tallon
    Alan Harris                              Stuart Senator

**PROCEEDINGS:** "Plaintiffs'-in-intervention" Schall etc's motion to modify the stipulation and protective order and obtain documents fro this case currently in the possession of McGuireWoods LLP in Los Angeles

    **The motion is DENIED as moot.**

<u>1 min</u>

**MINUTES FORM 90**                                **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**