Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@cox.net
Counsel for Objectors Sarah Siegel,
Evans & Mullinix, P.A., Jennifer
Brown McElroy and Daniel Schafer

Additional Counsel listed on Signature Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al. on behalf of themselves and all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WEST PUBLISHING CORPORATION, et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 05-3222 R(Mcx)<br><br>U.S. COURT OF APPEALS DOCKET NO. 07-56649<br><br>**JOINT DESIGNATION OF REPORTERS TRANSCRIPT BY UNNAMED CLASS MEMBERS/OBJECTORS EVANS & MULLINIX, P.A., SARAH SIEGEL, JENNIFER BROWN MCELROY, AND DANIEL SCHAFER**<br><br>Judge: Hon. Manuel J. Real<br>Dept: 8 |

**JOINT DESIGNATION OF REPORTERS TRANSCRIPT BY UNNAMED CLASS MEMBERS/OBJECTORS EVANS & MULLINIX, P.A., SARAH SIEGEL, JENNIFER BROWN MCELROY, AND DANIEL SCHAFER**

**BY FAX**

1

Evans & Mullinix, P.A., Sarah Siegel, Jennifer Brown McElroy, and Daniel Schafer (together, "Objectors Evans, Siegel, Brown and Schafer,"), Objectors in the above-styled cause, hereby designate the following reporters' transcripts:

| Date | Description | Reporter |
|---|---|---|
| June 13, 2007 | Motion Hearing held before Judge Manuel L. Real re Eliot Disner's Ex Parte Application to Permit Lead Counsel to Speak Freely, etc. [304] | Sheri Kleeger |
| June 18, 2007 | Hearing held before Judge Manuel L. Real re Plaintiffs' Motion for Order Granting Approval of Class Action Settlement; Motion for Incentive Awards; Motion for Attorney Fees and Expense Reimbursement. [350] | Sheri Kleeger |
| July 9, 2007 | Hearing held before Judge Manuel L. Real re Plaintiffs' Motion for Order Granting Approval of Class Action Settlement; Motion for Incentive Awards; Motion for Attorney Fees and Expense Reimbursement. [399] | Sheri Kleeger |
| November 5, 2007 | Hearing held before Judge Manuel L. Real re Motion for Attorney Fees Award for Counsel for Objectors. [466] | Sheri Kleeger |
| All | All other hearings designated by any other appealing objectors. | unknown |

Dated: December 13, 2007

DARRELL PALMER
Attorney for Objectors Evans, Siegel,
Brown, and Schafer

Kenneth E. Nelson (pro hac vice)
Nelson Law Firm, P.C.
2900 City Center Square
1100 Main Street
Kansas City, MO 64105
Telephone: (816) 421-7225
Facsimile: (816) 421-3339
Email: kennelson@mclaw.com
Counsel for Objector Evans & Mullinix, P.A.

Edward F. Siegel (pro hac vice)
Edward F. Siegel Co., L.P.A.
27600 Chagrin Blvd., Suite 340
Cleveland OH 44122
Telephone: (216) 831-3424
Facsimile: (216) 831-6584
Email: efsiegel@efs-law.com
Counsel for Objector Sarah Siegel

David P. Schafer (pro hac vice)
Law Offices of David P. Schafer
7800 IH-10 West, Suite 830
San Antonio, TX 78230
Telephone: (210) 348-0500
Facsimile: (210) 348-0520
Email: david@helpingtexas.com
Counsel for Objector Daniel M. Schafer

3

**JOINT DESIGNATION OF REPORTERS TRANSCRIPT BY UNNAMED CLASS
MEMBERS/OBJECTORS EVANS, SIEGEL, BROWN AND SCHAFER**

**Re: RODRIGUEZ ET AL V. WEST PUBLISHING CORP. ET AL**
**USDC CENTRAL DIST CA Case no. CV-005-3222R(MCx)**
**U.S. COURT OF APPEALS DOCKET NO. 07-56649**

## DECLARATION OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, Alison Paul, declare that I am employed with the Law Offices of Darrell Palmer whose address is 603 N. Highway 101, Suite A. Solana Beach, CA 92075. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen (18) and I am not a party to this action.

On December 13, 2007, I served:

**JOINT DESIGNATION OF REPORTERS TRANSCRIPT BY UNNAMED CLASS MEMBERS/OBJECTORS EVANS & MULLINIX, P.A., SARAH SIEGEL, JENNIFER BROWN MCELROY, AND DANIEL SCHAFER**

on the parties listed on the attached service list:

by placing a copy in a separate envelope, with postage fully prepaid, for each address named above, into a US Postal Service depository on this day and/or emailing a pdf copy of the document to the email address of each recipient as listed on the service list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Solana Beach, California.

_Alison Paul_

| | |
|---|---|
| Ronald D Rosengarten<br>Rosengarten & Leven LLP<br>23801 Calabasas Rd, Ste 1015<br>Calabasas, CA 91302<br>818-225-5070<br>rdresq@sbcglobal.net | Sandeep Gopalan<br>P.O. Box 877906<br>Tempe, AZ 85287-7906<br>480-636-0710<br>sandeepgopalan@hotmail.com |
| David P Schafer<br>Law Offices of David P Schafer<br>7800 IH-10 West, Suite 830<br>San Antonio, TX 78230<br>210-348-0500<br>David@helpingtexas.com | Elizabeth De Long<br>9705 Fremont Ave. N.<br>Seattle, WA 98103<br>206-922-3044<br>Edelong06@gmail.com |
| C. Benjamin Nutley<br>Kendrick & Nutley<br>1055 E Colorado Blvd, Fifth Floor<br>Pasadena, CA 91106<br>626-204-4060<br>Nutley@zenlaw.com | Robert L Arleo<br>Robert L Arleo Law Offices<br>164 Sunset Park Road<br>Haines Falls, NY 12436<br>518-589-5264<br>r.arleo@verizon.net |
| John W. Davis<br>4445 Eastgate Mall, 2nd Fl<br>San Diego, CA 92121<br>858-812-2976<br>john@johnwdavis.com | Pamela Collins Dunmore<br>2635 SW 35th Place, #1402<br>Gainsville, Fl 32608<br>352-222-4009<br>Fax: 352-338-1578 |
| Robert Gaudet, Jr.<br>214 21st Avenue<br>Seattle, WA 98122<br>206-332-1745<br>robert_gaudet@yahoo.com | Daniel Scott Brown<br>Daniel Scott Brown Law Offices<br>131 Lawnview Circle<br>Danville, CA 94526-5107<br>925-548-4620<br>absentprof@yahoo.com |
| Andrea Boggio<br>1150 Douglas Pike<br>Smithfield, RI 02917<br>401-232-6455<br>boggio@stanfordalumni.org | Office of the Clerk<br>James R. Browning Courthouse<br>U.S. Court of Appeals<br>PO Box 193939<br>San Francisco, CA 94119-3939 |

DECLARATION OF SERVICE
3