1  Sidney K. Kanazawa (SBN 84608)
   Email: skanazawa@mcguirewoods.com
2  **McGUIREWOODS LLP**
3  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
4  Telephone: (310) 315-8200
5  Facsimile: (310) 315-8210

6  Lead Class Counsel
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated, | Case No. CV 05-3222 R(MCx)
12 | | **[United States Court of Appeals for the Ninth Circuit, Consolidated Case No. 07-56643]**
13 | |
14 | | **PLAINTIFFS' RESPONSE AND DESIGNATION OF ADDITIONAL TRANSCRIPTS ON APPEAL**
15 |         Plaintiffs, |
16 |     vs. |
17 | |
18 | WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware Corporation. |
19 | |
20 | |
21 | |
22 |         Defendants. |
23 | AND CONSOLIDATED ACTION |
24
25
26
27
28

PLAINTIFFS' RESPONSE AND DESIGNATION OF ADDITIONAL TRANSCRIPTS ON APPEAL

Dockets.Justia.com

Pursuant to Ninth Circuit Rule 10-3, Plaintiffs/Appellees Ryan Rodriguez *et al.* hereby designate the following additional transcript on appeal:

| Date | Description | Reporter |
|------|-------------|----------|
| October 22, 2007 | Hearing on Objectors' Motion to Amend Findings of Fact | Bridget R. Montero |

Respectfully submitted,

DATED:  January 3, 2008         McGUIREWOODS LLP


By: _____
Tracy Evans-Moyer
*Lead Attorneys for Plaintiffs*

\4969171.1

1

PLAINTIFFS' RESPONSE AND DESIGNATION OF ADDITIONAL TRANSCRIPTS ON APPEAL