Sidney K. Kanazawa (SBN 84608)
Email: skanazawa@mcguirewoods.com
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Lead Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH and LOREDANA NESCI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants. | CASE NO. CV 05-3222 R(MCx)<br><br>**[United States Court of Appeals for the Ninth Circuit, Consolidated Case No. 07-56643]**<br><br>**PROOF OF SERVICE PLAINTIFFS' RESPONSE AND DESIGNATION OF ADDITIONAL TRANSCRIPTS ON APPEAL** |

1
PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067. On January 4, 2008, I served the following document(s) described as **PROOF OF SERVICE   PLAINTIFFS' RESPONSE AND DESIGNATION OF ADDITIONAL TRANSCRIPTS ON APPEAL** on the interested parties in this action by electronic mail when email addresses are available and by placing true copies thereof enclosed in sealed envelopes for delivery by first-class, United States mail as follows:

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2008, at Los Angeles, California.

Susan Gardner

## SERVICE LIST

| | |
|---|---|
| Bradley S. Phillips, Esq.<br>Stuart N. Senator, Esq.<br>Lee S. Taylor, Esq.<br>MUNGER, TOLLES & OLSON LLP<br>355 S. Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Brad.Phillips@mto.com<br>Stuart.Senator@mto.com;<br>lee.taylor@mto.com | Attorneys for Defendant KAPLAN, INC. |
| Steven F. Molo, Esq.<br>James P. Tallon, Esq.<br>Wayne Dale Collins, Esq.<br>SHEARMAN & STERLING, LLP<br>599 Lexington Avenue<br>New York, NY  10022-6069<br>smolo@shearman.com;<br>wcollins@shearman.com;<br>jtallon@shearman.com | Attorneys for Defendant WEST PUBLISHING CORPORATION |
| Edward A. Klein, Esq.<br>Heather H. Gilhooly, Esq.<br>LINER YANKELEVITZ SUNSHINE<br>& REGENSTRIEF LLP<br>1100 Glendon Avenue, 14TH Floor<br>Los Angeles, CA  90024-3503<br>hgilhooly@linerlaw.com | Attorneys for Defendant WEST PUBLISHING CORPORATION |

| | | |
|---|---|---|
| 1 | | |
| 2 | J. Garrett Kendrick, Esq. | Counsel for George Schneider, |
| 3 | C. Benjamin Nutley, Esq.<br>Kendrick & Nutley | Jonathan M. Slomba, James<br>Puntumapanitch, Justin Head, |
| 4 | 1055 E. Colorado Blvd., 5th Floor<br>Pasadena, CA  91106 | Ryan Helfrich<br>(DCA 07-56643) |
| 5 | | |
| 6 | Darrell Palmer, Esq. | Counsel for Sarah Siegel, Evans |
| 7 | Law Offices of Darrell Palmer<br>603 North Highway 101, Ste. A | & Mullinix, P.A., Jennifer Brown<br>McElroy and Daniel Schafter |
| 8 | Solano Beach, CA 92075<br>Darrell.Palmer@cox.net | (DCA 07-56649) |
| 9 | | |
| 10 | Daniel Scott Brown, Esq.<br>131 Lawnview Circle | Counsel for Pamela Collins<br>Dunsmore |
| 11 | Danville, CA  94526-5107<br>absentprof@yahoo.com | (DCA 07-56651) |
| 12 | | |
| 13 | John W. Davis, Esq.<br>Law Office of John W. Davis | Counsel for David Feldman, Cameron<br>Gharabiklou, Emily Grant, Jeff Lang, |
| 14 | 4445 Eastgate Mall, 2nd Floor<br>San Diego, CA  92121 | Sarah McDonald, Cara Patton,<br>Rachel Schwartz, and Greg Thomas<br>(DCA 07-56645) |
| 15 | | |
| 16 | Stephen Helfand<br>Helfand Law Offices | Same as above<br>(DCA 07-56645) |
| 17 | 582 Market Street, Suite 1400<br>San Francisco, CA  94101 | |
| 18 | stephen@stephenhelfand.com | |
| 19 | Robert C. Chojnacki, Esq.<br>Law Offices of Robert C. Chojnacki | Counsel for David Oriol, Jason Tingle<br>and Oliver Gutierrez |
| 20 | 525 Laurel Avenue<br>Menlo Park, CA  94025 | (DCA 07-56646) |
| 21 | chojnackilaw@yahoo.com | |
| 22 | | |
| 23 | Charles A. Sturm<br>Steele Sturm, PLLC | Counsel for James Juranek, Audrey<br>Juranek and Richard P. Le Blanc, III. |
| 24 | 1000 Louisiana, Suite 3780<br>Houston, TX  77002 | (DCA 07-56647) |
| 25 | csturm@steelesturm.com | |
| 26 | Ronald D. Rosengarten, Esq.<br>Rosengarten & Leven, LLP | Same as above<br>(DCA 07-56647) |
| 27 | 23801 Calabasas Road, Suite 1015<br>Calabasas, CA  91302 | |
| 28 | rdresq@sbcglobal.net | |

1

2  Public Citizen Litigation Group                Counsel for Robert Gaudet, Jr.,
   Scott L. Nelson, Esq.                          Elizabeth De Long,
3  Brian Wolfman, Esq.                            Sandeep Gopalan and Andrea
   1600 20th Street, N.W.                         Boggio
4  Washington, D.C.  20009-1001                   (DCA 07-56650)

5
   Office of the Clerk
6  James R. Browning Courthouse
   U.S. COURT OF APPEALS
7  P.O. Box 193939
   San Francisco, CA  94119-3939
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
PROOF OF SERVICE