RECEIVED
BUT NOT FILED

JAN - 7 2008
4:08

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RYAN RODRIGUEZ, REENA FRAILICH, et al., | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF(S) | CV 05-3222 R (MCx) |
| v. | | |
| WEST PUBLISHING CORPORATION, et al., | | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| | DEFENDANT(S). | |

**The following information must be provided:**

I, _____Alan Harris_____ , _____146079_____ , _____aharris@harrisandruble.com_____
       *Name*              *CA Bar ID Number*           *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

_____

_____

and am requesting the following change(s):

## *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME OR FIRM INFORMATION:**

    ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

                PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address aharris@harrisandruble.com _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: January 3, 2008 _____    _____
                                             *Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

1

2

## PROOF OF SERVICE

3

4

I am attorney for the plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Blvd., Suite 1800, Los Angeles, California 90036. On January 3, 2008, I served the within

5

documents: **NOTICE OF CHANGE OF ATTORNEY INFORMATION**

6

I caused such to be delivered by hand in person to:

7

N/A

8

I caused such to be delivered by fax or email to:

9

N/A

10

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S.

11

Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

12

13

Edward A. Klein
Heather H. Gilhooly
LINER YANKELEVITZ

14

SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor

15

Los Angeles, CA 90024-3503

16

James P. Tallon
Wayne Dale Collins

17

Matthew J. Reynolds
SHERMAN & STERLING LLP

18

599 Lexington Avenue
New York, NY 10022-6069

19

James F. Rittinger

20

SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130

21

New York, NY 10169

22

Elliot Disner
2029 Century Park E. 18th Floor

23

Los Angeles, CA 90067

24

25

I declare under penalty of perjury that the above is true and correct. Executed on January 3, 2008, at Los Angeles, California.

26

27

*Alan Harris*

28

Alan Harris

1