1  Alan Harris (SBN 146079)
   HARRIS & RUBLE
2  5455 Wilshire Boulevard, Suite 1800
   Los Angeles, CA 90036
3  Tel: 323.931.3777
   Fax: 323.931.3366
4
   Attorneys for Objectors
5  David Harris,
   Kareem Kamal,
6  Matthew Kavanaugh,
   Simon Newfield,
7  Jonathan Ricasa,
   Abigail Treanor, and
8  David Zelenski

9

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14
15  RYAN RODRIGUEZ, REENA            )   Case No.: CV 05-3222 R (MCx)
    FRAILICH, LOREDANA NESCI,        )
    JENNIFER BRAZEAL, AND LISA       )   **ERRATA TO NOTICE OF CHANGE**
16  GINTZ, on behalf of all others   )   **OF ATTORNEY INFORMATION**
    similarly situated,              )
17                                   )   *Honorable Manuel J. Real*
                 Plaintiffs,         )
18                                   )
       vs.                           )
19                                   )
    WEST PUBLISING                   )
20  CORPORATION, a Minnesota         )
    Corporation d/b/a BAR/BRI and    )
21  KAPLAN, Inc., a Delaware         )
    Corporation                      )
22                                   )
                 Defendants.         )
23                                   )
                                     )
24                                   )
                                     )
25                                   )
                                     )
26                                   )
    ─────────────────────────────────)
27
28

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | **PLEASE TAKE NOTICE THAT** Objectors David Harris, Kareem Kamal, Matthew Kavanaugh, Simon Newfield, Jonathan Ricasa, Abigail Treanor, and David Zelenski ("Objectors") filed a Notice of Change of Attorney Information and, in the process of uploading the document to the CM/ECF system, incorrectly specified that Alan Harris of Harris & Ruble represents Ryan Rodriguez and Reena Frailich.  Please be advised that Alan Harris is the Attorney for Objectors only and that Harris & Ruble does not represent either Ryan Rodriguez or Reena Frailich.  Filed herewith is a correct Notice of Change of Attorney Information.

DATED: January 23, 2008              HARRIS & RUBLE

                                     /s/ Alan Harris
                                     Alan Harris
                                     *Attorney for Objectors*

## PROOF OF SERVICE

I am an attorney for the Objectors herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On January 23, 2008, I served the within documents: **ERRATA TO NOTICE OF CHANGE OF ATTORNEY INFORMATION.**

I caused such document to be delivered by hand in person to:

N/A.

I caused such to be delivered by fax or email to:

N/A.

I caused such to be delivered by the Courts Electronic Document Filing System to:

Edward A. Klein
Heather H. Gilhooly
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

James P. Tallon
Wayne Dale Collins
Matthew J. Reynolds
SHERMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069

James F. Rittinger
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169

Elliot Disner
2029 Century Park E. 18th Floor
Los Angeles, CA 90067

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

N/A.

1  I declare under penalty of perjury that the above is true and correct. Executed on
2  January 23, 2008, at Los Angeles, California.
3
4  _____
   Alan Harris