Alan Harris (SBN 146079)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Tel: 323.931.3777
Fax: 323.931.3366

Attorneys for Objectors
David Harris,
Kareem Kamal,
Matthew Kavanaugh,
Simon Newfield,
Jonathan Ricasa,
Abigail Treanor, and
David Zelenski

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL, AND LISA GINTZ, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI and KAPLAN, Inc., a Delaware Corporation<br><br>Defendants. | Case No.: CV 05-3222 R (MCx)<br><br>**ERRATA TO NOTICE OF CHANGE OF ATTORNEY INFORMATION**<br><br>*Honorable Manuel J. Real* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Objectors David Harris, Kareem Kamal, Matthew Kavanaugh, Simon Newfield, Jonathan Ricasa, Abigail Treanor, and David Zelenski ("Objectors") filed a Notice of Change of Attorney Information and, in the process of uploading the document to the CM/ECF system, incorrectly specified that Alan Harris of Harris & Ruble represents Ryan Rodriguez and Reena Frailich. Please be advised that Alan Harris is the Attorney for Objectors only and that Harris & Ruble does not represent either Ryan Rodriguez or Reena Frailich. Filed herewith is a correct Notice of Change of Attorney Information.

DATED: January 23, 2008                HARRIS & RUBLE

*/s/ Alan Harris*
Alan Harris
*Attorney for Objectors*

# PROOF OF SERVICE

I am an attorney for the Objectors herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On January 23, 2008, I served the within documents: **ERRATA TO NOTICE OF CHANGE OF ATTORNEY INFORMATION.**

I caused such document to be delivered by hand in person to:

N/A.

I caused such to be delivered by fax or email to:

N/A.

I caused such to be delivered by the Courts Electronic Document Filing System to:

Edward A. Klein
Heather H. Gilhooly
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

James P. Tallon
Wayne Dale Collins
Matthew J. Reynolds
SHERMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069

James F. Rittinger
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169

Elliot Disner
2029 Century Park E. 18th Floor
Los Angeles, CA 90067

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

N/A.

3
ERRATA TO NOTICE OF CHANGE OF ATTORNEY INFORMATION

1  I declare under penalty of perjury that the above is true and correct. Executed on
2  January 23, 2008, at Los Angeles, California.

3
4        _____
         Alan Harris

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28