UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 17 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN RODRIGUEZ, et al., <br><br> Plaintiffs - Appellees; <br><br> and <br><br> WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., <br><br> Defendants - Appellees <br><br> v. <br><br> GEORGE SCHNEIDER; et al., <br><br> Objectors - Appellants. | No. 07-56643 <br><br> D.C. No. CV-05-03222-R <br> Central District of California, <br> Los Angeles |



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| RYAN RODRIGUEZ, et al., <br><br> Plaintiffs - Appellees; <br><br> and <br><br> WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., <br><br> Defendants - Appellees <br> v. <br><br> DAVID FELDMAN; et al., <br><br> Objectors - Appellants. | No. 07-56645 <br><br> D.C. No. CV-05-03222-R <br> Central District of California, <br> Los Angeles |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br>v.<br><br>DAVID ORIOL; et al.,<br><br>    Objectors - Appellants. | No. 07-56646<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br>v.<br><br>JAMES JURANEK; et al.,<br><br>    Objectors - Appellants. | No. 07-56647<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br>v.<br><br>EVANS & MULLINIX, P.A.; et al.,<br><br>    Objectors - Appellants. | No. 07-56649<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br>v.<br><br>ROBERT GAUDET, JR.; et al.,<br><br>    Objectors - Appellants. | No. 07-56650<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br>v.<br><br>PAMELA COLLINS DUNMORE,<br><br>    Objector - Appellant. | No. 07-56651<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles<br><br><br><br>ORDER |

These appeals have been consolidated.

On December 3, 2007, this court advised appellants in appeal Nos. 07-56650 and 07-56651 that the filing and docketing fees for those appeals remained due. On December 17, 2007, appellants in appeal No. 07-56650 advised the court that the filing and docketing fees had been paid. However, a review of the district court docket does not reflect that the fees have in fact been paid. In addition, appellants in appeal No. 07-56651 have neither paid the fees, nor filed a motion to proceed in forma pauperis, nor otherwise responded to the court's order to show cause.

Appellants in appeal Nos. 07-56650 and 07-56651 shall have one final opportunity to comply with the court's December 3, 2007 order. Within 14 days

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

from the filing date of this order appellants shall pay to the district court the $455.00 filing and docketing fees for these appeals **and file in this court proof of such payment** or file in this court a motion to proceed in forma pauperis.

Failure to pay the fees or file a motion to proceed in forma pauperis shall result in the automatic dismissal of appeal Nos. 07-56650 and 07-56651 by the Clerk for failure to prosecute. See 9th Cir. R. 42-1.

The Clerk shall re-serve a Form 4 financial affidavit on appellants in appeal Nos. 07-56650 and 07-56651.

The briefing schedule previously established remains in effect.

For the Court

Caroline A. Jacobs
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A