UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 17 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br><br>v.<br><br>GEORGE SCHNEIDER; et al.,<br><br>    Objectors - Appellants. | No. 07-56643<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles<br><br> |
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br>v.<br><br>DAVID FELDMAN; et al.,<br><br>    Objectors - Appellants. | No. 07-56645<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al., | No. 07-56646 |
| Plaintiffs - Appellees; | D.C. No. CV-05-03222-R |
| and | Central District of California, Los Angeles |
| WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., | |
| Defendants - Appellees | |
| v. | |
| DAVID ORIOL; et al., | |
| Objectors - Appellants. | |

| | |
|---|---|
| RYAN RODRIGUEZ, et al., | No. 07-56647 |
| Plaintiffs - Appellees; | D.C. No. CV-05-03222-R |
| and | Central District of California, Los Angeles |
| WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., | |
| Defendants - Appellees | |
| v. | |
| JAMES JURANEK; et al., | |
| Objectors - Appellants. | |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br>v.<br><br>EVANS & MULLINIX, P.A.; et al.,<br><br>    Objectors - Appellants. | No. 07-56649<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |
| RYAN RODRIGUEZ, et al.,<br><br>    Plaintiffs - Appellees;<br><br>and<br><br>WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al.,<br><br>    Defendants - Appellees<br>v.<br><br>ROBERT GAUDET, JR.; et al.,<br><br>    Objectors - Appellants. | No. 07-56650<br><br>D.C. No. CV-05-03222-R<br>Central District of California,<br>Los Angeles |

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

| | |
|---|---|
| RYAN RODRIGUEZ, et al., <br><br> Plaintiffs - Appellees; <br><br> and <br><br> WEST PUBLISHING CORPORATION, a Minnesota corporation d.b.a. BAR-BRI; et al., <br><br> Defendants - Appellees <br> v. <br><br> PAMELA COLLINS DUNMORE, <br><br> Objector - Appellant. | No. 07-56651 <br><br> D.C. No. CV-05-03222-R <br> Central District of California, <br> Los Angeles <br><br><br> ORDER |

These appeals have been consolidated.

On December 3, 2007, this court advised appellants in appeal Nos. 07-56650 and 07-56651 that the filing and docketing fees for those appeals remained due. On December 17, 2007, appellants in appeal No. 07-56650 advised the court that the filing and docketing fees had been paid. However, a review of the district court docket does not reflect that the fees have in fact been paid. In addition, appellants in appeal No. 07-56651 have neither paid the fees, nor filed a motion to proceed in forma pauperis, nor otherwise responded to the court's order to show cause.

Appellants in appeal Nos. 07-56650 and 07-56651 shall have one final opportunity to comply with the court's December 3, 2007 order. Within 14 days

07-56643, 07-56645, 07-56646, 07-56647, 07-56649, 07-56650 & 07-56651

from the filing date of this order appellants shall pay to the district court the $455.00 filing and docketing fees for these appeals **and file in this court proof of such payment** or file in this court a motion to proceed in forma pauperis.

Failure to pay the fees or file a motion to proceed in forma pauperis shall result in the automatic dismissal of appeal Nos. 07-56650 and 07-56651 by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk shall re-serve a Form 4 financial affidavit on appellants in appeal Nos. 07-56650 and 07-56651.

The briefing schedule previously established remains in effect.

For the Court

*/s/ Caroline A. Jacobs*
Caroline A. Jacobs
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A