Ryan Rodriguez et al v. West Publishing Corporation et al | Doc. 518

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
OCT 2 9 2007

FILED
DOCKETED

**CASE INFORMATION:**

Short Case Title: Ryan Rodriguez et al v. West Publishing Corporation et al
Court of Appeals No. (leave blank if unassigned) _____  07-56651
U.S. District Court, Division & Judge Name  Central California, Hon. Manuel L. Real
Criminal and/or Civil Case No.  CV05-03222-R(MC)
Date Complaint/Indictment/Petition Filed:  4/29/05
Date Appealed order/judgment entered:  9/11/07, 9/11/07
Date NOA filed:  10/24/07
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):
☐ granted in full (attach order)
☐ granted in part (attach order)
☐ denied in full (attach order)
☐ pending

DOCKETED ON CM
NOV 2 0 2007
BY

Court Reporter(s) Name & Phone Number  Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____
Date FP granted: _____
Is FP pending? ☐ yes ☐ no
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

Date Docket Fee Billed: 10/26/07
Date FP denied: _____
Was FP limited ☐? Revoked ☐?

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)

Appellate Counsel:
Daniel Scott Brown Law Offices
131 Lawnview Circle
Danville, CA 94526-5107
Tel: 925 548-4620
Email: absentprof@yahoo.com
☐ retained ☐ CJA ☐ FPD ☒ Pro Se ☐ Other _____

Appellee Counsel:
Eliot G Disner
Disner Law Corporation
2029 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: 310 922-6339 Fax: 310-282-2500
*Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____  Address: _____
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____   9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
(213) 894-3570

A-8 (08/02) (CA9-014)    NOTICE OF APPEAL NOTIFICATION FORM

```
CLERK'S OFFICE U.S.D.C.
LOS ANGELES
2/8/2008 11:17:34 AM  Receipt #: 104211
Cashier : ABELLARY [LR 1-1]
Paid by: JANNEY AND JANNEY
2:CV05-03222
2008-086900      Appeals Filing Fees(1)
Amount :                         $105.00
2:CV05-03222
2008-510000Judicial Services ($150.00)(1)
Amount :                         $150.00
2:CV05-03222
2008-086400Appeals Filing fee - Special(1
)
Amount :                         $200.00
Comment: APPEAL NO. CV07-56651
---------------------------------
Check Payment : 192369 /        455.00
---------------------------------
Total Payment :                 455.00
```

Dockets.Justia.com