McGUIREWOODS LLP
Sidney K. Kanazawa (Bar No. CA 84608)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
*skanazawa@mcguirewoods.com*

Class Counsel
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware corporation,<br><br>Defendants. | CASE NO. CV 05-3222 R(MCx)<br><br>**PLAINTIFFS' OPPOSITION TO THE *EX PARTE* APPLICATION TO INTERVENE AND MODIFY STIPULATION AND PROTECTIVE ORDER** |
| AND CONSOLIDATED ACTION | |



Dockets.Justia.com

Plaintiffs and Class Counsel in this action object to this *ex parte* application in its entirety because the plaintiffs and applicants in *Stetson et al. v. West Publishing et al.* failed to give notice to Class Counsel (any of the three firms) of this *ex parte* application as required by Local Rule 7-19. We first learned of this application when notified of a change to the docket via the Court's electronic filing system.

To the extent that this *ex parte* application is not summarily denied either on its merits or for lack of notice, we request that it be heard on regular (21-day) notice, or that we be given additional time to respond.

We further assure this Court that Class Counsel did not authorize the transfer of any confidential documents to Mr. Disner in violation either of this Court's existing Protective Order or our ethical duties owed to the *Rodriguez* Class.

DATE: March 26, 2008

Respectfully submitted,

McGUIREWOODS LLP

_

______/s/_____________

Sidney K. Kanazawa
Tracy Evans-Moyer
Darrel C. Menthe
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

**Finkelstein Thompson LLP**
Rosemary M. Rivas
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

L. Kendall Satterfield
The Duvall Foundry

1050 30th Street NW
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

**Zwerling, Schachter & Zwerling LLP**
Dan Drachler
1904 Third Avenue, Suite 1030
Seattle, Washington 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636

Robert S. Schachter
41 Madison Avenue
New York, New York 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

Class Counsel

5236154_1.DOC