Ryan Rodriguez et al v. West Publishing Corporation et al Doc. 521



Eliot G. Disner, Esq. (SBN: CA 068832)
A Professional Corporation
*edisner@disnerlaw.com*
Joel R. Bennett, Esq. (SBN: CA 042162)
*rbennett@disnerlaw.com*
Fredricka Ung, Esq. (SBN: 253794)
*fung@disnerlaw.com*
DISNER LAW CORPORATION
2029 Century Park East, 19th Floor
Los Angeles, California 90067-2901
Tel: (310) 286-0600
Fax: (310) 282-2585

Alan Harris, Esq. (SBN: CA 146079)
HARRIS & RUBLE
5455 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Tel: (323) 931-3777 Fax (323) 931-3366
la@harrisandruble.com

*Attorneys for Prospective Intervenors, Stephen Stetson, Shane LaVigne, Christine Leigh Brown-Roberts, Valentin Yuri Karpenko, and Jake Jeremiah Fathy*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, et al.,<br><br>Defendants. | CASE NO. CV 05-3222-R<br><br>CLASS ACTION<br><br>[Assigned to the Hon. Manuel Real]<br><br>**SUPPLEMENTAL DECLARATION OF ELIOT G. DISNER TO CONDITIONAL EX PARTE APPLICATION OF STETSON PLAINTIFFS TO INTERVENE AND TO MODIFY THE STIPULATION AND PROTECTIVE ORDER** |
| AND CONSOLIDATED ACTIONS | Date: None Set<br>Time: None Set<br>Place: Courtroom 8 |

Dockets.Justia.com

## SUPPLEMENTAL DECLARATION OF ELIOT G. DISNER

I, ELIOT G. DISNER, declare:

1. I am a member in good standing of the State Bar of California, and practice law through the Disner Law Corporation ("DLC"). I am co-counsel for plaintiffs in STEPHEN STETSON, SHANE LAVIGNE, CHRISTINE LEIGH BROWN-ROBERTS, VALENTIN YURI KARPENKO, JAKE JEREMIAH FATHY and all others similarly situated v. WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, INC. Case No. CV 08-00810R. I am competent to make this declaration and if asked to testify, I would and could competently testify thereto.

2. This Declaration is supplemental to the Declaration I executed on March 25, 2008 in connection with the Application titled above. In that Declaration, I declared in part as follows:

> 3. On March 24, 2008, Fredricka Ung told Ms. Gilhooly over the telephone that plaintiffs in *Stetson* will file an Ex Parte Application in *Rodriguez* to modify the Protective Order. Ms. Gilhooly expressed her objection to this procedure.
>
> 4. On March 25, 2008, I confirmed this in an e-mail I sent to Defendants' counsels. Having received no response from the Defendants' counsel with respect thereto, we presume they will continue to oppose *Stetson* plaintiffs' Application, even though it is far narrower than the similar motion brought by the plaintiffs in *Schall et al. v. West Publishing Corp.*, Case No. CV 05-3222 R (MCx) filed on August 8, 2007.

3. In fact, Ms. Gilhooly did respond on the 25th to Ms. Ung, but only to report that she "d[id] not understand [my] email." Therefore, the Declaration should have said: "Having received no *meaningful* response from the Defendants' counsel with respect thereto...." By this Supplemental Declaration, it is my intention to so clarify my

declaration filed yesterday. I apologize to all concerned for any confusion I caused.

4. Ms. Gilhooly's "response" was the only one received from the 12 recipients of my email. No other attorney expressed in writing or orally any difficulty understanding my email. A true and correct copy of said email is attached hereto as Exhibit 1. The Court will then see for itself that like the other 11 attorneys, it too will comprehend the contents of said email.

5. Ms. Gilhooly's nonresponsive response appears to have been a clever ploy to slow down our filing of this ex parte application, in the hope that we would accommodate her purported concerns, by re-emailing all 12 attorneys to permit them more time to respond. Meanwhile, everyone knows the time sensitivity of our ex parte Application since Defendants' Reply to our now-lodged Opposition to their Motion to Dismiss must be filed by next Monday. To all appearances, this defense strategy is bereft of good faith.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of March, 2008 at Los Angeles, California.

ELIOT G. DISNER

**Fredricka Ung**

---

| | |
|---|---|
| **From:** | Eliot Disner |
| **Sent:** | Tuesday, March 25, 2008 1:27 PM |
| **To:** | Stuart.Senator@mto.com; 'brad.phillips@mto.com'; 'Heather H. Gilhooly'; James Tallon; 'elisabeth.neubauer@mto.com'; 'wcollins@shearman.com'; 'jklein@ssbb.com'; 'jrittinger@ssbb.com' |
| **Cc:** | Fredricka Ung; 'Alan Harris'; joelrbennett@yahoo.com; Perrin Disner |
| **Subject:** | Stetson: Plaintiffs' Opposition to Motion to Dismiss |

We have reviewed your positions regarding our filing of Plaintiffs' Opposition to Motion to Dismiss, and have come up with the following compromise, which we hope is acceptable to you. Specifically, (1) unless the Court promptly approves our Application to File the Opposition Under Seal, our Ex Parte to Modify the Rodriguez Protective Order will be limited to the one document referred to in our brief (without prejudice, of course, to our moving unconditionally to be included in the Rodriguez Protective Order at a later time); and (2) if the Application is granted, then you will proffer no objection to our Opposition being filed as is under seal.

You may also consent to our so-modified Protective Order, sparing the Court the work required to review yet another set of briefs in the Rodriguez case.

Please let us know promptly whether or not this proposal is acceptable to you, in whole or in part. We appreciate your responding to all listed counsel as well. If we missed someone on your side, please advise.

Thank you,

Eliot G. Disner
Disner Law Corporation
Suite 1900
2029 Century Park East
Los Angeles, CA 90067
Phone: 310-286-0600
Fax: 310-282-2585
Email: edisner@disnerlaw.com
Website: www.disnerlaw.com

If you received this email in error, please delete.