DECLARATION OF HEATHER H. GILHOOLY

I, Heather H. Gilhooly, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Liner Yankelevitz Sunshine & Regenstreif LLP, counsel of record for Defendant West Publishing Corporation in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Movants' counsel, Fredricka Ung, first raised the issue of bringing an ex parte application with me via telephone on the afternoon of March 24, 2008. However, Ms. Ung did not specify precisely what relief would be sought. As such, I confirmed for Ms. Ung that West objected to her *Stetson* counsel's attachment of the protected document at issue to a court filing in *Stetson* and to the Disner Law Corporation's possession of the document, because both circumstances clearly violated the Protective Order.

3. On the afternoon of March 25, 2008, Movants' counsel, Eliot Disner, sent an email to counsel for defendants West and Kaplan, Inc. proposing a resolution which was not sound or practicable. Having previously been instructed by Mr. Disner to direct all calls to his associate, Fredricka Ung, I called Ms. Ung regarding Mr. Disner's email, pointing out the problematic terms. Ms. Ung agreed that Mr. Disner's email was confusing and stated that Mr. Disner had obviously misunderstood the timing for the Court's consideration of Movants' application to file their opposition under seal. Ms. Ung represented that she would seek clarification from Mr. Disner and then call me back or send me an email to clarify Mr. Disner's earlier email.

4. Ms. Ung did not call or email me as promised. Instead, Movants filed their ex parte application at approximately 9:24 p.m. on March 25, attaching a





Dockets.Justia.com

declaration by Eliot Disner which states that Movants' counsel received "no response" to his email from defense counsel.

5. On the morning of March 26, 2008, I again spoke to Fredricka Ung by telephone. Ms. Ung confirmed that I had called on March 25 in response to Mr. Disner's email of that day, that she had agreed that the email proposal was confusing as drafted, and that she had agreed to speak to Mr. Disner regarding defense counsel's questions and then call or email me with clarification. Ms. Ung confirmed that she did not call or email me as promised. Ms Ung also confirmed each and all of the following: (a) that she had informed Mr. Disner of my March 25 call regarding his email – prior to the filing of Mr. Disner's declaration, (b) that she was the filing attorney for the ex parte application and declaration that Movants' filed the night of March 25, and (c) that she had specifically noticed before filing the ex parte application and declaration that the declaration stated there had been "no response" from defense counsel to Mr. Disner's email. Ms. Ung indicated that she went ahead and filed the document despite all of the foregoing because she was "in a hurry" to get the document filed.

6. Attached hereto as Exhibit A is a true and correct copy of an email message I authored and caused to be sent to Ms. Ung on the morning of March 26, 2008.

7. Attached hereto as Exhibit B is a true and correct copy of the email message I received from Ms. Ung on March 26, 2008 in response to my email of that date (Exhibit A).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of March, 2008, at Los Angeles, California.

____________________________

Heather H. Gilhooly

REDACTED

---

**From:** Heather H. Gilhooly
**Sent:** Wednesday, March 26, 2008 10:40 AM
**To:** 'Fredricka Ung'
**Cc:** Eliot Disner; James Tallon; 'Senator, Stuart'; Phillips, Bradley; 'Matthew Reynolds'; Edward A. Klein; elisabeth.neubauer@mto.com
**Subject:** FW: Activity in Case 2:05-cv-03222-R-Mc Ryan Rodriguez et al v. West Publishing Corporation et al Ex Parte Application to Intervene

Fredricka,

I write to memorialize our conversations of yesterday and this morning.

Yesterday afternoon, I called you to discuss Eliot Disner's email proposal. You agreed that the proposal was not clear and was confusing as drafted. You agreed to speak to Eliot regarding my questions and to call me back or email me back with clarification. You did not call or email me.

At approximately 9:24 p.m. last night you filed plaintiffs' ex parte application seeking modification of the Rodriguez protective order. Attached to that application was a declaration signed by Eliot, under penalty of perjury, which states that your firm received "no response" from defense counsel with respect to Eliot's email.

This morning I called you to inquire how such a declaration could be filed when I had called and spoken to you about the email. You confirmed that you did in fact inform Eliot of my call of yesterday, and thus he was aware there had been a response by defense counsel. You confirmed that you were in fact the filing attorney for the ex parte application and declaration. And you confirmed that you noticed before filing the ex parte application and declaration that the declaration erroneously stated there had been "no response" from defense counsel. You further indicated that you went ahead and filed the document despite all of the foregoing because you were "in a hurry" to get the document filed.

