# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R** **Date: April 7, 2008**

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc**

**==============================================================**

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

**William Horrell** **Bridget Montero**
**Deputy Clerk** **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**

**Joel Bennet**
**Fredericka Ung**

**ATTORNEYS PRESENT FOR DEFENDANTS:**

**Stuart Senator**
**James Tallon**
**Heather Gilhooley**

**PROCEEDINGS:** "Plaintiffs'-in-intervention" Stetson etc's (from Case # CV-08-810-R) Ex Parte Application to intervene and to modify the stipulation and protective order

**The Court DENIES the Ex Parte Application.**

**Defendants shall submit a proposed order.**

1 min

**MINUTES FORM 90**
**CIVIL -- GEN**

**Initials of Deputy Clerk WH**

Dockets.Justia.com