Edward A. Klein, Esq. (SBN: 145736)
Heather H. Gilhooly, Esq. (SBN: 198911)
hgilhooly@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

James P. Tallon, Esq. (SBN: 154035)
jtallon@shearman.com
Wayne Dale Collins, Esq. (*pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Defendant
West Publishing Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, et al.,<br><br>Defendants. | Case No. CV 05-3222 R(MCx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER DENYING CONDITIONAL EX PARTE APPLICATION OF STETSON PLAINTIFFS TO INTERVENE AND TO MODIFY THE STIPULATION AND PROTECTIVE ORDER** |
| AND CONSOLIDATED ACTIONS. | |

PLEASE TAKE NOTICE that, pursuant to the Court's instruction, defendant West Publishing Corporation ("West") hereby lodges with the Court a proposed order denying the Conditional Ex Parte Application of Stetson Plaintiffs to Intervene and to Modify the Stipulation and Protective Order, filed by non-parties Stephen Stetson, Shane LaVigne, Christine Leigh Brown-Roberts, Valentin Yuri Karpenko and Jake Jeremiah Fathy (plaintiffs to the action *Stetson, et al. v. West Publishing Corporation, et al.*, CV 08-810 R), which was heard and denied on April 7, 2008 at 10:00 a.m. in Courtroom 8 of the above-entitled Court.

Dated: April 10, 2008

SHEARMAN & STERLING LLP

LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP

By: ______________________________
Heather H. Gilhooly
Attorneys for Defendant West
Publishing Corporation