**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN RODRIGUEZ, et al.,<br>Plaintiffs,<br>vs.<br>WEST PUBLISHING CORPORATION, et al.,<br>Defendants. | Case No. CV 05-3222 R(MCx)<br><br>**[~~PROPOSED~~] ORDER DENYING CONDITIONAL EX PARTE APPLICATION OF STETSON PLAINTIFFS TO INTERVENE AND TO MODIFY THE STIPULATION AND PROTECTIVE ORDER** |
| AND CONSOLIDATED ACTIONS. | |

The Conditional Ex Parte Application of Stetson Plaintiffs to Intervene and Modify the Protective Order (the “Ex Parte Application”) filed by non-parties Stephen Stetson, Shane LaVigne, Christine Leigh Brown-Roberts, Valentin Yuri Karpenko and Jake Jeremiah Fathy, plaintiffs to the action *Stetson, et al. v. West Publishing Corporation, et al.*, CV 08-810 R, was heard on April 7, 2008 at 10:00 a.m., in Courtroom 8 of the above-entitled Court, the Honorable Manuel L. Real, presiding. Joel R. Bennett and Fredricka Ung of the Disner Law Corporation appeared for the Stetson plaintiffs. James P. Tallon of Shearman & Sterling LLP and Heather H. Gilhooly of Liner Yankelevitz Sunshine & Regenstreif LLP appeared on behalf of West Publishing Corporation. Stuart N. Senator of Munger Tolles & Olson LLP appeared on behalf of Kaplan, Inc.

Having read and considered the papers submitted in support of and in opposition to the Ex Parte Application, the Court DENIES the Ex Parte Application.

IT IS SO ORDERED.

Dated: April 11, 2008

HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

Presented by:

Heather H. Gilhooly
Attorney for Defendant
West Publishing Corporation