Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@palmerlegalteam.com
Counsel for Objectors Sarah Siegel,
Evans & Mullinix, P.A., Jennifer
Brown McElroy, Daniel Schafer,
David Oriol and Jason Tingle
Additional Counsel listed on Signature Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, et al. on behalf of themselves and all persons similarly situated,<br>      Plaintiffs,<br>vs.<br>WEST PUBLISHING CORPORATION, et al.,<br>      Defendants.<br>AND CONSOLIDATED ACTIONS | Case No. CV 05-3222 R(Mcx)<br>**NOTICE OF APPEAL** |

Unnamed class members and Objectors Evans & Mullinix, P.A., Sarah Siegel, Jennifer Brown McElroy ("Brown"), Daniel Schafer, David Oriol and Jason Tingle (together, "Objectors Evans, Siegel, Brown Schafer, Oriol and Tingle") hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting and Denying Objectors' Applications for Attorneys' Fees.

A copy of the Order is attached hereto as Exhibit A. The Order (Doc No. 563) was filed on August 7, 2009.

Dated: August 13, 2009

DARRELL PALMER
Attorney for Objectors Evans, Siegel, Brown, Schafer, Oriol and Tingle

Kenneth E. Nelson (*pro hac vice*)
Nelson Law Firm, P.C.
1100 Main Street, Ste 2900
Kansas City, MO 64105
Telephone: (816) 421-7225
Facsimile: (816) 421-3339
Email: kennelson@mclaw.com
<u>Counsel for Objector Evans & Mullinix, P.A.</u>
Edward F. Siegel (*pro hac vice*)
Edward F. Siegel Co., L.P.A.
27600 Chagrin Blvd., Suite 340
Cleveland OH 44122
Telephone: (216) 831-3424
Facsimile: (216) 831-6584
Email: efsiegel@efs-law.com
<u>Counsel for Objector Sarah Siegel</u>
David P. Schafer (*pro hac vice*)
Law Offices of David P. Schafer
7800 IH-10 West, Suite 830
San Antonio, TX 78230
Telephone: (210) 348-0500
Facsimile: (210) 348-0520
Email: david@helpingtexas.com
<u>Counsel for Objector Daniel M. Schafer</u>

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2009, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the USDC CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On August 14, 2009, I emailed the foregoing document to the following:

Charles Sturm: csturm@steelesturm.com
Case No. CV 05-3222 R(Mcx)

Darrell Palmer