# EXHIBIT 6

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
NOV -8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>Defendants<br><br>AND CONSOLIDATED ACTION | CASE NO. CV-05-3222 R(MCx)<br><br>[PROPOSED] ORDER DENYING AWARD OF ATTORNEYS' FEES FILED BY OBJECTORS DAVID FELDMAN, CAMERON GHARABIKLOU, EMILY GRANT, JEFF LANG, SARAH McDONALD, CARA PATTON, RACHEL SCHWARTZ, GREG THOMAS |

On November 5, 2007, unnamed class members-Objectors David Feldman, Cameron Gharabiklou, Emily Grant, Jeff Lang, Sarah McDonald, Cara Patton, Rachel Schwartz, and Greg Thomas' Motion for Award of Attorneys' Fees came for hearing before this Court.

Having read and fully considered the motion, the declarations filed in support

---

[PROPOSED] ORDER DENYING AWARD OF ATTORNEYS' FEES
FILED BY OBJECTORS FELDMAN, ET. AL.

\4861208.1

1 | thereof, and all oppositions and objections thereto, the Court finds that the motion
2 | for award of attorneys' fees should not be granted.
3 | **IT IS THEREFORE ORDERED THAT:**
4 | The Motion for Award of Attorneys' Fees filed by unnamed class members-
5 | Objectors David Feldman, Cameron Gharabiklou, Emily Grant, Jeff Lang, Sarah
6 | McDonald, Cara Patton, Rachel Schwartz, and Greg Thomas is DENIED.

*[Handwritten annotation]: Counsel did not add anything to the court's order denying the named plaintiffs' claim.*

8 | IT IS SO ORDERED.
9 |
10 | Dated: **Nov. 8**, 2007
11 | Honorable Manuel L. Real
    | United States District Court Judge
12 |
13 | Submitted by:
14 |
15 |
    | Sidney K. Kanazawa (SBN 84608)
16 | **McGUIREWOODS LLP**
    | Email: skanazawa@mcguirewoods.com
17 | 1800 Century Park East, 8th Floor
    | Los Angeles, California 90067
18 | Telephone: (310) 315-8200
    | Facsimile: (310) 315-8210
19 |
    | Dan Drachler, (*Pro Hac Vice*)
20 | **Zwerling, Schachter & Zwerling, LLP**
    | 1904 Third Avenue, Suite 1030
21 | Seattle, WA 98101
    | Telephone: (206) 223-2053
22 | Facsimile: (206) 343-9631
23 | Christine Bartholomew (SBN 211425)
    | **Finkelstein Thompson LLP**
24 | 601 Montgomery Street, Suite 665
    | San Francisco, CA 94111
25 | Telephone: (415) 398-8700
    | Facsimile: (415) 398-8704
26 |
27 | Class Counsel
28 | [PROPOSED] ORDER DENYING AWARD OF ATTORNEYS' FEES
    | FILED BY OBJECTORS FELDMAN, ET. AL.

\4861208.1

-2-

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNFIER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>Defendants | CASE NO. CV-05-3222 R(MCx)<br><br>[PROPOSED] ORDER DENYING MOTION FOR AWARD OF ATTORNEYS' FEES FILED BY SCHNEIDER/HEAD OBJECTORS |
| AND CONSOLIDATED ACTION | |

On November 5, 2007, objecting class members George Schneider, Jonathan M. Slomba, James Puntumapanitch, Justin Head, and Ryan Helfrichs' Motion for Award of Attorneys' Fees came for hearing before this Court.

Having read and fully considered the motion, the declarations filed in support thereof, and all oppositions and objections thereto, the Court finds that the motion

---

[PROPOSED] ORDER DENYING MOTION FOR AWARD OF
ATTORNEYS' FEES FILED BY OBJECTORS SCHNEIDER/HEAD OBJECTORS
\4861311.1

1  for award of attorneys' fees should not be granted.

2  **IT IS THEREFORE ORDERED THAT:**

3  The objecting class members George Schneider, Jonathan M. Slomba, James Puntumapanitch, Justin Head, and Ryan Helfrichs' Motion for Award of Attorneys' Fees is DENIED. *Counsel did not add anything to the courts denial of the named plaintiffs' claim.*

7  IT IS SO ORDERED.

9  Dated: **Nov. 8**, 2007

   _____
   Honorable Manuel L. Real
   United States District Court Judge

12  Submitted by:

    _____
    Sidney K. Kanazawa (SBN 84608)
    **McGUIREWOODS LLP**
    Email: skanazawa@mcguirewoods.com
    1800 Century Park East, 8th Floor
    Los Angeles, California 90067
    Telephone: (310) 315-8200
    Facsimile: (310) 315-8210

