Dan Drachler (*pro hac vice*)
Email: ddrachler@zsz.com
**ZWERLING, SCHACHTER & ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, Washington 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI, and KAPLAN, Inc., a Delaware Corporation.

Defendants.

AND CONSOLIDATED ACTION

Case No. CV 05-3222 R(MCx)

SUPPLEMENTAL DECLARATION OF DAN DRACHLER IN SUPPORT OF ZWERLING SCHACHTER & ZWERLING LLP'S APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMET OF EXPENSES

Date: November 2, 2009
Time: 10:00 a.m.
Place: Courtroom 8

I, Dan Drachler, declare as follows:

1. I am Of Counsel to Zwerling Schachter & Zwerling LLP. I am submitting this Declaration in further support of my firm's application for an award of attorneys' fees in connection with services rendered in the above action and the reimbursement of expenses incurred by my firm related to the prosecution of claims in the course of this litigation through August 31, 2009.

2. My firm was retained by Lorraine Rimson, a plaintiff in this action. My firm's compensation for services rendered in this case was wholly contingent on the success of this litigation, and was wholly at risk.

3. As set forth in the Declaration of Dan Drachler in Support of Zwerling, Schachter & Zwerling, LLP's Application for Award of Attorneys' Fees and Reimbursement of Expenses, dated October 6, 2009 (the "October 6, 2009 Declaration"), in addition to the significant post-final approval time devoted to the appellate process, my firm was extensively involved with the myriad of legal and administrative issues associated with the claims process, including the drafting of information to be disseminated to the Class through the settlement website, the drafting and/or approval of form deficiency letters to claimants covering numerous categories of deficiencies, the drafting and approval of final determination letters, and ongoing consultation with respect to the final determination and review of deficient claims.

4. All attorneys, legal assistants, and law clerks in my firm are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters. Time devoted to the firm's fee application

was not included in the calculation of the total hours spent on this litigation set forth in the October 6, 2009 Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

EXECUTED this 26th day of October, 2009 at Seattle, Washington.

DAN DRACHLER

**Zwerling, Schachter & Zwerling, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

and

Robert S. Schachter
Paul Kleidman
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
(212) 223-3900

**Finkelstein Thompson LLP**
Rosemary M. Rivas
100 Bush Street, Suite 1450
San Francisco, CA 94104
(415) 398-8700

and

L. Kendall Satterfield
Michael G. McLellan
The Duvall Foundry
1050 30th Street NW
Washington, D.C. 20007
(202) 337-8000

McGuireWoods LLP
Sidney K. Kanazawa
Darrel Menthe
Tracy Evans-Moyer
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
(310) 315-8200

**Attorneys for the Class**