# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                          **Date:** **Dec. 7, 2009**

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc**
========================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

**William Horrell**                                          **Margaret Babykin**
**Deputy Clerk**                                             **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

    **Sidney Kanazawa**                          **Heather Gilhooley**
    **Dan Drachler**
    **Rosemary Rivas**

    **For Objectors:**
    **Charles Sturm**
    **John Davis**
    **C Benjamin Nutley**

**PROCEEDINGS:** Settling Class Plaintiffs' motion for distribution of the net settlement fund upon the occurance of the effective date and for approval and distribution of attorneys' fees and expenses (fld 10-9-09)


     **The Court hears arguments of counsel.**
     **The Court GRANTS the motion in such amounts and for reasons**
    **as stated on the record.**
     **Parties shall submit a proposed order.**

     **The Court Orders that any remaining motions for attorney fees**
     **by any party shall be filed by February 1, 2010 and set for**
     **hearing on February 22, 2010 at 10:00 a.m.**


                                                                  **38 min**

**MINUTES FORM 90**                                          **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**