**FILED**

UNITED STATES COURT OF APPEALS

JAN 05 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN RODRIGUEZ, on behalf of himself and all others similarly situated; et al., | No. 09-56278<br>09-56314<br>09-56500 |
| Plaintiffs - Appellees, | D.C. No. 2:05-cv-03222-R-Mc<br>Central District of California,<br>Los Angeles |
| GEORGE SCHNEIDER, Class Member; et al., | |
| Objectors - Appellants, | ORDER |
| and | |
| ARCELIA TREVINO; et al., | |
| Objectors, | |
| V. | |
| WEST PUBLISHING CORPORATION, a Minnesota corporation, DBA BAR/BRI; et al., | |
| Defendants, | |
| V. | |
| RICHARD A. BODMER; et al., | |
| Movants. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The appellees' opposed motion to consolidate Nos. 09-56278, 09-56314 and 09-56500 is granted.

The following briefing schedule shall govern these consolidated cases: the opening briefs are due February 22, 2010; the answering briefs are due March 24,

GS 1/4/10/Pro Mo

No. 09-56278, 09-56314, & 09-56500

2010; and the optional reply briefs are due within 14 days after the last served answering brief.

All parties are reminded of the court's preference for a joint brief. *See* 9th Cir. R. 28-4 ( In a consolidated case involving multiple separately represented appellants or appellees, all parties on a side are encouraged to join in a single brief to the greatest extent practicable).

The court is also in receipt of appellants Schneider, et al.'s and appellant Siegel, et al.'s oppositions to pro se appellant Gaudet's motion to proceed in forma pauperis in No. 09-56500.

However, a review of this court's docket reflects that the docketing fees in Nos. 09-56500, as well as Nos. 09-56278 and 09-56314, have been paid and no September 30, 2009 motion to proceed in forma pauperis in No. 09-56500 was ever filed by appellant Gaudet in this court.

The appellants are also reminded that, on September 22, 2009, this court received a district court order denying pro se appellant Gaudet's motion to proceed in forma pauperis.

Therefore appellants Schneider, et al.'s and appellant Siegel, et al.'s oppositions to pro se appellant Gaudet's motion to proceed in forma pauperis are denied as moot.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of Court
>
> Grace S. Santos
> Deputy Clerk
> Ninth Circuit Rule 27-7/Advisory Note to Rule 27
>     and Ninth Circuit 27-10

GS 1/4/10/Pro Mo