**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 06 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REENA B. FRAILICH, on behalf of herself and all others similarly situated; et al., | No. 10-55309 |
| Plaintiffs - Appellees, | D.C. No. 2:05-cv-03222-R<br>Central District of California,<br>Los Angeles |
| LISA GINTZ, on behalf of herself and all others similarly situated; et al., | ORDER |
| Plaintiffs, | |
| and | |
| SANDRA DISNER, Executor of the Estate of Eliot G. Disner, as successor-in-interest to Eliot G. Disner and Disner Law Corporation, Class Counsel, et al. |  |
| Appellants, | |
| v. | |
| WEST PUBLISHING CORPORATION, a Minnesota corporation, d.b.a. BAR/BRI; et al., | |
| Defendants. | |

The court's records reflect that the notice of appeal was filed during the pendency of a timely filed motion listed in Federal Rule of Appellate Procedure

rb/MOATT

4(a)(4). The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, proceedings and all pending motions in this court shall be held in abeyance pending the district court's resolution of the pending motion. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

Within 5 days after the district court's ruling on the pending motion, appellant shall notify this court in writing of the ruling and shall advise whether appellant intends to prosecute this appeal.

To appeal the district court's ruling on the post-judgment motion, appellant must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

Molly Dwyer
Clerk of the Court

By: Raejean M. Battin
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A