
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                                              **Date:** August 9, 2010

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc**

========================================================================

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**

Sidney Kanazawa                                                                      Heather Gilhooley
Rosemary Rivas
Dan Drachler

For Objectors:
John Davis
Joshua Furman
J Garrett Kendrick

**PROCEEDINGS:**

1) Plaintiff Counsel Finkelstein Thompson LLP & Zwerling Schachter & Zwerling LLP's motin of reconsideration of order on attorneys' fees (fld 2-12-10)
2) Plaintiff Counsel McGuirewoods LLP's motion for reconsideration of order denying attorneys' fees (fld 2-5-10)
3) Objectors Gaudet & Gopalan's motion for equitable award (fld 2-1-10)
4) Objectors Feldman etc's motion for award of attorney fees (fld 2-1-10)
5) Objectors Siegel etc's joint request for attorney fees (fld 2-1-10)
6) Objectors Juranek etc's motion for attorney fees and costs (fld 2-1-10)
7) Objectors Lukoff etc's motion for attorney fees (fld 2-1-10)
8) Objectors Schneider etc's motion for attorney fees (fld 2-1-10)

The Court hears arguments of counsel.
The Court DENIES item # 1 as listed above, for reasons as stated on the record.
On item # 2 as listed above, the Court Orders further briefing on issues as stated on the record by September 10, 2010, and CONTINUES the matter for further hearing, as well as on items # 3 through # 8, to SEPTEMBER 27, 2010 at 10:00 A.M.

                                                                                                8 min

**MINUTES FORM 90**                                                    **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**