1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZIL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI and KAPLAN, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. CV 05-3222 R(MCx)<br><br>The Honorable Manuel L. Real<br><br>**ORDER GRANTING MOTION FOR PARTIAL DISTRIBUTION OF FEES AND EXPENSES**<br><br>Date:  December 6, 2010<br>Time:  10:00 a.m.<br>Place: Courtroom 8 |

**WHEREAS**, on September 10, 2007, this Court finally approved the Settlement in this Action and entered (1) a Final Order and Judgment Approving Settlement, and (2) an Order Granting Class Counsel Attorneys' Fees and Reimbursement of Expenses ("Fee Award"),[1] and

**WHEREAS**, on April 23, 2009, the United States Court of Appeals for the Ninth Circuit affirmed this Court's approval of the Settlement, but remanded to this Court to reconsider the Fee Award, and

**WHEREAS**, on February 3, 2010, this Court entered an Order approving, *inter alia*, (1) an award of $1,597,560.84 in attorney's fees to Finkelstein Thompson LLP ("Finkelstein") and (2) an award of $1,532,706.40 in attorney's fees to Zwerling, Schachter & Zwerling, LLP ("Zwerling"), and

**WHEREAS**, the February 3, 2010 Order also awarded reimbursement of reasonable litigation expenses of (1) $1,259,861.64 to McGuireWoods, LLP ("McGuireWoods"), (2) $118,259.86 to Finkelstein, and (3) $35,237.48 to Zwerling (collectively, "Expenses"), and

**WHEREAS**, the February 3, 2010 Order also ordered payment of $252,236.64 to the Claims Administrator, Rust Consulting, Inc. ("Rust") for fees and expenses in connection with the administration of the Settlement Fund, and

**WHEREAS**, there are no appeals pending as to (1) the award of fees to Finkelstein, (2) the award of Expenses to McGuireWoods, Finkelstein, and Zwerling, and (3) the payment of fees and expenses to Rust, and

**WHEREAS**, the deadline to file notices of appeal of so much of the February 3, 2010 Order that ordered those awards and payments has passed, and

---

[1] All capitalized phrases herein shall have the same meaning as those in the Stipulation and Settlement Agreement, dated February 2, 2007.

27230315.1

1

[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL DISTRIBUTION
OF FEES AND EXPENSES

**WHEREAS**, this Court's Fee Award to Finkelstein, its award of Expenses, and its order of payment to Rust, have accordingly become final, and

**WHEREAS**, the Settlement Fund currently contains over $48,000,000, and

**WHEREAS**, after the payments requested herein, combined with the payments requested by Settling Class Plaintiffs' Motion for a Partial Distribution of the Settlement Fund to Authorized Claimants, sufficient funds will remain in the Settlement Fund to satisfy any awards of fees and expenses as a result of all appeals, and

**WHEREAS**, due to the delay in the distribution of the Net Settlement Fund, Rust will incur additional costs in connection with the administration of the Settlement,

**NOW, THEREFORE**, upon consideration of Settling Class Plaintiffs' Motion for a Partial Distribution of Fees and Expenses, all attachments thereto, and upon all prior proceedings herein and after due deliberation, the Court finds and ORDERS as follows:

Settling Class Plaintiffs' Motion for Partial Distribution of Fees and Expenses is GRANTED;

The following payments should be made immediately or as soon as practicable from the Settlement Fund:

1. $1,597,560.84 in attorneys' fees and $118,259.86 in expenses to Finkelstein;
2. $1,259,861.64 in expenses to McGuireWoods;
3. $35,237.48 in expenses to Zwerling; and
4. $252,236.64, in fees and expenses to Rust;

Rust shall be entitled to a further payment of fees and expenses for the additional costs of administering the Settlement in an amount not to exceed $175,000.00 upon completion of the Final Distribution of the Net Settlement Fund.

**IT IS SO ORDERED.**

Dated: __Dec. 6, 2010__     _____
  The Honorable Manuel L. Real
  United States District Judge

Submitted by:

      /s/
_____
Sidney K. Kanazawa (SBN 84068)
**McGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Dan Drachler (*Pro Hac Vice*)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, Washington 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9631

Rosemary M. Rivas (SBN 209147)
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Class Counsel