**FILED**

OCT 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re RYAN RODRIGUEZ, on behalf of himself and all others similarly situated, et al. | No. 10-55309<br>10-55342<br>10-55372<br>10-56700<br>10-56703<br>10-56724<br>10-56730<br>10-56737<br>10-56803<br>10-57037<br>D.C. No. 2:05-cv-03222-R-Mc<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

    The above-captioned cases shall be assigned to the same merits panel. The motion to designate Nos. 10-55342, 10-56730 and 10-56737 as cross-appeals is denied. The motion to strike portions of the brief filed in No. 10-56737 is referred to the merits panel for resolution. Court records do not appear to indicate that excerpts of record were filed in No. 10-56803. Within 14 days after the date of this order, appellants shall tender the excerpts.

FOR THE COURT:

MOLLY C. DWYER, CLERK

Cole Benson
Supervising Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10

cb /Pro Mo