FILED
CLERK, U.S. DISTRICT COURT
JAN 2 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORP., a Minnesota Corp. d/b/a/ BAR/BRI, and KAPLAN, INC., a Delaware Corporation,<br><br>Defendants. | Case No.   2:05-cv-3222 R (MCx)<br><br>(PROPOSED) ORDER GRANTING SCHNEIDER COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES<br><br>Date:         January 14, 2013<br>Time:        10:00 a.m.<br>Courtroom: 8<br><br>Hon. Manuel Real |

The Court, having reviewed and considered the evidence and papers filed in support of and in opposition to the Schneider Objectors' Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the pleadings and other information filed in this case, and the arguments of counsel, rules as follows:

The Court awards attorneys' fees in the amount of $236,637.00 and costs in the amount of $1,726.06 for the reasons stated on the record at the January 14, 2013 hearing.

IT IS SO ORDERED.

Dated: Jan. 22, 2013

_____
Manuel Real, Judge

SUBMITTED BY:

C. Benjamin Nutley (SBN 177431)
KENDRICK & NUTLEY
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Tel: (626) 204-4060
Fax: (626) 204-4061
email: nutley@zenlaw.com

Attorneys for Schneider/Head Objectors

2

(PROPOSED) ORDER GRANTING MOTION FOR ATTORNEYS' FEES (SCHNEIDER COUNSEL)