J. Garrett Kendrick (SBN 61698)
  jgk@private-ag.com
C. Benjamin Nutley (SBN 177431)
  nutley@zenlaw.com
KENDRICK & NUTLEY
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone: 626-204-4060
Facsimile: 626-204-4061

Attorneys for Schneider Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WEST PUBLISHING CORP., a Minnesota Corporation d/b/a BAR/BRI, and KAPLAN, INC., a Delaware Corporation,<br><br>　　　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No. 2:05-cv-3222-R (MCx)<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION FOR ORDER EXECUTING JUDGMENT AND ORDERING DISBURSEMENT OF FEE AWARD AND COSTS<br><br>Hearing Date:　June 17, 2013<br>Hearing Time:　10:00 a.m.<br>Courtroom:　　8<br><br>Hon. Manuel L. Real |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 17, 2013 at 10:00 a.m. or as soon thereafter as the matter may be heard, Schneider Counsel (Kendrick & Nutley, Law Offices of John J. Pentz and J. Scott Kessinger, Esq.), will and hereby do move this court for an order directing the Claims Administrator to immediately pay to Kendrick & Nutley on behalf of Schneider Counsel the attorneys' fees and costs awarded to Schneider Counsel in this Court's January 22, 2013 Order (Doc. No. 786) from the Class Fund.

Class Counsel did not appeal the Fee Order (Doc. No. 786) and have not sought to stay enforcement of the order. The automatic stay of the Fee Order provided by FRCP Rule 62(a) expired on February 15, 2013. The time within which to appeal the Fee Order expired on February 21, 2013 and Plaintiffs did not file a Notice of Appeal. There is no reason why these fees and costs should not be paid immediately.

This Motion is made following extensive email and telephone conferences between counsel pursuant to L.R. 7-3 which commenced March 20, 2013 and continued through May 15, 2013, as set forth in further detail in the Declaration of C. Benjamin Nutley filed in support of this Motion. This Motion is based on the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of C. Benjamin Nutley filed concurrently herewith, the pleadings and all other information filed in this case, and such additional evidence or argument as may be presented at the hearing.

Respectfully submitted,

DATED: May 20, 2013    KENDRICK & NUTLEY

By: /s/    C. Benjamin Nutley
              C. Benjamin Nutley

Attorneys for Schneider Counsel