# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-3222-R**                                                      **Date: JUNE 17, 2013**

**TITLE: RYAN RODRIGUEZ et al V. WEST PUBLISHING CORP etc**

==================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

Sidney Kanazawa
Dan Drachler

For Schneider Objectors:
C Benjamin Nutley

**PROCEEDINGS:** Schneider Objectors' motion for order executing judgment and ordering disbursement of fee award and costs (5-20-13)

The parties submit on their papers as filed.

The Court GRANTS the Schneider Objectors' motion, for reasons as stated on the record.

Schneider Objectors to submit a proposed order.

4 min

**MINUTES FORM 90**                                                  **Initials of Deputy Clerk    WH**
**CIVIL -- GEN**