# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL, and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORP., a Minnesota Corp. d/b/a/ BAR/BRI, and KAPLAN, INC., a Delaware Corporation,<br><br>Defendants. | Case No.   2:05-cv-3222 R (MCx)<br><br>ORDER GRANTING SCHNEIDER COUNSEL'S MOTION FOR ORDER EXECUTING JUDGMENT AND ORDERING DISBURSEMENT OF FEE AWARD AND COSTS<br><br>Date:       June 17, 2013<br>Time:       10:00 a.m.<br>Courtroom: 8<br><br>Hon. Manuel Real |

The Court, having reviewed and considered the papers filed in support of and in opposition to the Schneider Objectors' Counsel's Motion for Order Executing Judgment and Ordering Disbursement of Fee Award and Costs, and the arguments of counsel, rules as follows:

The Court has jurisdiction to hear this motion. The Motion is granted for the reasons stated on the record at the June 17, 2013 hearing.

Plaintiffs' Counsel are ordered to direct the Escrow Agent, or other appropriate entity, to make payment from the Gross Settlement Fund to Kendrick & Nutley on behalf of Schneider Counsel in the amount of $236,637.00 in attorneys' fees and $1,726.06 in costs within five days of the entry of this order.

IT IS SO ORDERED.

Dated: June 19, 2013

_____
Manuel Real, Judge

SUBMITTED BY:

C. Benjamin Nutley (SBN 177431)
    nutley@zenlaw.com
KENDRICK & NUTLEY
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Tel: (626) 204-4060
Fax: (626) 204-4061

Attorneys for Schneider Counsel