```
                    UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DIVISION

                            - - -
                   HONORABLE MANUEL L. REAL
             UNITED STATES DISTRICT JUDGE PRESIDING
                            - - -


RYAN RODRIGUEZ, et al.,     )
                            )
       PLAINTIFFS,          )    CERTIFIED COPY
                            )
VS.                         )    CV 05-3222 R
                            )
WEST PUBLISHING CORP.,      )
                            )
       DEFENDANTS.          )
_____)




              REPORTER'S TRANSCRIPT OF PROCEEDINGS
                 MONDAY, NOVEMBER 26, 2012
                       A.M. SESSION
                  LOS ANGELES, CALIFORNIA




               SHERI S. KLEEGER, CSR 10340
              FEDERAL OFFICIAL COURT REPORTER
             312 NORTH SPRING STREET, ROOM 402
               LOS ANGELES, CALIFORNIA 90012
                    PH:  (213)894-6604
```

```
 1
 2   APPEARANCES OF COUNSEL:
 3   ON BEHALF OF PLAINTIFF:
           SID KANAZAWA, ESQUIRE
 4         DAN DRACHLER, ESQUIRE
 5
 6   ON BEHALF OF DEFENDANT:
           BENJAMIN NUTLEY, ESQUIRE
 7         GARRETT KENDRICK, ESQUIRE
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 26, 2012
 2                        A.M. SESSION
 3                            - - -
 4
 5
 6             THE CLERK:  Calling item No. 11,
 7   CV-05-3222-R:  Ryan Rodriguez, et al versus West
 8   Publishing Corporation, et cetera.
 9             Counsel, please state your appearances.
10             MR. KANAZAWA:  Good morning, Your Honor.
11             Sidney Kanazawa for the class.
12             MR. DRACHLER:  Good morning, Your Honor.
13             Dan Drachler for Zwerling Schachter and
14   Zwerling, also for the class.
15             MR. NUTLEY:  Good morning, Your Honor.
16             Ben Nutley, of Kendrick & Nutley.  We are
17   here for the Schneider objectors.
18             Here today is Garrett Kendrick, my partner.
19             THE COURT:  All right.  Counsel, anything to
20   add to the documents which have been filed?
21             MR. NUTLEY:  No, Your Honor.
22             THE COURT:  All right.  The Schneider
23   objectors move to award an award of attorney's fees, in
24   light of the Ninth Circuit decision in Rodriguez versus
25   West Publishing Company, 688 F.3d 645 (Ninth Circuit
```

1  2012).
2           In calculating attorney's fees, the court in
3  the Ninth Circuit apply one of two methods.  The
4  percentage of the funds method of lodestar multiplier
5  method.
6           See Staton versus Boeing, 327 F.3d 938
7  (Ninth Circuit 2003).
8           Circumstances present in this case may call
9  for the application of the lodestar method.
10          In calculating the lodestar amount, the
11 Court finds the Schneider objectors are only entitled to
12 attorney's fees for their work securing the forfeiture
13 of attorney's fees from McGuire Woods.
14          This is the only work that inures benefit to
15 the class.  Thus the Schneider objectors are not
16 entitled to attorney's fees for their work in appealing
17 this Court's denial of their application for attorney's
18 fees, or for their prior work in objecting to the class
19 settlement for which there was already granted -- for
20 they were already granted their fee request.
21          Whether lodestar is proper or a percentage
22 of benefit is the concern in this matter.
23          To determine the appropriate fee award then,
24 the Court must calculate the reasonable hours spent
25 working on the forfeiture of attorney's fees from

```
 1  McGuire Woods.
 2              The timesheet provided by Schneider's
 3  objectors however does not adequately set apart those
 4  hours reasonably spent on the forfeiture issues and
 5  those spent, for example, on appeal of this Court's
 6  initial denial of attorney's fees to the Schneider
 7  objectors.
 8              To award counsel for attorney's fees
 9  reasonably incurred, the Court must have accurate time
10  records, which the Court does not have in this matter.
11  Therefore, the Court orders Schneider objectors to
12  provide timesheets detailing the reasonable time spent
13  working on the issue of forfeiture of attorney's fees by
14  McGuire Woods.
15              Timesheets must be provided within ten days.
16  A hearing on the motion is re-scheduled for January 14,
17  2013, at 10 a.m.
18              MR. KANAZAWA:  Your Honor, we would ask the
19  opportunity to challenge whatever submissions the
20  Schneider objector makes.
21              MR. NUTLEY:  I would think nothing less,
22  Your Honor.
23              But I would like to be heard, Your Honor, to
24  clarify one factual issue.
25              The timesheets that the Court has include no
```

```
 1  time on appeal for our attorney's fees.  We did not bill
 2  for the entire appeal of our attorney's fees.
 3              So, in other words, the lodestar that the
 4  Court has includes only time on appeal.
 5              THE COURT:  Well, that's what I'm looking
 6  for.  And I want those records.  You don't have them.
 7              MR. NUTLEY:  So that's what I'm saying, Your
 8  Honor, is that you do have them.
 9              THE COURT:  I don't.  I have not seen what
10  work was done at what time.
11              MR. NUTLEY:  The Court has seen the
12  timesheets that were provided; is that correct?
13              THE COURT:  No.
14              Too broad.  Too broad, counsel.
15              MR. NUTLEY:  Okay.
16              THE COURT:  The benefits to the class have
17  not been shown.
18              MR. NUTLEY:  Okay.  It's just that, Your
19  Honor, the timesheets will be substantially --
20              THE COURT:  I want more thorough timesheets.
21              MR. NUTLEY:  Okay.  All right.  We will
22  attempt to --
23              THE COURT:  That's all.
24              MR. NUTLEY:  -- to be more clear.
25              THE COURT:  That's all I want.
```

```
 1                    MR. NUTLEY:  Okay.  Very well, Your Honor.
 2                    THE COURT:  Orders.
 3                    MR. KANAZAWA:  One second.  If we have the
 4   opportunity to respond, we would like you to give us ten
 5   days to submit.
 6                    THE COURT:  Five days to respond.
 7                    MR. KANAZAWA:  Five days.
 8                    MR. NUTLEY:  Your Honor, we would have a
 9   reply in five days is that fine?
10                    Thank you.  Very well.  Thank you, Your
11   Honor.
12                    (PROCEEDINGS CONCLUDED.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3              CERTIFICATE OF REPORTER
 4
 5   COUNTY OF LOS ANGELES     )
 6                             )  SS.
 7   STATE OF CALIFORNIA        )
 8
 9   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
10   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
11   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
12   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
13   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
14   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
15   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
16   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
17   JUDICIAL CONFERENCE OF THE UNITED STATES.
18
19
20   DATE:  APRIL 12, 2013
21
22   /S/_____
23   SHERI S. KLEEGER, CSR
24   FEDERAL OFFICIAL COURT REPORTER
25
```