# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RODRIGUEZ, REENA B. FRAILICH, LOREDANA NESCI, JENNIFER BRAZEAL and LISA GINTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION, a Minnesota Corporation dba BAR/BRI and KAPLAN, Inc., a Delaware Corporation.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. CV 05-3222 R(MCx)<br><br>The Honorable Manuel L. Real<br><br>**ORDER DIRECTING PAYMENT OF ATTORNEYS' FEES TO COUNSEL FOR SCHNEIDER OBJECTORS**<br><br>Hearg Date:   June 22, 2015<br>Time:              10:00 a.m.<br>Place:             Courtroom 8 |

1  **WHEREAS,** on January 22, 2013, this Court issued an order granting
2  Counsel for the Schneider Objectors attorneys' fees in the amount of $236,637.00
3  (the "Fee Award");
4  **WHEREAS**, on February 4, 2013, Counsel for the Schneider Objectors
5  appealed the Fee Award to the United States Court of Appeals for the Ninth Circuit
6  (the "Ninth Circuit");
7  **WHEREAS,** on June 19, 2013, this Court granted Schneider Counsel's
8  motion for an order directing Plaintiffs' Counsel to direct the Escrow Agent, or
9  other appropriate entity, to make payment from the Gross Settlement Fund to
10 Counsel for the Schneider Objectors in the amount of $236,637.00 in attorneys'
11 fees and $1,726.06 in costs;
12 **WHEREAS**, on March 12, 2015, the Ninth Circuit reversed the Fee Award
13 and remanded with instructions for this Court to award $315,516.37 in fees to
14 Counsel for the Schneider Objectors;
15 **WHEREAS**, on March 26, 2015, Counsel for the Schneider Objectors filed
16 a Petition for Panel Rehearing or Rehearing *En Banc* ("Rehearing Petition") with
17 the Ninth Circuit with respect to the Ninth Circuit's March 12, 2015 decision;
18 **WHEREAS**, on April 22, 2015, the Ninth Circuit denied the Rehearing
19 Petition;
20 **WHEREAS**, on May 1, 2015, the Mandate issued, returning the matter to
21 this Court;
22 **WHEREAS**, on June 22, 2015, this Court held a hearing on the Mandate
23 and awarded attorneys' fees in the amount of $315,516.37 to Counsel for the
24 Schneider Objectors;
25 **WHEREAS**, Counsel for the Schneider Objectors have already received
26 payment of $236,637.00 in attorneys' fees and $1,726.06 in costs;
27
28

**NOW, THEREFORE**, upon consideration of all prior proceedings herein and after due deliberation, the Court finds and ORDERS as follows:

1. Counsel for the Schneider Objectors are hereby awarded $78,879.37 in attorneys' fees—representing the remaining balance due on the award of $315,516.37.

2. Plaintiffs' Counsel are ordered to direct the Escrow Agent, or other appropriate entity, to make payment from the Settlement Fund to Kendrick & Nutley on behalf of Counsel for the Schneider Objectors in the amount of $78,879.37 within 30 days of the entry of this order.

**IT IS SO ORDERED.**

Dated: August 27, 2015  _____
The Honorable Manuel L. Real
United States District Judge

Submitted by:

    s/Sidney K. Kanazawa

Sidney K. Kanazawa (SBN 84068)
**McGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Dan Drachler (*Pro Hac Vice*)
**ZWERLING, SCHACHTER & ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, Washington 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636

1 | Rosemary M. Rivas (SBN 209147)
2 | **FINKELSTEIN THOMPSON LLP**
    One California Street, Suite 900
3 | San Francisco, CA 94111
    Telephone: (415) 398-8700
4 | Facsimile: (415) 398-8704
5 |
6 | Class Counsel