As I indicated during our call, I intend to bring the foregoing to the Court's attention in opposing plaintiffs' ex parte application.

Heather

---

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Tuesday, March 25, 2008 9:25 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:05-cv-03222-R-Mc Ryan Rodriguez et al v. West Publishing Corporation et al Ex Parte Application to Intervene

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without**

**charge. To avoid later charges, download a copy of each document during this first viewing.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Ung, Fredricka on 3/25/2008 at 9:24 PM PDT and filed on 3/25/2008

**Case Name:** Ryan Rodriguez et al v. West Publishing Corporation et al
**Case Number:** 2:05-cv-3222
**Filer:** Stephen Stetson
**WARNING: CASE CLOSED on 09/10/2007**
**Document Number:** 519

**Docket Text:**
First EX PARTE APPLICATION to Intervene *and to Modify the Stipulation and Protective Order (Conditional)* filed by Intervenor Stephen Stetson. (Attachments: # (1) Proposed Order)(Ung, Fredricka)

**2:05-cv-3222 Notice has been electronically mailed to:**

Andrea Boggio boggio@stanfordalumni.org

Daniel Scott Brown absentprof@yahoo.com

Robert C Chojnacki chojnackilaw@yahoo.com

Wayne D Collins wcollins@shearman.com

John William Davis john@johnwdavis.com

Elizabeth De Long Edelong06@gmail.com

Eliot G Disner edisner@disnerlaw.com

Lisl Joanne Dunlop ldunlop@shearman.com

Tracy Evans-Moyer tmoyer@mcguirewoods.com

Joshua R Furman joshua@furman.com

Robert Gaudet, Jr. robert_gaudet@yahoo.com

Heather H Gilhooly hgilhooly@linerlaw.com

Sandeep Gopalan sandeepgopalan@hotmail.com

D Alan Harris aharris@harrisandruble.com, jricasa@harrisandruble.com

Sidney K Kanazawa skanazawa@mcguirewoods.com

Exhibit A, Pg. 13

Edward A Klein eklein@linerlaw.com, hchoi@linerlaw.com

Joseph Darrell Palmer darrell.palmer@cox.net

David P Schafer david@helpingtexas.com

Stuart N Senator stuart.senator@mto.com, loren.rives@mto.com

Jia-Ming Shang jshang@mcguirewoods.com

Douglas N Silverstein dsilverstein@californialaborlawattorney.com

Stephen Stetson edisner@disnerlaw.com

Lee S Taylor lee.taylor@mto.com

Fredricka Ung fung@disnerlaw.com

**2:05-cv-3222 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Robert L Arleo
Robert L Arleo Law Offices
164 Sunset Park Road
Haines Falls, NY 12436

Marc D Ashley
Sherman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Anand L Daniell

Pamela Collins Dunmore
2635 SW 35th Place, #1402
Gainsville, Fl 32608

Carmine Giardino
Giardino Law firm Inc, The
8626 Tesoro Drive Suite 510
San Antonio, TX 78217

Alan S Gruber
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Noah E Jussim
McGuire Woods
1800 Century Park East, 8th Floor

Exhibit A, Pg. 14

Los Angeles, CA 90067

J Garrett Kendrick
Kendrick & Nutley
1055 E Colorado Blvd, Fifth Floor
Pasadena, CA 91106

Lorraine Rimson

Nicholas D Mermiges

Steven F Molo
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Kenneth E Nelson
Nelson Law firm PC
2900 City Center Square
1100 Main Street
Kansas City, MO 64105

C Benjamin Nutley
Kendrick & Nutley
1055 E Colorado Blvd, Fifth Floor
Pasadena, CA 91106

Colleen M Regan
McGuireWoods
1800 Century Park East, 8th Floor
Los Angeles, CA 90067

Ronald D Rosengarten
Rosengarten & Leven LLP
23801 Calabasas Rd, Ste 1015
Calabasas, CA 91302

Brian Schall

Joanna Shally
Shearman and Sterling
599 Lexington Avenue
New York, NY 10022

Edward F Siegel
Edward F Siegel Co., LPA
27600 Chagrin Boulevard, Suite 340
Cleveland, OH 44122