    Dan Drachler, (*Pro Hac Vice*)
    **Zwerling, Schachter & Zwerling, LLP**
    1904 Third Avenue, Suite 1030
    Seattle, WA 98101
    Telephone: (206) 223-2053
    Facsimile: (206) 343-9631

    Christine Bartholomew (SBN 211425)
    **Finkelstein Thompson LLP**
    601 Montgomery Street, Suite 665
    San Francisco, CA 94111
    Telephone: (415) 398-8700
    Facsimile: (415) 398-8704

    Class Counsel

-2-
[PROPOSED] ORDER DENYING MOTION FOR AWARD OF
ATTORNEYS' FEES FILED BY OBJECTORS SCHNEIDER/HEAD OBJECTORS
\4861311.1

(SCAN)

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br>              Plaintiffs,<br>vs.<br>WEST PUBLISHING CORPORATION, a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, Inc., a Delaware Corporation,<br>              Defendants<br><br>AND CONSOLIDATED ACTION | CASE NO. CV-05-3222 R(MCx)<br><br>[PROPOSED] ORDER DENYING JOINT REQUEST FOR ATTORNEY FEES FOR COUNSEL FOR UNNAMED CLASS MEMBERS/OBJECTORS EVANS, SIEGEL, BROWN AND SCHAFER |

On November 5, 2007, unnamed class members-objectors Evans & Mullinx, P.A., Sarah Siegel, Jennifer Brown McElroy and Daniel Schafer's Joint Request for Attorney Fees for Counsel came for hearing before this Court.

Having read and fully considered the motion, the declarations filed in support thereof, and all oppositions and objections thereto, the Court finds that the joint

---

[PROPOSED] ORDER DENYING JOINT REQUEST FOR ATTORNEY FEES FOR COUNSEL FOR UNNAMED CLASS MEMBERS/OBJECTORS EVANS, ET. AL.
\4861349.1

1  request for attorney fees for counsel should not be granted.

2  **IT IS THEREFORE ORDERED THAT:**

3

4  The Joint Request for Attorney Fees for Counsel for Unnamed Class Members/Objectors Evans, Siegel, Brown and Schafer is DENIED.

*[handwritten: Counsel did not add anything to the court's order denying the named plaintiff's claims.]*

IT IS SO ORDERED.

Dated: **Nov. 8**, 2007

Honorable Manuel L. Real
United States District Court Judge

Submitted by:

Sidney K. Kanazawa (SBN 84608)
**McGUIREWOODS LLP**
Email: skanazawa@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Dan Drachler, (*Pro Hac Vice*)
**Zwerling, Schachter & Zwerling, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9631

Christine Bartholomew (SBN 211425)
**Finkelstein Thompson LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Class Counsel

-2-

[PROPOSED] ORDER DENYING JOINT REQUEST FOR ATTORNEY FEES FOR COUNSEL FOR UNNAMED CLASS MEMBERS/OBJECTORS EVANS, ET. AL.

\4861349.1

# EXHIBIT 7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NEXCI, JENNIFER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORP., a Minnesota Corp. d/b/a/ BAR/BRI, and KAPLAN, INC., a Delaware Corporation,<br><br>Defendants. | Case No.   2:05-cv-3222 R (MCx)<br><br>ORDER GRANTING AND DENYING OBJECTORS' APPLICATIONS FOR ATTORNEYS' FEES<br><br>Hon. Manuel Real |

The Court, having reviewed and considered the papers filed by the various objectors seeking fees, the appellate briefs on the issue of objectors' fees, and the Opinion of the Ninth Circuit on the issue, rules as follows:

The Court will compensate work concerning the Amended Incentive Agreement

(PROPOSED) ORDER GRANTING AND DENYING OBJECTORS' APPLICATIONS FOR ATTORNEYS' FEES

and conflict of interest issues that led to the denial of the incentive awards to the Class Representatives and the consequent savings to the Class of $325,000. Of the several objectors seeking fees, the Court finds that the Schneider/Head Objectors and the Feldman Objectors raised and discussed these issues sufficiently to warrant compensation. Objections to the general excessiveness of the requested incentive awards will not be compensated.

The fee applications of the Schneider/Head and Feldman Objectors are GRANTED in the amount of five percent (5%) of $325,000, or $16,250, allocated as follows: $8,125 to counsel for the Schneider/Head Objectors; and $8,125 to counsel for the Feldman Objectors.

In all other respects, the various objectors' applications for the payment of attorneys' fees and costs are DENIED.

IT IS SO ORDERED.