Charles A Sturm
Steele Sturm
Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, TX 77002

Rebecca J Trent
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Jon M Zimmerman
Jon M Zimmerman Law Offices
1420 5th Avenue, Suite 2200
Seattle, WA 98101

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\Rodriguez v. West\Pleadings\Ex Parte Application to Modify Protective Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/25/2008] [FileNumber=5578078-0] [68269b738b7099a1d1865b3b1a64ada12b78febc916c7c3c5387b307e9af988cfed8 4e1253fcf66d35716455f18f706087a60ae1ed46a81da43ddf105ad2f1dd]]
**Document description:**Proposed Order
**Original filename:**O:\Rodriguez v. West\Pleadings\Proposed Order re Modification of Prot Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/25/2008] [FileNumber=5578078-1] [06e2c499d25ef91afcb80bff5a149d8cce4c51e4e6e8674421a25983a9d67e513d73 0bb0c27e4c909d00860966a45e2d7de86bfd7d24a04fe3d7b4f53ce09298]]

**REDACTED**

---

**From:** Fredricka Ung [mailto:fung@disnerlaw.com]
**Sent:** Wednesday, March 26, 2008 10:54 AM
**To:** Heather H. Gilhooly
**Cc:** Eliot Disner
**Subject:** RE: Activity in Case 2:05-cv-03222-R-Mc Ryan Rodriguez et al v. West Publishing Corporation et al Ex Parte Application to Intervene

Heather,

To clarify, I did not state that I went ahead and filed the Declaration despite the error. What I said this morning is that I noticed that the Declaration stated that there had been "no response" from defense counsel, but I did not realize it was an error because I was trying to file the document as soon as possible. You brought to my attention this morning that the Declaration is erroneous, which I agreed with.

Fredricka

---

**From:** Heather H. Gilhooly [mailto:hgilhooly@linerlaw.com]
**Sent:** Wednesday, March 26, 2008 10:40 AM
**To:** Fredricka Ung
**Cc:** Eliot Disner; James Tallon; Senator, Stuart; Phillips, Bradley; Matthew Reynolds; Edward A. Klein; elisabeth.neubauer@mto.com
**Subject:** FW: Activity in Case 2:05-cv-03222-R-Mc Ryan Rodriguez et al v. West Publishing Corporation et al Ex Parte Application to Intervene

Fredricka,

I write to memorialize our conversations of yesterday and this morning.

Yesterday afternoon, I called you to discuss Eliot Disner's email proposal. You agreed that the proposal was not clear and was confusing as drafted. You agreed to speak to Eliot regarding my questions and to call me back or email me back with clarification. You did not call or email me.

At approximately 9:24 p.m. last night you filed plaintiffs' ex parte application seeking modification of the Rodriguez protective order. Attached to that application was a declaration signed by Eliot, under penalty of perjury, which states that your firm received "no response" from defense counsel with respect to Eliot's email.

This morning I called you to inquire how such a declaration could be filed when I had called and spoken to you about the email. You confirmed that you did in fact inform Eliot of my call of yesterday, and thus he was aware there had been a response by defense counsel. You confirmed that you were in fact the filing attorney for the ex parte application and declaration. And you confirmed that you noticed before filing the ex parte application and declaration that the declaration erroneously stated there had been "no response" from defense counsel. You further indicated that you went ahead and filed the document despite all of the foregoing because you were "in a hurry" to get the document filed.

As I indicated during our call, I intend to bring the foregoing to the Court's attention in opposing plaintiffs' ex parte application.

Heather

---

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Tuesday, March 25, 2008 9:25 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:05-cv-03222-R-Mc Ryan Rodriguez et al v. West Publishing Corporation et al Ex Parte Application to Intervene

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Ung, Fredricka on 3/25/2008 at 9:24 PM PDT and filed on 3/25/2008
**Case Name:** Ryan Rodriguez et al v. West Publishing Corporation et al
**Case Number:** 2:05-cv-3222
**Filer:** Stephen Stetson
**WARNING: CASE CLOSED on 09/10/2007**
**Document Number:** 519

**Docket Text:**
First EX PARTE APPLICATION to Intervene *and to Modify the Stipulation and Protective Order (Conditional)* filed by Intervenor Stephen Stetson. (Attachments: # (1) Proposed Order)(Ung, Fredricka)