Dated: August 7, 2009

_____
Manuel Real, Judge

SUBMITTED BY:

C. Benjamin Nutley (SBN 177431)
KENDRICK & NUTLEY
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Tel: (626) 204-4060
Fax: (626) 204-4061
email: nutley@zenlaw.com

Attorneys for Schneider/Head Objectors

**EXHIBIT 8**

1  Sidney K. Kanazawa (SBN 84608)
   Email: skanazawa@mcguirewoods.com
2  **McGUIREWOODS LLP**
3  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
4  Telephone: (310) 315-8200
5  Facsimile: (310) 315-8210

6
   Class Counsel
7  [Additional counsel listed on signature page]

8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware Corporation.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. CV 05-3222 R(MCx)<br><br>**DECLARATION OF SIDNEY K. KANAZAWA IN SUPPORT OF MCGUIREWOODS LLP'S APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br><br>Date: November 2, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 8 |

DECLARATION OF SIDNEY K. KANAZAWA IN SUPPORT OF MCGUIREWOODS LLP'S
MOTION FOR AWARD OF ATTORNEY'S FEES

\9958178.1

## DECLARATION OF SIDNEY K. KANAZAWA

I, Sidney K. Kanazawa, declare as follows:

1. I am a partner at McGuire Woods LLP. I am submitting this Declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above action and the reimbursement of expenses incurred by my firm related to the prosecution of claims in the course of this litigation from October 1, 2004 through August 31, 2009. This declaration describes both the work done by McGuireWoods LLP and that of the firm of Van Etten, Suzumoto & Becket LLP, predecessor in interest to McGuireWoods LLP.

2. My firm served as counsel for Ryan Rodriguez, Reena B. Frailich, Loredana Nesci, Jennifer Brazeal, and Lisa Gintz, plaintiffs and Lead Class Counsel in this action. My firm's compensation for services rendered in this case was wholly contingent on the success of this litigation, and was wholly at risk.

3. Brief biographies of my firm and the attorneys who have worked on this case are attached hereto as Exhibit "1."

4. McGuireWoods LLP was appointed as Class Counsel by the Court in May 2006, and acted as lead counsel during the entire course of the litigation, both before and after the appointment. My firm was the nerve center for the litigation, bearing the lion's share of the costs and risks as a whole. It has also been the public face of this litigation.

5. The work performed by my firm on behalf of the Class in connection with the prosecution of the litigation consists of the following, among other things: (1) factual investigation concerning the alleged conspiracy between Kaplan and BAR/BRI; (2) preparing the class complaint; (3) extensive work and legal research in preparing all briefs and

DECLARATION OF SIDNEY K. KANAZAWA IN SUPPORT OF MCGUIREWOODS LLP'S
MOTION FOR AWARD OF ATTORNEY'S FEES
\9958178.1

memoranda; (4) coordination of all discovery issues, including seeking the appointment of special master, work with all experts, electronic discovery, written discovery, document review, and taking and defending approximately 30 depositions all across the country; (5) engaging in mediation and settlement negotiations; (6) conducting weekly strategy conference calls with co-counsel to allocate work and draw on each firm's available time and particular expertise; (7) preparing for and attending all hearings; (8) trial preparation, including motions in limine and work before a mock jury; (9) responding to objectors challenging the fairness, adequacy and reasonableness of the Settlement before this Court; and (10) successfully defending against numerous appeals by objectors challenging the fairness, adequacy and reasonableness of the Settlement before the Ninth Circuit Court of Appeals.

6. All attorneys, legal assistants, and law clerks in my firm are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters.

7. The total number of hours spent on this litigation by my firm through September 30, 2009 is 13,785.06 hours. The total lodestar amount for attorney and paralegal time, calculated at the firm's hourly rates, is $5,396,554.15.

8. The schedule attached hereto as Exhibit "2" is a detailed summary indicating the amount of time spent by each attorney and paralegal of my firm who was involved in this litigation, and the lodestar calculation based on my firm's hourly rates. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court.

9. From inception of this matter through September 30, 2009, my firm has expended a total of $1,484,399.37 in non-reimbursed expenses in connection with the prosecution of this litigation. These expenses are broken down as follows:

### EXPENSES

| | AMOUNT |
|---|---|
| Class Pendency Notice Fees (postage, printing, etc.) | $590,732.15 |
| Internal Reproduction | $49,632.60 |
| Commercial Reproduction/Copies | $70,391.56 |
| Court Fees (filing, etc.) and Mediation Fees | $23,991.58 |
| Court Reporters/Transcripts | $89,686.82 |
| Computer Research | $76,230.13 |
| Telephone/Fax/Email | $2,887.46 |
| Postage/Express Delivery/Messenger | $14,824.78 |
| Professional Fees (Expert, Investigator, Accountant, etc.) | $475,532.96 |
| Travel | $41,446.07 |
| Clerical Overtime | $8,182.86 |
| Miscellaneous/Other | $40,860.40 |
| **TOTAL EXPENSES:** | **$1,484,399.37** |

///
///
///
///
///
///