**2:05-cv-3222 Notice has been electronically mailed to:**

Andrea Boggio boggio@stanfordalumni.org

Daniel Scott Brown absentprof@yahoo.com

Robert C Chojnacki chojnackilaw@yahoo.com

Wayne D Collins wcollins@shearman.com

John William Davis john@johnwdavis.com

Elizabeth De Long Edelong06@gmail.com

Eliot G Disner edisner@disnerlaw.com

Lisl Joanne Dunlop ldunlop@shearman.com

Exhibit B, Pg. 18

Tracy Evans-Moyer tmoyer@mcguirewoods.com

Joshua R Furman joshua@furman.com

Robert Gaudet, Jr. robert_gaudet@yahoo.com

Heather H Gilhooly hgilhooly@linerlaw.com

Sandeep Gopalan sandeepgopalan@hotmail.com

D Alan Harris aharris@harrisandruble.com, jricasa@harrisandruble.com

Sidney K Kanazawa skanazawa@mcguirewoods.com

Edward A Klein eklein@linerlaw.com, hchoi@linerlaw.com

Joseph Darrell Palmer darrell.palmer@cox.net

David P Schafer david@helpingtexas.com

Stuart N Senator stuart.senator@mto.com, loren.rives@mto.com

Jia-Ming Shang jshang@mcguirewoods.com

Douglas N Silverstein dsilverstein@californialaborlawattorney.com

Stephen Stetson edisner@disnerlaw.com

Lee S Taylor lee.taylor@mto.com

Fredricka Ung fung@disnerlaw.com

**2:05-cv-3222 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Robert L Arleo
Robert L Arleo Law Offices
164 Sunset Park Road
Haines Falls, NY 12436

Marc D Ashley
Sherman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Anand L Daniell

Pamela Collins Dunmore
2635 SW 35th Place, #1402
Gainsville, Fl 32608

Exhibit B, Pg. 19

Carmine Giardino
Giardino Law firm Inc, The
8626 Tesoro Drive Suite 510
San Antonio, TX 78217

Alan S Gruber
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Noah E Jussim
McGuire Woods
1800 Century Park East, 8th Floor
Los Angeles, CA 90067

J Garrett Kendrick
Kendrick & Nutley
1055 E Colorado Blvd, Fifth Floor
Pasadena, CA 91106

Lorraine Rimson

Nicholas D Mermiges

Steven F Molo
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Kenneth E Nelson
Nelson Law firm PC
2900 City Center Square
1100 Main Street
Kansas City, MO 64105

C Benjamin Nutley
Kendrick & Nutley
1055 E Colorado Blvd, Fifth Floor
Pasadena, CA 91106

Colleen M Regan
McGuireWoods
1800 Century Park East, 8th Floor
Los Angeles, CA 90067

Ronald D Rosengarten
Rosengarten & Leven LLP
23801 Calabasas Rd, Ste 1015

Calabasas, CA 91302

Brian Schall

Joanna Shally
Shearman and Sterling
599 Lexington Avenue
New York, NY 10022

Edward F Siegel
Edward F Siegel Co., LPA
27600 Chagrin Boulevard, Suite 340
Cleveland, OH 44122

Charles A Sturm
Steele Sturm
Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, TX 77002

Rebecca J Trent
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Jon M Zimmerman
Jon M Zimmerman Law Offices
1420 5th Avenue, Suite 2200
Seattle, WA 98101

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\Rodriguez v. West\Pleadings\Ex Parte Application to Modify Protective Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/25/2008] [FileNumber=5578078-0] [68269b738b7099a1d1865b3b1a64ada12b78febc916c7c3c5387b307e9af988cfed8 4e1253fcf66d35716455f18f706087a60ae1ed46a81da43ddf105ad2f1dd]]
**Document description:**Proposed Order
**Original filename:**O:\Rodriguez v. West\Pleadings\Proposed Order re Modification of Prot Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/25/2008] [FileNumber=5578078-1] [06e2c499d25ef91afcb80bff5a149d8cce4c51e4e6e8674421a25983a9d67e513d73 0bb0c27e4c909d00860966a45e2d7de86bfd7d24a04fe3d7b4f53ce09298]]